## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| UAL CORPORATION, et al., | ) | Joint Case No. 02 B 48191 |
|  | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | Honorable Eugene R. Wedoff |
| OURHOUSE, INC., | ) |  |
|  | ) | Hearing Date: April 26, 2004 |
|  | ) | Hearing Time: 9:30 a.m. |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | Adversary No. 04 A 02086 |
| UAL CORPORATION, AIR WIS | ) |  |
| SERVICES, INC., AIR WISCONSIN, | ) |  |
| INC., BIZJET CHARTER, INC., BIZJET | ) |  |
| FRACTIONAL, INC., BIZJET | ) |  |
| SERVICES, INC., CONFETTI, INC., | ) |  |
| CYBERGOLD, INC., DOMICILE | ) |  |
| MANAGEMENT SERVICES, INC., FOUR | ) |  |
| STAR LEASING, INC., ITARGET.COM, | ) |  |
| INC., KION LEASING, INC., MILEAGE | ) |  |
| PLUS HOLDINGS, INC., MILEAGE | ) |  |
| PLUS MARKETING, INC., MILEAGE | ) |  |
| PLUS, INC., MYPOINTS OFFLINE | ) |  |
| SERVICES, INC., MYPOINTS.COM, | ) |  |
| INC., PREMIER MEETING AND | ) |  |
| TRAVEL SERVICES, INC., UAL | ) |  |
| BENEFITS MANAGEMENT, INC., UAL | ) |  |
| COMPANY SERVICES, INC., UAL | ) |  |
| LOYALTY SERVICES, INC., UNITED | ) |  |
| AIR LINES, INC., UNITED AVIATION | ) |  |
| FUELS CORPORATION, UNITED | ) |  |
| BIZJET HOLDINGS, INC., UNITED | ) |  |
| COGEN, INC., UNITED GHS INC., | ) |  |
| UNITED VACATIONS, INC., UNITED | ) |  |
| WORLDWIDE CORPORATION, | ) |  |
| FREDERIC F. BRACE, DOUGLAS A. | ) |  |
| HACKER, FRANCESCA M. MAHER, | ) |  |
| RICHARD J. POULTON, SCOTT M. | ) |  |
| PRAVEN, STEVEN M. RASHER, | ) |  |
| ROBERT B. SAHADEVAN, and the | ) |  |
| OFFICIAL COMMITTEE OF | ) |  |
| UNSECURED CREDITORS OF UAL | ) |  |
| CORPORATION and each of its jointly- | ) |  |
| administered debtors, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 2 3 2004
KENNETH S. GARDNER, CLERK
PS REP. - JJ

## NOTICE OF EMERGENCY MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 26th day of April, 2003, at 9:30 a.m.,
Debtors shall appear before the Honorable Bankruptcy Judge Eugene R. Wedoff in Room
744 at the United Bankruptcy Court for the Northern District of Illinois, Eastern Division
at the 219 S. Dearborn St., Chicago, Illinois, 60603, and present the attached **Debtors'
Emergency Motion to Dismiss Counts IV and V,** a copy of which is attached hereto and
herewith served upon you.

Dated:   April 23, 2004

**UAL CORPORATION et al.**

By: _____
James H.M. Sprayregen, P.C. (ARDC No. 6190206)
David R. Seligman (ARDC No. 6238064)
Marc Kieselstein (ARDC No. 6199255)
Salvatore F. Bianca (ARDC No. 6278974)
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)

Counsel for the Debtors and Debtors in Possession

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 2 3 2004
KENNETH S. GARDNER, CLERK
PS REP. - JJ

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| UAL CORPORATION, et al., | ) | **Joint Case No. 02 B 48191** |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |
|  | ) | **Honorable Eugene R. Wedoff** |
| OURHOUSE, INC., | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **Adversary No. 04 A 2086** |
|  | ) |  |

UAL CORPORATION, AIR WIS SERVICES,
INC., AIR WISCONSIN, INC., BIZJET
CHARTER, INC., BIZJET FRACTIONAL, INC.,
BIZJET SERVICES, INC., CONFETTI, INC.,
CYBERGOLD, INC., DOMICILE
MANAGEMENT SERVICES, INC., FOUR STAR
LEASING, INC., ITARGET.COM, INC., KION
LEASING, INC., MILEAGE PLUS HOLDINGS,
INC., MILEAGE PLUS MARKETING, INC.,
MILEAGE PLUS, INC., MYPOINTS OFFLINE
SERVICES, INC., MYPOINTS.COM, INC.,
PREMIER MEETING AND TRAVEL
SERVICES, INC., UAL BENEFITS
MANAGEMENT, INC., UAL COMPANY
SERVICES, INC., UAL LOYALTY SERVICES,
INC., UNITED AIR LINES, INC., UNITED
AVIATION FUELS CORPORATION, UNITED
BIZJET HOLDINGS, INC., UNITED COGEN,
INC., UNITED GHS INC., UNITED
VACATIONS, INC., UNITED WORLDWIDE
CORPORATION, FREDERIC F. BRACE,
DOUGLAS A. HACKER, FRANCESCA M.
MAHER, RICHARD J. POULTON, SCOTT M.
PRAVEN, STEVEN M. RASHER, ROBERT B.
SAHADEVAN, and the OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF UAL
CORPORATION and each of its jointly-
administered debtors,

                Defendants.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 2 3 2004
KENNETH S. GARDNER, CLERK
PS REP. - JJ

## DEBTORS' EMERGENCY MOTION TO DISMISS COUNTS IV AND V

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

hereby (a) move the Court (the "Motion") to Dismiss Counts IV and V of the above captioned

adversary complaint for lack of standing pursuant to Fed. R. Civ. P. 12(b)(1). In support of the

Motion, the Debtors state as follows.

### Introduction

1.      The actions contained in Counts IV and V of OurHouse's adversary complaint

captioned *OurHouse v. UAL, Inc. et al.*, Adversary No. 04 A 02086 are unquestionably property

of the Debtors' estates. Consequently, pursuant to *Fogel v. Zell*, 221 F.3d 955, 966 (7th Cir.

2000), OurHouse lacks standing to pursue such actions without prior relief from the Court upon a

showing that the Debtors shirked their fiduciary responsibilities in failing to pursue the claims

alleged in Counts IV and V. *Id.* As OurHouse has not obtained such relief from the Court,

OurHouse lacks standing to bring the derivative actions alleged in Counts IV and V of its

adversary complaint, and Counts IV and V should, therefore, be dismissed.

2.      Moreover, certain senior officers and directors of the Debtors who are intimately

involved in the Debtors' restructuring efforts and day to day operations (as well as certain former

UAL employees, UAL's former general counsel) and who also may be required to testify in the

April 26, 2004 trial on OurHouse's disputed claim are identified as defendants in Counts IV and

V of OurHouse's complaint. Continued pursuit of Counts IV and V of OurHouse's complaint,

thus, threatens to create a severe distraction of and disruption to the efforts of such individuals to

assist in the Debtors' restructuring and was clearly timed to intimidate potential witnesses at trial

in an effort to create settlement leverage. The Debtors believe that it is absolutely appropriate

that the Debtors attempt to bring an immediate stop to the unnecessary distraction and

2

harassment of its directors and officers.  Indeed, this carefully-timed attempt to coerce a settlement and to intimidate witnesses by creating a specter of tens of millions of dollars of personal liability for individuals playing a key role in United's restructuring, should not be countenanced by this Court.

## Jurisdiction

3.     This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

4.     Venue of this proceeding and the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

5.     The bases for the relief requested herein are Section 541(a)(1) of Title 11 of the United States Code as amended from time to time (the "Bankruptcy Code") and Federal Rule of Civil Procedure 12(b)(1) as incorporated by Rule 7102 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## Background

6.     On December 9, 2002 (the "Petition Date"), the Debtors filed voluntary petitions for relief under the Bankruptcy Code and commenced the above-captioned Chapter 11 cases (the "Chapter 11 Cases").  The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.  On December 13, 2002, the United States Trustee appointed an official committee of unsecured creditors (the "Creditors' Committee").

7.     On or about, April 15, 2004, OurHouse filed an adversary complaint against, among     others,     the     Debtors     and     certain     officers     and     directors     (the D&O's) of UAL Loyalty Services, Inc. ("ULS"), Case No. 04 A 02086 (the "OurHouse Adversary").  Counts IV and V of the OurHouse Adversary seek recovery against the Debtors

3

Case 04-02086    Doc 5    Filed 04/26/04    Entered 04/26/04 09:35:46    Desc Main
Document      Page 6 of 50

and the certain of the Debtor's officers and directors for alleged "illegal dividends" under, purportedly, both bankruptcy and non-bankruptcy law. *See* Complaint ¶¶ 97 and 98.

8.    Counts IV and V, seeking to recover alleged illegal dividends from the Debtors and their directors and officers (*i.e.* derivative actions), are property of the Debtors' estates.

### Argument

**A.    Counts IV and V of the OurHouse Adversary are Property of the Debtors' Estates.**

> **(1)    Claims for unlawful dividends are derivative actions under Delaware law, and therefore, property of the Debtors' estates.**

9.    Counts IV and V, which are claims for recovery of illegal dividends, are derivative actions under Delaware law. *Kramer v. Western Pacific Industries, Inc.* 546 A.2d 348, 353 (Del. S. Ct. 1988) (holding that excessive payment from corporate funds constitutes derivative action); *see also In re Rexene Corporation Shareholders Litigation*, 1991 WL 77529 *3 (Del. Ch.) (holding that "claims of waste, self-dealing and improper payment of excessive dividends have been held to be derivative and not individual"); *Hall v. Sunshine Mining Company ("In re Sunshine Precious Metals, Inc.")*, 157 B.R. 159, 163 (Bankr. D. Idaho 1993) (holding that the language of the Delaware statute providing a remedy for illegal dividends "demonstrates on its face that the injury to creditors is derivative.")

10.    The commencement of a bankruptcy case creates an estate for the benefit of creditors which encompasses "all legal or equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. § 541(a)(1). The bankruptcy estate includes all legal claims owned by a corporate debtor, including derivative actions. *Fogel*, 221 F.3d at 966; *see also Matter of Consolidated Bancshares*, 785 F.2d 1249, 1253-54 (5th Cir. 1986); *see also West v. H&R Block Tax Services, Inc.*, No. 03 C 4289, 2003 WL 22995158 *2 (N.D. Ill.) (Kocoras, Chief J.), holding that when a debtor files for bankruptcy:

4

I:\Project A\Marcus\OurHouse Adversary\Motion dismiss adversary v.3.DOC

"virtually all property of the debtor at that time becomes property of the bankruptcy estate." *In re Yonikus*, 996 F.2d 866, 869 (7th Cir.1993). Section 541 of the Bankruptcy Code creates a bankruptcy estate comprised of "all legal or equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. § 541(a)(1). What constitutes an "interest" of the debtor is interpreted extremely broadly as "every conceivable interest of the debtor, future, nonpossessory, contingent, speculative, and derivative, is within the reach of [11 U.S.C. § 541(a)(1).]" *Yonikus* at 869. Among the vast range of potential property belonging to a debtor, 11 U.S.C. § 541(a)(1) "has uniformly been interpreted to include causes of action. *In re Polis*, 217 F.3d 899, 901 (7th Cir.2001)..

*Id.*

11.    Therefore, as derivative actions, Counts IV and V are property of the Debtors' estates.

### (2)    Avoidance and recovery actions under the Bankruptcy Code are property of the Debtors' estates

12.    Although OurHouse alleges that it may pursue recovery actions under the Bankruptcy Code, it makes no reference as to what provision allows it such authority. *See* OurHouse Adversary ¶ 97. To the extent OurHouse bases Count IV on Sections 542, 543, 544, 547 or 548 of the Bankruptcy Code, the Debtors are the sole party with the authority to pursue such avoidance and/or recovery actions. *See In re Xonics Photochemical, Inc.*, 841 F.2d 198, 202-03 (7th Cir. 1988) (stating that actions under Sections 544(b) and 548(a) belong to the trustee or debtor in possession); *Koch Refining v. Farmers Union Central Exchange, Inc.*, 831 F.2d 1339, 1342-43 (7th Cir. 1987) ("The trustee's single effort [to pursue avoidance actions] eliminates the many wasteful and competitive suits of individual creditors"); *Dana Molded Products, Inc. v. Brodner*, 58 B.R. 576, 578 (N.D. Ill. 1986) (holding that a creditor's standing to pursue fraudulent conveyances and similar derivative claims succeeds solely to the trustee/debtor in possession in event of bankruptcy); *In re Allard*, 198 B.R. 715, 719 (Bankr. N.D. Ill. 1996)

("Generally, individual creditors are not empowered to use the trustee's avoiding powers either for their own benefit or for the benefit of the estate, not even to attack transfers the creditors could have avoided under state law because of harm to them personally"); *see also West,* 2003 WL 22995158 \*2 (holding creditor did not have standing to pursue action belonging to the debtor's estate).

13.     In sum, regardless of whether OurHouse is pursuing Counts IV and V under state or bankruptcy law, it is black letter law that Counts IV and V, seeking to recover alleged illegal dividends, are property of the estate.

**B.      Counts IV and V should be dismissed because OurHouse lacks standing to bring the claims alleged in Counts IV and V.**

14.     As Counts IV and V are the sole property of the Debtors, OurHouse lacks standing to pursue such judgments, and therefore, Counts IV and V should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1). *Fogel,* 221 F.3d at 966; *Perry v. Village of Arlington Heights,* 186 F.3d 826, 829 (7th Cir. 1999) (holding upon challenge of standing pursuant to (12)(b)(1), motion will be granted unless non-moving party can establish facts supporting standing with "competent proof"); *In re American Federation of Gov. Employees Local 2119 v. Cohen,* 171 F.3d 460 (holding 12(b)(1) is appropriate vehicle for dismissal of complaint for lack of standing) *Xonics Photochemical,* 841 F.2d at 202-03 (holding debtor/trustee is sole party with standing to pursue actions on behalf of debtor); *Koch Refining,* 831 F.2d at 1342-43 (same); *Dana Molded Products,* 58 B.R. at 578 (same); *In re Allard,* 198 B.R. at 719 (same); *see also, Solow v. Stone,* 994 F.Supp. 173, 180 (S.D.N.Y. 1998) (dismissing derivative action filed by "sole non-insider significant creditor" for of lack of standing pursuant to 12(b)(1)).

15.     Whether standing exists is paramount inquiry into a court's subject matter jurisdiction over a case, as it is "the threshold question in every federal case, determining the

6

power of the court to entertain the suit." *Warth v. Seldin*, 422 U.S. 490, 498, 95 S.Ct. 2197, 45 L.Ed.2d 343 (1975). "In its constitutional dimension, standing imports justiciability: whether the plaintiff has made out a "case or controversy" between himself and the defendant within the meaning of [Article III of the Constitution.]" *Id.*

16.    If standing is challenged by the defendant, the plaintiff must establish by a preponderance of the evidence that standing exists. *Lee v. City of Chicago*, 330 F.3d 456, 468 (7th Cir. 2003).    A dismissal for lack of subject matter jurisdiction under Rule 12(b)(1) is appropriate, where standing is challenged as a factual matter, when a plaintiff fails to support the allegations necessary for standing with "competent proof." *Retired Chicago Police Ass'n v. City of Chicago, 76 F.3d 856,* 862 (7th Cir.1996); *Perry,* 186 F.3d at 829; *Allstate Ins. Co. v. City of Chicago,* 2003 WL 1877670, *3 (N.D.Ill. 2003).    The Seventh Circuit has interpreted "competent proof" as "requiring a showing by a preponderance of the evidence, or proof to a reasonable probability, that standing exists." *Id., citing NLFC, Inc. v. Devcom Mid-America, Inc.,* 45 F.3d 231, 237 (7th Cir.), *cert. denied,* 515 U.S. 1104 (1995).

17.    Courts must resolve questions of standing according to a two-part inquiry that considers "both constitutional limitations of federal-court jurisdiction and prudential limitations in its exercise." *Gladstone Realtors v. Village of Bellwood,* 441 U.S. 91, 99, 99 S.Ct. 1601, 1607, 60 L.Ed.2d 66 (1979) (quoting *Warth,* 422 U.S. at 498, 95 S.Ct. at 2205 (1975)). Ordinarily, "a litigant seeking relief in federal court must satisfy both constitutional and prudential limitations in order to have standing to sue." *Locals 666 and 780 v. United States Dept. of Labor,* 760 F.2d 141, 143 (7th Cir.) (emphasis in original), *cert. denied,* 474 U.S. 901, 106 S.Ct. 227, 88 L.Ed.2d 227 (1985).

7

18.     Even if a party satisfies the Article III criteria, there are several judicially self-imposed limits on the exercise of federal jurisdiction that may preclude a litigant's standing, including:

> the general prohibition on a litigant's raising another person's legal rights, the rule barring adjudication of generalized grievances more appropriately addressed in the representative branches, and the requirement that a plaintiff's complaint fall within the zone of interests protected by the law invoked.
>
> *Allen v. Wright*, 468 U.S. 737, 751, 104 S.Ct. 3315, 3324, 82 L.Ed.2d 556 (1984).

19.     These prudential limitations on standing eliminate cases "where no individual rights would be vindicated" and restrict "access to federal courts to those litigants best suited to assert a particular claim." *Gladstone*, 441 U.S. at 100, 99 S.Ct. at 1608.

20.     In the present case, it is simply undisputable that OurHouse lacks standing to pursue the causes of action alleged in Counts IV and V as they are and remain property of the Debtors' estates. *Fogel*, 221 F.3d at 966; *Perry v. Village of Arlington Heights*, 186 F.3d 826, 829 (7th Cir.1999); *Xonics Photochemical*, 841 F.2d at 202-03; *Koch Refining*, 831 F.2d at 1342-43; *Dana Molded Products*, 58 B.R. at 578; *In re Allard*, 198 B.R. at 719; *see also, Solow*, 994 F.Supp. at 180.

21.     OurHouse has *not even attempted to plead* any basis for jurisdiction, such as (i) "special injury" establishing Counts IV and V as individual actions, or (ii) prior relief from the Court to pursue the Debtors' actions. Indeed, that is because, simply, such facts do not exist, and without question, OurHouse cannot establish any such facts with "competent facts." *See Perry*, 186 F.3d at 829

22.     Therefore, Counts IV and V should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1).

8

### Notice

23.      Notice of this Motion has been given to (a) the United States Trustee; (b) counsel

for the Debtors' debtor in possession lenders; (c) counsel for the Official Committee of

Unsecured Creditors; (d) counsel for the U.S. Trustee; (e) counsel to OurHouse; and (f) all

persons currently on the 2002 Service List. In light of the nature of the relief requested, the

Debtors submit that no further notice is necessary.

### No Prior Request

24.      No previous request for the relief sought herein has been made to this or any other

Court.

WHEREFORE, the Debtors respectfully request that the Court enter an order,

substantially in the form attached hereto (a) dismissing Counts IV and V of the OurHouse

Adversary, and (b) granting such other and further relief as this Court may deem just and proper.

Dated: Chicago, Illinois           Respectfully submitted,
       April 23, 2004

James H.M. Sprayregen, P.C. (ARDC No. 6190206)
Marc Kieselstein, Esq. (ARDC No. 6199255)
David R. Seligman, Esq. (ARDC No. 6238064)
Salvatore F. Bianca, Esq. (ARDC No. 6278974)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)
Counsel for the Debtors and Debtors in Possession

9

Westlaw.

Not Reported in F.Supp.2d
(Cite as: 2003 WL 1877670 (N.D.Ill.))

Page 1

C

Only the Westlaw citation is currently available.

United States District Court,
N.D. Illinois, Eastern Division.

ALLSTATE INSURANCE COMPANY, Atlantic
Mutual Insurance Company, Encompass
Insurance, Hartford Casualty Insurance Company, St.
Paul Companies, State Farm
Fire and Casualty and State Farm Mutual Auto, both
individually and as
subrogees of their respective insureds, Plaintiffs,
v.
CITY OF CHICAGO, a municipal corporation, and
Harza Environmental Services,
Inc., a/k/a Harza Engineering Company, Defendants.

No. 02 C 5456.

April 14, 2003.

*MEMORANDUM OPINION AND ORDER*

LEFKOW, J.

*1 Plaintiffs, Allstate Insurance Company, Atlantic
Mutual Insurance Company, Encompass Insurance,
Hartford Casualty Insurance Company, St. Paul
Companies, State Farm Fire and Casualty and State
Farm Mutual Auto (collectively "plaintiffs") bring
this law suit against defendants, the City of Chicago
("Chicago") and Harza Environmental Services
("Harza") alleging violations of the Clean Water Act
("CWA"), 33 U.S.C. §§ 1251 et seq. (Count I), and,
under Illinois law, negligence (Count II), nuisance
(Count III) and trespass (Count IV). Chicago and
Harza each have moved to dismiss the plaintiffs'
Complaint under Rules 12(b)(1) and 12(b)(6),
Fed.R.Civ.P. The court has jurisdiction over the
claims pursuant to 33 U.S.C. § 1365 and 28 U.S.C. §
1367. For the reasons set forth below, the court
dismisses the CWA claims for lack of standing and
dismisses without prejudice the state law claims.

MOTION TO DISMISS STANDARDS

A motion to dismiss under Federal Rule of Civil
Procedure 12(b)(1) challenges the court's subject

matter jurisdiction. In determining whether subject
matter jurisdiction exists, the court is not required to
accept plaintiffs' allegations as true. A "district court
ha[s] not only the right, but the duty to look beyond
the allegations of the complaint to determine that it
ha[s] jurisdiction...." *Hay v. Indiana State Bd. of Tax
Comm'rs, 312 F.3d 876, 879 (7th Cir.2002).*
However, when examining the material allegations of
the complaint, the court must draw all reasonable
inferences therefrom in favor of the plaintiff. *Retired
Chicago Police Ass'n v. City of Chicago, 76 F.3d
856, 862 (7th Cir.1996).*

Conversely, a motion to dismiss under Federal Rule
of Civil Procedure 12(b)(6) challenges the
sufficiency of the complaint for failure to state a
claim upon which relief may be granted. *General
Elec. Capital Corp. v. Lease Resolution Corp., 128
F.3d 1074, 1080 (7th Cir.1997).* Dismissal is
appropriate only if it appears beyond a doubt that the
plaintiff can prove no set of facts in support of its
claim that would entitle it to relief. *Conley v. Gibson,
355 U.S. 41, 45-46 (1957); Kennedy v. Nat'l Juvenile
Det. Assoc., 187 F.3d 690, 695 (7th Cir.1999).* In
ruling on the motion, the court accepts as true all well
pleaded facts alleged in the complaint, and it draws
all reasonable inferences from those facts in the
plaintiff's favor. *Dixon v. Page, 291 F.3d 485, 486
(7th Cir.2002); Jackson v. E.J. Brach Corp., 176 F.3d
971, 977 (7th Cir.1999).*

FACTS [FN1]

FN1. The facts as set forth herein are taken
from plaintiffs' Complaint and a copy of the
letter plaintiffs sent to Chicago and Harza as
required by § 1365(b)(1)(a) of the CWA.
The notice letter may be referenced on this
motion to dismiss because it is attached as
an exhibit to the Complaint and explicitly
incorporated by reference. *E.g., Tierney v.
Vahle, 304 F.3d 734, 737 (7th Cir.2002);
Beanstalk Group, Inc. v. AM Gen. Group,
283 F.3d 856, 858 (7th Cir.2002).*

Chicago operates a combined sewer system designed
to remove both raw sewage and storm water from
within Chicago's city limits. Harza acted and
continues to act as the engineering design consultant
to Chicago and supervises the ongoing "Rainblocker"

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

Not Reported in F.Supp.2d
(Cite as: 2003 WL 1877670 (N.D.Ill.))

program, which has the purpose of retrofitting the storm water aspect of the combined sewer system. Under the Rainblocker program, the amount of storm water flow into the sewers was to be limited by a number of measures, the purpose being to prevent overtaxation of the sewer's capacity to convey the water away. Previously, because of the nature of the combined system, any measurable level of rainfall would fill up the combined sewers, causing the sewers to overflow, back up in basements, and eventually discharge into navigable waters in the area. The concept of Rainblocker was to limit the entry of storm water into the sewers through disconnecting homeowner "down spouts" and placing inlet restrictors between the streets and sewers. In theory, this two part process diverts run-off away from the sewers and limits the amount of water intake from the street into the sewer system. The end result would be the elimination of flooding and sewer discharge into area navigable waters after storms.

*2 According to plaintiffs, one of the key components of the system was that the residential "down spouts" were to be disconnected. If the down spouts were not disconnected, plaintiffs allege that the Rainblocker program would not function according to the plan's design, and flooding and sewer discharge in basements and navigable waters would continue. Plaintiffs allege that the Rainblocker program was not effective because Chicago and Harza did not systematically and uniformly disconnect the down spouts on residential properties. As a result, damage resulted to basements and other property of homeowners that were insured by plaintiffs. Plaintiffs further allege that both Chicago and Harza exceeded waste water discharge limits as well as the permissible point source limitations under the CWA contained in the National Pollutant Discharge Elimination System ("NPDES") permit issued to Chicago (Permit No. IL 0045012) (the "NPDES permit").

Plaintiffs maintain that they are property insurance carriers that afford property insurance to thousands of individuals and businesses that own, occupy or operate rental apartments, automobiles, houses, offices, stores, condominiums, warehouses, factories, restaurants, and other types of commercial and residential property situated within Chicago, and these insureds use and enjoy the ecosystems affected by storm water discharges and sources governed by the NPDES permit issued to Chicago. Moreover, plaintiffs allege that, because of their respective insurance policies with the insureds (a list of whom are attached to the complaint), they are subrogated to the claims of those respective insureds against Chicago and Harza based on property damage sustained.

## DISCUSSION

Plaintiffs seek injunctive and compensatory relief for Chicago and Harza's alleged violations of the CWA (Count I), negligence (Count II), nuisance (Count III) and trespass (Count IV). Chicago moves for dismissal of plaintiffs' CWA claims because plaintiffs (1) failed to give Chicago adequate notice as required under the CWA and (2) lack standing. As for the state law claims, Chicago argues, all such claims should be dismissed because Chicago has discretionary immunity for its acts or omissions in installing, constructing, operating and maintaining the Rainblocker program. Finally, Chicago argues that the insurance companies have requested inappropriate relief. Harza moves for dismissal on grounds that (1) any flooded basements and standing water are not protected waters of the United States under the CWA; (2) failure to disconnect the down spouts or otherwise implement the Rainblocker program was not a NPDES permit violation; (3) subrogated insurers' interests are not protected by the CWA; (4) plaintiffs lack standing; (5) plaintiffs' Notice letter and Complaint allege no violation by Harza; (6) Harza cannot be liable because it is neither a permittee nor an operator; and (7) plaintiffs fail to allege proximate cause necessary for tort liability. Because the court concludes that plaintiffs lack standing to assert the CWA claims, it considers only that argument and will analyze the CWA and state law claims separately.

### A. Standing under the CWA

*3 The question of standing is "the threshold question in every federal case, determining the power of the court to entertain the suit." *Warth v. Seldin*, 422 U.S. 490, 498 (1975). "In its constitutional dimension, standing imports justiciability: whether the plaintiff has made out a 'case or controversy' between himself and the defendant within the meaning of Art. III." *Id.* The burden of establishing the required elements of standing lies with the plaintiff. *Retired Chicago Police Ass'n*, 76 F.3d at 862, citing *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 561 (1992). A dismissal for lack of subject matter jurisdiction under Rule 12(b)(1) is appropriate, where standing is challenged as a factual matter, when a plaintiff fails to support the allegations necessary for standing with "competent proof." *Id.*; *Perry v. Village of Arlington Heights*, 186 F.3d 826, 829 (7th Cir.1999). The Seventh Circuit has interpreted "competent proof" as "requiring a

showing by a preponderance of the evidence, or proof to a reasonable probability, that standing exists." *Id.,* citing *NLFC, Inc. v. Devcom Mid-America, Inc.,* 45 F.3d 231, 237 (7th Cir.), *cert. denied,* 515 U.S. 1104 (1995).

A showing of constitutional standing requires (1) an actual or threatened injury-in-fact (2) that is fairly traceable to the defendant's alleged violation of the CWA and (3) that could be redressed if the plaintiff wins in the lawsuit. *Lujan,* 504 U.S. at 560-61. Perhaps acknowledging that any injury in this case (i.e., having to pay out claims under insurance policies) is traceable to flooded basements and other property damage but not to discharges into navigable waters, plaintiffs attempt to proceed under the doctrine of associational standing. As stated by the Seventh Circuit in *Retired Chicago Police Ass'n,*

> The doctrine of associational standing is an exception to the general prohibition of representational standing. In order to obtain associational standing, an organization must meet the three prong-test set forth in *Hunt v. Washington State Apple Advertising Comm'n:*
>
> [A]n association has standing to bring suit on behalf of its members when: (a) its members would otherwise have standing to sue in their own right; (b) the interests it seeks to protect are germane to the organization's purpose; and (c) neither the claim asserted nor the relief requested requires the participation of individual members of the lawsuit, 432 U.S. 33, 343, 97 S.Ct. 2434, 2441, 53 L.E.2d 383 (1977); *see also Sanner v. Board of Trade,* 62 F.3d 918, 922 (7th Cir.1995).

76 F.3d at 862-63. Before considering the factors above, the threshold question is whether the insurance companies even qualify as an association and its insured as members. To qualify under a theory of associational standing, the insureds would have to "possess all of the indicia of members in an organization." *Hunt,* 432 U.S. at 344. The court in *Hunt* found the following factors relevant in finding a state agency an association even though it was not a traditional voluntary membership organization,

> *\*4* [The members] alone elect the members of the Commission; they alone finance its activities, including the costs of this lawsuit, through assessments levied upon them. In a very real sense, therefore, the Commission represents the State's growers and dealers and provides the means by which they express their collective views and protect their collective interests.

*Id.* at 344-45. In a situation similar to the one present here, another district court found an insurance company not to qualify as an association and its insureds not to qualify as members. *See Group*

*Health Plan, Inc. v. Philip Morris Inc.,* 86 F.Supp.2d 912, 918 (D.Minn.2000). After discussing the indicia of membership characteristics described in *Hunt,* the court noted,

> In this case, Plaintiffs' members do not appear to possess any of these characteristics. In fact, Plaintiffs do not even allege the requisite indicia of membership. Instead, Plaintiffs describe themselves as health maintenance organizations that contract with health care providers and purchase health care services for their members.... Thus, the relationship between Plaintiffs and their "members" is most aptly described as [ ] that of a business-consumer relationship, which is readily distinguishable from the traditional association-member relationship necessary to support an assertion of associational standing.
> *Id.*

Even viewing the facts in plaintiffs' Complaint as true, no indicia of membership in an organization is present so as to grant the plaintiffs standing under an association theory. The relationship between the insureds and the plaintiffs is a business-consumer relationship whereby the insured purchases insurance from the plaintiffs for coverage against certain losses. The insureds have no input as to how the plaintiffs run their business or who is in control. The plaintiffs are not a forum for the insureds to otherwise express their views or have their interest in a clean environment protected. The plaintiffs also do not provide the means by which the insureds express their collective views or protect their collective interests. Accordingly, the court concludes that plaintiffs are not "organizations" and their insureds not "members" for which the plaintiffs may assert their insureds' rights under the CWA. [FN2]

> FN2. Even if an insurance company were found to be an association and its insureds members of that association, the interests sought for protection here are far from an insurance company's "germane purpose." The purpose of such an organization would not be to prevent excessive discharges under the CWA or to protect its insureds' interests in clean ecosystems. Instead, the purpose of such an organization is to collect payments from insureds, to pay out claims according to its policies, and attempt to recoup on claims. While the plaintiffs maintain that they would pay any health or property damage claims that their insureds suffer, this does not transform the "germane purpose" of an insurance company away from a private

Not Reported in F.Supp.2d
(Cite as: 2003 WL 1877670 (N.D.Ill.))

Page 4

profit-motivated corporation.

In further support of standing, plaintiffs argue, under a subrogation theory, that if an insured could have brought the claim independently, then the insurer can also. Simply put, plaintiffs paint with too broad a brush. While the court does not doubt that under the law of subrogation an insurer can stand in the shoes of its insured, this would only be the case for the particular claim or debt paid. *E.g., Walker v. Ridgeview Constr. Co.,* 316 Ill.App.3d 592, 597, 736 N.E.2d 1184, 1188 (2000) ("the doctrine of Subrogation is a method whereby one who has involuntarily paid a debt or claim of another succeeds to the right of the other *with respect to the claim or debt so paid.*" ) (emphasis added); *see also. State Farm Gen. Ins. Co. v. Stewart,* 288 Ill.App.3d 678, 682-83, 681 N.E.2d 625, 628 (1997). This doctrine does not allow an insurer to assert broader claims, such as CWA claims, for the insured, at least not when the particular claim paid is unrelated to the CWA. Whatever subrogated claims the plaintiffs could assert on behalf of their insureds for the flooding of the basements or similar damages, such claims would not include actions under the CWA for pollutants allegedly discharged in navigable waters in excess of an NPDES permit. Contrary to plaintiffs' suggestions, the court will not read any subrogation rights broad enough to include interests their insureds have in the use and enjoyment of the ecosystems allegedly affected by the unauthorized discharges by Chicago and Harza.

*5 Because the court concludes that plaintiffs lack standing to assert CWA claims on behalf of their insureds, the court lacks subject matter over plaintiffs' Count I claim. Accordingly, the CWA claim is dismissed with prejudice.

B. State Law Claims

With the dismissal of the CWA claim, the court is left with state law negligence, nuisance and trespass claims for which it has only supplemental jurisdiction under 28 U.S.C. § 1367. Under § 1367(c)(3), the court may decline to exercise supplemental jurisdiction when all claims over which original jurisdiction is present are dismissed. *See* 28 U.S.C. § 1367(c)(3) ( "The district court may decline to exercise supplemental jurisdiction over a claim ... if ... the district court dismissed all claims over which it has original jurisdiction."). Both Harza and Chicago urge the court to address the merits of the state tort claims because "when a state-law claim is clearly without merit, it invades no state interest-on the

contrary, its spares the overburdened state court additional work that they do not want or need...." *Cog v. County of Cook,* 162 F.3d 491, 496 (7th Cir.1998). This, however, is not the normal course in this circuit. *E.g., Groce v. Eli Lilly & Co.,* 193 F.3d 496, 501 (7th Cir.1999) ("[I]t is the well-established law of this circuit that the usual practice is to dismiss without prejudice state supplemental claims whenever all federal claims have been dismissed prior to trial.").

Because these claims are based on and raise issues of Illinois state law and because Illinois state courts have greater familiarity and expertise in dealing with such issues, the court declines to exercise supplemental jurisdiction. As such, these state law claims are dismissed without prejudice.

2003 WL 1877670 (N.D.Ill.)

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

Westlaw.

Slip Copy
(Cite as: 2003 WL 22995158 (N.D.Ill.))

Page 1

Only the Westlaw citation is currently available.


United States District Court,
N.D. Illinois, Eastern Division.

Clifton M. WEST, Plaintiff,
v.
H & R BLOCK TAX SERVICES, INC.; H & R
Block Tax Company, LLC; and H & R Block
Support Services, LLC, Defendants.

**No. 03 C 4289.**

Dec. 15, 2003.

Clifton M. West, pro se, Chicago, IL, for Plaintiff.

Robert E. Arroyo, Brian Dennis McCarthy, Christine Patricia Shields, Jackson Lewis LLP, Chicago, IL, for Defendants.


*MEMORANDUM OPINION*

KOCORAS, Chief J.

*1 This matter comes before the Court on Defendants' (collectively referred to as "H & R Block") motion for summary judgment. For the reasons set forth below, the motion is granted.

## BACKGROUND

Plaintiff Clifton West ("West") is a former employee of H & R Block. West is suing under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.*, and 42 U.S.C. § 1981, contending that he was discriminated against and constructively discharged on account of his race. H & R Block's alleged discriminatory conduct occurred between June 2000 and April 8, 2003. West initiated the present action by filing a charge of discrimination (the "Charge") with the Equal Employment Opportunity Commission ("EEOC"), against H & R Block, on March 24, 2003. The EEOC issued West a Notice of Right to Sue, dated March 27, 2003. West then filed the present lawsuit on June 23, 2003.

Before filing this lawsuit, but after receiving his Notice of Right to Sue from the EEOC, West filed for

Chapter 7 bankruptcy protection in the U.S. Bankruptcy Court for the Northern District of Illinois on May 15, 2003. This was the third time West had filed for bankruptcy and, in preparing his petition, he relied on a "Made E-Z Do It Yourself Bankruptcy Kit." Among the Bankruptcy Court documents that West was required to complete, one contained the following question, under the heading "Suits and administrative proceedings, executions, garnishments and attachments":

List all suits and administrative proceedings to which the debtor is or was a party within one year preceding the filing of this bankruptcy case.
Pl.'s Ex. C.

In response to this question, West marked a box labeled "None." On July 17, 2003, the Bankruptcy Court entered West's appointed trustee's "Report of Trustee in No-Asset Case," which included the appointed trustee's finding that "after diligent inquiry into the property of this estate ... there are no assets in this estate to be administered for the benefit of creditors." Def.'s App. Ex. E. West concedes that he inappropriately failed to disclose to his appointed trustee or the Bankruptcy Court that he had filed an EEOC charge or the subsequent lawsuit against H & R Block, but West maintains that his omission was unintentional. In any event, on September 16, 2003, the Bankruptcy Court granted West's petition thereby discharging West's debts and closing West's bankruptcy case.

H & R Block now moves for summary judgment, asserting that West lacks standing to sue H & R Block._[FN1] They argue that West's claims are property of his bankruptcy estate and as such can be prosecuted only by his trustee.

> FN1. H & R Block also moves to dismiss certain claims in West's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

## LEGAL STANDARD

Summary judgment is appropriate when the record, viewed in the light most favorable to the non-moving party, reveals that there is no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law. Fed.R.Civ.P. 56(c). On summary judgment the moving party must identify "those portions of 'the pleadings, depositions,

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

answers to interrogatories, and admissions on file, together with the affidavits, if any,' which it believes demonstrate the absence of a genuine issue of material fact ." *Celotex Corp. v. Catrett*, 477 U.S. 317, 323, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986) (quoting Fed.R.Civ.P. 56(c)). This initial burden may be satisfied by presenting specific evidence on a particular issue or by pointing out "an absence of evidence to support the nonmoving party's case." *Id.* at 325. Once the movant has met this burden, the non-moving party cannot simply rest on the allegations in the pleadings, but, "by affidavits or as otherwise provided for in [Rule 56], must set forth specific facts showing that there is a genuine issue for trial." Fed.R.Civ.P. 56(e). A genuine issue of material fact exists when "the evidence is such that a reasonable jury could return a verdict for the nonmoving party." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986). The court must consider the record as a whole in a light most favorable to the non-moving party and draw all reasonable inferences in favor of the non-moving party. *Id.* at 255; *Bay v. Cassens Transport Corp.*, 212 F.3d 969, 972 (7th Cir.2000). With these considerations in mind, we now turn to the present motion.

DISCUSSION

*2 H & R Block argues that summary judgment should be entered in its favor because West lacks standing to bring this lawsuit. H & R Block asserts that West's claims do not "belong" to him and are instead the property of his bankruptcy estate.

Whether standing exists is paramount inquiry into a court's subject matter jurisdiction over a case, as it is "the threshold question in every federal case, determining the power of the court to entertain the suit." *Warth v. Seldin*, 422 U.S. 490, 498, 95 S.Ct. 2197, 45 L.Ed.2d 343 (1975). "In its constitutional dimension, standing imports justiciability: whether the plaintiff has made out a 'case or controversy' between himself and the defendant within the meaning of [Article III of the Constitution.]" *Id.* If standing is challenged by the defendant, the plaintiff must establish by a preponderance of the evidence that standing exists. *Lee v. City of Chicago*, 330 F.3d 456, 468 (7th Cir.2003). Standing is typically challenged as a jurisdictional matter via a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(h)(1). *Allstate Ins. Co. v. City of Chicago*, 2003 WL 1877670, *3 (N.D.Ill.2003). However, because "lack of subject matter jurisdiction may be raised at any time before final judgment and cannot be waived by the parties," *Home Builders Ass'n of Greater*

*Chicago v. U.S. Army Corps of Engineers*, 2001 WL 293641, *4 (N.D.Ill.2001) (citations omitted), "whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action." Fed.R.Civ.P. 12(h)(3).

H & R Block argues that West lacks standing because his employment discrimination claims do not "belong" to him but rather are property of his bankruptcy estate. When a debtor, such as West, files for Chapter 7 bankruptcy protection, "virtually all property of the debtor at that time becomes property of the bankruptcy estate ." *In re Yonikus*, 996 F.2d 866, 869 (7th Cir.1993). Section 541 of the Bankruptcy Code creates a bankruptcy estate comprised of "all legal or equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. § 541(a)(1). What constitutes an "interest" of the debtor is interpreted extremely broadly as "every conceivable interest of the debtor, future, nonpossessory, contingent, speculative, and derivative, is within the reach of [11 U.S.C. § 541(a)(1).]" *Yonikus* at 869. Among the vast range of potential property belonging to a debtor, 11 U.S.C. § 541(a)(1) "has uniformly been interpreted to include causes of action." *In re Polis*, 217 F.3d 899, 901 (7th Cir.2001). To become property of the bankruptcy estate, causes of action need not have been filed in court prior to the bankruptcy petition, *id.* at 902, and "the point in time to look at is when the Plaintiff's cause of action accrued." *Gulley v. Winnebago County Forest Preserve District*, 1992 WL 185938, *2 (N.D.Ill.1992).

*3 It is clear that West's claims against H & R Block had materialized well before he filed for Bankruptcy on May 15, 2003. For bankruptcy purposes, his claims "accrued" no later than April 8, 2003, when West alleges that he was constructively discharged on account of his race. West's cause of action was certainly an asset at the time he received his Notice of Right to Sue from the EEOC on April 11, 2003, and should have been disclosed to the Bankruptcy Court. West's assertion that his failure to include his claims against H & R Block was unintentional is unavailing. Debtors in bankruptcy "have an absolute duty to report whatever interests they hold in property, even if they believe their assets are worthless or are unavailable to the bankruptcy estate." *In re Yonikus*, 974 F.2d 901, 904 (7th Cir.1992). A debtor's property that is not disclosed to the bankruptcy court is either abandoned or "remains part of the estate even after the closing of the bankruptcy case." *Nationwide Acceptance Corp. v. Markoff, Krasny, Goldman & Grant*, 2000 WL

Slip Copy
(Cite as: 2003 WL 22995158 (N.D.Ill.))

1230434, *3 (N.D.Ill.2000).

Having determined that West's claims of discrimination against H & R Block are property of his bankruptcy estate, [FN2] it is clear that he lacks standing to bring the present cause of action. This is because in Chapter 7 bankruptcies such as West's *"only* the trustee has standing to prosecute or defend a claim belonging to the estate." *Cable v. Ivy Tech State College,* 200 F.3d 467, 472 (7th Cir.1999) (emphasis in original). This result is consistent with other district courts applying Seventh Circuit law, which have found that Title VII plaintiffs in Chapter 7 bankruptcy lack standing to prosecute their claims, which are legally property of the bankruptcy estate and can only be brought by the trustee. *See Gulley v. Winnebago County Forest Preserve District,* 1992 WL 185938 (N.D.Ill.1992); *Guynn v. Potter,* 2002 WL 243626 (S.D.Ind.2002). Since West lacks standing, this court does not have subject matter jurisdiction over his claims, which must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(3).

> FN2. In the alternative, West's claims would be abandoned and thus not his to bring, which would also lead to the conclusion of lack of standing.

## CONCLUSION

Based on the foregoing analysis, H & R Block's motion for summary judgment is granted. H & R Block's contemporaneously filed motion to dismiss certain claims in West's complaint is therefore denied, without prejudice, as moot.

## JUDGMENT IN A CIVIL CASE

IT IS HEREBY ORDERED AND ADJUDGED that having determined that West's claims of discrimination against H & R Block are property of his bankruptcy estate, it is clear that he lacks standing to bring the present cause of action. Since West lacks standing, this court does not have subject matter jurisdiction over his claims, which must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(3). Based on the foregoing analysis, H & R Block's motion for summary judgment (12-1) is granted. H & R Block's contemporaneously filed motion to dismiss (9-1) certain claims in West's complaint is therefore denied, without prejudice, as moot.

2003 WL 22995158 (N.D.Ill.)

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

Westlaw.

Not Reported in A.2d
Fed. Sec. L. Rep. P 96,010
(Cite as: 1991 WL 77529 (Del.Ch.), 17 Del. J. Corp. L. 342)

Page 1

**H**

UNPUBLISHED OPINION. CHECK COURT RULES BEFORE CITING.

Court of Chancery of Delaware, New Castle County.

In re REXENE CORPORATION SHAREHOLDERS LITIGATION.
J & S PACKAGING PROFIT SHARING PLAN, Plaintiff,
v.
REXENE CORPORATION, William J. Gilliam, Andrew J. Smith, Herman Rosenman, Peter A. Joseph, Angus C. Littlejohn, Jr., Arthur L. Goeschel, Andrew R. Heyer, John D.R. Machin, Drexel Burnham Lambert, Incorporated, El Paso Partners, L.P., Manchester Investment L.P., Biscayne Capital L.P., and the First Boston Corporation, Defendants.

Civ. A. Nos. 10,897, 11,300.

Submitted: Jan. 15, 1991.
Decided: May 8, 1991.

**345 R. Bruce McNew, Pamela S. Tikellis, and Carolyn D. Mack, Greenfield & Chimicles, Joseph A. Rosenthal, and Kevin Gross, Morris, Rosenthal, Monhait & Gross, P.A., Wilmington, of counsel: Richard D. Greenfield, Greenfield & Chimicles, Haverford, Pa., Joseph H. Weiss, and Kevin Yourman, Law Offices of Joseph H. Weiss, New York City, Arnold Levin, and Frederick S. Longer, Levin, Fishbein, Sedran & Berman, Philadelphia, Pa., for plaintiffs.

A. Gilchrist Sparks, III, and Robert J. Valihura, Jr., Morris, Nichols, Arsht & Tunnell, Wilmington, of counsel: George M. Newcombe, William A. Maher, and David B. Smallman, Simpson Thacher & Bartlett, New York City, for individual defendants and for El Paso Partners, L.P.

Lawrence C. Ashby, and Stephen E. Jenkins, Ashby, McKelvie & Geddes, Wilmington, for Rexene Corporation.

Robert K. Payson, and James F. Burnett, Potter

Anderson & Corroon, Wilmington, of counsel: Theodore N. Miller, and Alan M. Unger, Sidley & Austin, Chicago, Ill., for Manchester Investments, L.P. and Biscayne Capital L.P.

E. Norman Veasey, and C. Stephen Bigler, Richards, Layton & Finger, Wilmington, of counsel: Howard G. Sloane, Cahill Gordon & Reindel, New York City, for Drexel Burnham Lambert, Incorporated.

Craig B. Smith, and Vicki A. Hagel, Lassen, Smith, Katzenstein & Furlow, Wilmington, of counsel: Michael A. Cooper, and Robert A. Sacks, Sullivan & Cromwell, New York City, for The First Boston Corporation.

## MEMORANDUM OPINION

BERGER, Vice Chancellor.

*1 **346 This is an action filed by minority stockholders of Rexene Corporation ("Rexene") challenging a recapitalization plan that included, among other things, the payment of a $7.00 per share special dividend. In their ten count Amended Complaint (the "Complaint"), plaintiffs charge Rexene's directors with waste, self-dealing and breach of the duty of candor. In addition, the Complaint alleges that Drexel Burnham Lambert Inc. ("Drexel") and three limited partnerships that participated in the debt placement and structuring of the recapitalization aided and abetted breaches of fiduciary duty by Rexene's directors. Finally, the Complaint charges defendants with violations of § § 11 and 15 of the Securities Act of 1933 in connection with the dissemination of the prospectus for a public offering of Rexene common stock. Defendants moved to dismiss on a variety of grounds including failure to make demand and failure to state a claim. For the reasons that follow, defendants' motions are granted.

The relevant facts, as alleged in the Complaint, may be summarized as follows. Rexene, through its subsidiaries, manufactures and markets thermoplastic and petrochemical products. On April 13, 1988, several of the defendants acquired Rexene in a leveraged buyout for $456 million. The buyout group was led by three limited partnerships: El Paso Partners, L.P. ("El Paso") and two partnerships

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

Not Reported in A.2d                                                          Page 2
Fed. Sec. L. Rep. P 96,010
**(Cite as: 1991 WL 77529 (Del.Ch.), 17 Del. J. Corp. L. 342)**

affiliated with Drexel, Manchester Investments, L.P. ("Manchester") and Biscayne Capital L.P. ("Biscayne"). The three partnerships contributed only $6 million of the $456 million paid in the leveraged buyout and received 24 million shares of Rexene common stock.

On April 19, 1988, approximately $200 million of bridge financing for the leveraged buyout was repaid by the issuance of $100 million principal amount of Senior Subordinated Extendable Notes (the "Extendable Notes"), $75 million principal amount of Subordinated Notes (the "Subordinated Notes") and $34 million of redeemable preferred stock. Both the Extendable Notes and the Subordinated Notes limited Rexene's ability to pay dividends.

On August 4, 1988, Rexene issued 6 million additional shares of common stock, representing approximately 20% of the company's outstanding common stock, in an initial public offering (the "Public Offering") at $21.50 per share. Defendant, The First Boston Corporation ("First Boston") acted as lead underwriter and, pursuant to an over-allotment option, purchased 900,000 shares of Rexene common stock at the discounted price of $20.00 per share. Manchester, Biscayne and El Paso did not sell any of their shares in the Public Offering and agreed with First Boston that they would not sell their Rexene common stock on the open market for two years. **347 Rexene raised approximately $156 million in the Public Offering, which was used to reduce the company's outstanding bank debt.

In November, 1988, Rexene entered into negotiations with Sunshine Mining Company ("Sunshine") for the acquisition of Rexene by Sunshine. The two companies executed a non-binding letter of intent in late December, 1988, pursuant to which Sunshine was to acquire Rexene for approximately $865 million, or $28.00 per share. However, on January 31, 1989, Rexene and Sunshine terminated their negotiations. In a press release announcing the end of negotiations with Sunshine, Rexene stated that it would continue "to work with its financial advisers on various ways to maximize shareholder values." Complaint, ¶ 19.

*2 In March and April, 1989, Rexene retired the Extendable Notes and the Subordinated Notes, thereby removing the restrictions on payment of dividends that had been included in the relevant debt instruments. The challenged special dividend was approved on June 5, 1989, as part of Rexene's recapitalization plan. That plan included: (1) a private placement of $500 million in increasing rate notes (the "Increasing Rate Notes"), (2) payment of a special dividend of $7.00 per share (the "Special Dividend"), (3) an increase in the quarterly dividend from $0.15 to $0.25 per share, and (4) the sale of certain Rexene assets. The Increasing Rate Notes were placed through Drexel by July 7, 1989 and, by the end of that month, both the increased quarterly dividend and the Special Dividend, totaling approximately $224 million were paid.

Another quarterly dividend of $0.25 per share was paid on October 16, 1989. However, by year end, Rexene decided to suspend payment of the quarterly dividend. The announced reason for that decision was that petrochemical prices were lower than expected. During the year between the termination of the Sunshine negotiations and the suspension of the quarterly dividend, the price of Rexene common stock had been dropping and, by mid-January, 1990, it was trading at $2.50 per share.

The gravamen of the Complaint is that the recapitalization plan, particularly the Special Dividend, was designed to benefit the original leveraged buyout participants at the expense of the public minority stockholders. Plaintiffs complain that defendants used the proceeds of the Public Offering to pay themselves a special dividend, which represented a significant return on their investment but financially crippled the company. As noted at the outset, the Complaint purports to state a variety of claims, including waste and breach of fiduciary **348 duty. Several of those claims are included twice; Once as derivative claims and once as class actions.

In addition, the Complaint raises two disclosure claims. Plaintiffs allege that defendant directors and First Boston violated the Federal Securities Act of 1933 by, among other things, failing to disclose in the prospectus for the Public Offering that the directors had a plan to pay the Special Dividend with the proceeds from the Public Offering. Defendant directors also allegedly breached their common law fiduciary duty of candor by failing to disclose the same "plan."

The first issue is whether the waste and self-dealing claims may be brought directly, derivatively or both. Although the tests have been articulated many times, it is often difficult to distinguish between a derivative and an individual action. The determination is based upon the allegations in the complaint, not plaintiffs' characterization of their claims. Where the

Not Reported in A.2d
Fed. Sec. L. Rep. P 96,010
**(Cite as: 1991 WL 77529 (Del.Ch.), 17 Del. J. Corp. L. 342)**

corporation is harmed by alleged wrongdoing and the stockholders are indirectly injured, the claim is derivative in nature. *Kramer v. Western Pacific Indus.*, Del.Supr., 546 A.2d 348, 353 (1988). By contrast, a stockholder has an individual claim when he sustains a "special injury," that is, "either 'an injury which is separate and distinct from that suffered by other shareholders,' or a wrong involving a contractual right of a shareholder ... which exists independently of any right of the corporation." *Moran v. Household Intern'l, Inc.*, Del.Supr., 490 A.2d 1059, 1070, aff'd Del.Supr., 500 A.2d 1346 (1985). (Quoting 12B *Fletcher Cyclopedia Corps,* § 5291, at 451 (Perm.Ed 1984) (Citations omitted). *See also Bokat v. Getty Oil Co.*, Del.Supr., 262 A.2d 246, 249 (1970) (to bring an individual action, plaintiff must be injured directly or independently of the corporation).

**\*3** Using these standards, claims of waste, self-dealing and improper payment of excessive dividends have been held to be derivative and not individual. *See Kramer v. Western Pacific Indus.* 546 A.2d at 353; *Sinclair Oil Corp. v. Levien,* Del.Supr., 280 A.2d 717, 721-22 (1971). Thus, it would seem that plaintiffs' purported class claims, which allege waste, self-dealing and the improper payment of an excessive dividend should be dismissed because they are, in fact, derivative claims. *See Good v. Texaco, Inc.*, Del.Ch., Civil Action No. 7501, Brown, C. (May 14, 1984).

Plaintiffs urge the Court to rule otherwise on the theory that the Special Dividend, although proportional in nature, impacted the company's stockholders differently. The public minority stockholders, such as plaintiffs, allegedly were injured by the Special Dividend whereas the defendant stockholders, having invested at $0.25 per **\*\*349** share, were benefitted by the $7.00 dividend. The problem with this argument is that the injury, if any, did not result from the receipt of a large cash dividend. Rather, the effect of the Special Dividend on the financial condition of the company is the source of the injury. If, as plaintiffs say, Rexene was crippled by the Special Dividend, Rexene's stockholders were injured indirectly and may only bring a derivative action to seek redress for the alleged wrong.

As previously noted, the same waste and breach of fiduciary duty claims were also brought derivatively. The analysis from this perspective focuses on whether the Complaint adequately alleges demand futility under Chancery Court Rule 23.1. The

applicable test is well settled:

(1) [W]hether threshold presumptions of director disinterest or independence are rebutted by well-pleaded facts; and, if not, (2) whether the complaint pleads particularized facts sufficient to create a reasonable doubt that the challenged transaction was the product of a valid exercise of business judgment.

*Levine v. Smith,* Del.Supr., --- A.2d --- No. 518, 1989, slip op. at 24-25 (May 1, 1991). *See Aronson v. Lewis,* Del.Supr., 473 A.2d 805, 814 (1984).

Plaintiffs allege that a majority of defendant directors had a disabling interest in the recapitalization plan because they were anxious to obtain a cash return on their investment. Therefore, according to plaintiffs, the Special Dividend and the increased quarterly dividend were timed and structured to benefit defendants at the expense of Rexene and the minority stockholders. Again, plaintiffs would have this Court ignore the fact that defendant directors received the same cash dividend in the same amount per share as all other Rexene stockholders. The fact that defendants own a substantial number of shares does not make them interested. *See Sinclair,* 280 A.2d at 721-22; *Hannigan v. Italo Petroleum Corp. of America,* Del.Supr., 77 A.2d 209, 212 (1949).

Alternatively, plaintiffs argue that demand was excused under the second prong of the *Aronson* standard. They say that payment of the Special Dividend under the circumstances alleged creates a reasonable doubt as to defendant directors' good faith. In addition, they contend that, where a complaint alleges waste of corporate assets, the waste claim creates a reasonable doubt that the transaction is subject to the protections of the business judgment rule. The Complaint, however, does not adequately support either assertion.

**\*4 \*\*350** Bad faith will be inferred where "the decision is so beyond the bounds of reasonable judgment that it seems essentially inexplicable on any [other] ground...." *In re J.P. Stevens & Co., Inc. Shareholders Litigation,* Del.Ch., 542 A.2d 770, 780 (1988). The recapitalization plan under attack is readily explainable. Defendant directors told the stockholders that they were attempting to maximize shareholder values. A large cash dividend is sometimes used to accomplish that result. Whether the Special Dividend was too large, as plaintiffs contend, is open to debate. It did not, apparently,

Not Reported in A.2d
Fed. Sec. L. Rep. P 96,010
(Cite as: 1991 WL 77529 (Del.Ch.), 17 Del. J. Corp. L. 342)

Page 4

violate 8 Del.C. § 170, nor did it force Rexene into bankruptcy. Thus, I do not find that the Complaint creates a reasonable doubt as to defendant directors' good faith.

The waste claim is similarly deficient. Where a transaction is attacked, it will be invalidated as a waste of corporate assets if, "what the corporation has received is so inadequate in value that no person of ordinary, sound business judgment would deem it worth what the corporation has paid." Saxe v. Brady, Del.Ch., 184 A.2d 602, 610 (1962). Where, as here, it is a dividend that is under attack, the size of the dividend can not be compared to any amount received by the corporation and the test for waste of corporate assets appears to be the same as that for bad faith. Thus, for the reasons discussed above, I conclude that the Complaint does not create a reasonable doubt that defendants committed waste of corporate assets.

Based on the foregoing, Counts I-VI, VIII and IX must be dismissed. These counts include the claims that were brought as class actions, but were found to state only derivative claims, and the derivative claims, which did not satisfy the requirements of Chancery Court Rule 23.1. In addition, the aiding and abetting claims must be dismissed since they depend upon the failed breach of fiduciary duty claims.

The disclosure claims remain to be addressed. In Count VII, plaintiffs complain that defendant directors misled Rexene's public stockholders by repeatedly stating that they were working to maximize stockholder values. The Complaint alleges that the directors failed to disclose their true intent, which was to maximize their own return without regard to the public stockholders. Defendants argue that there is no duty of candor to be breached unless the directors are required or elect to seek stockholder action. Here, there were no decisions for the stockholders to make with respect to the Special Dividend or any other aspect of the recapitalization plan. Alternatively, defendants argue that the duty of candor, if applicable, does **351 not require directors to confess wrongdoing or otherwise explain their motivation.

Defendants' second argument is well founded. Directors are not required to engage in self-flagellation and the failure to make an admission of wrongdoing "is not a material omission even if plaintiff is able to prove director malfeasance." Margolies v. Pope and Talbot, Inc., Del.Ch., Civil

Action No. 8244, Hartnett, V.C. at 17 (December 23, 1986); see Seibert v. Harper & Rowe Pub., Inc., Del.Ch., Civil Action No. 6639, Berger, V.C. at 15-16 (December 5, 1984). Thus, I find that even if the duty of candor applies to "voluntary" disclosures [FN1], the alleged non-disclosures here are not actionable.

*5 The other disclosure claims are set forth in Count X and allegedly constitute violations of § § 11 and 15 of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § § 77K and 77o. The Complaint alleges that the prospectus issued in connection with the Public Offering contained the following untrue statements of material fact and/or omissions of material fact: (1) it failed to disclose defendants' plan to extract a cash payout in the form of the Special Dividend; and (2) it falsely states that an action brought by employees of the company (the "Employee Class Action") lacked merit.

These disclosure allegations must be dismissed for failure to state a claim. With respect to the alleged "plan," there is no requirement that intentions be disclosed. Rodman v. Grant Foundation, 608 F.2d 64 (2nd Cir.1979); Golub v. PPD Corp., 576 F.2d 759 (8th Cir.1978). Moreover, the Complaint does not even allege facts from which it could be inferred that such a plan existed at the time the prospectus was issued. To the contrary, the fact that defendants were negotiating an acquisition with Sunshine in December, 1988, strongly suggests that any plan for a recapitalization and Special Dividend did not arise until after those negotiations fell through at the end of January, 1989.

The disclosure allegations relating to the Employee Class Action are equally weak. The prospectus discusses the nature of the Employee Class Action and then states:

**352 No discovery of documents or the parties has commenced in this purported class action. However, based upon the investigation conducted by the Company to date, the Company believes that the litigation lacks merit and that the facts do not substantiate plaintiffs' claim.... The Company believes that this litigation will not have a material adverse effect on the Company's financial position or results of operations. However, no assurances can be given that this action will not have such an effect.

July 29, 1988 Prospectus, 39-40; Complaint, ¶ 84E. Plaintiffs allege that this disclosure was false since the lawsuit was settled for $95 million within a few

Not Reported in A.2d
Fed. Sec. L. Rep. P 96,010
**(Cite as: 1991 WL 77529 (Del.Ch.), 17 Del. J. Corp. L. 342)**

days after the entry of a temporary restraining order.

The fact that the Employee Class Action was settled for $95 million months after the prospectus was issued does not indicate that any of the above quoted statements in the prospectus were false when made. The lawsuit had just been filed one month before the prospectus was issued, there had been no discovery and the disclosure expressly alerted investors to the fact that no assurances could be given as to the outcome of the litigation.    In sum, the Complaint fails to allege any facts demonstrating that the disclosures were false.    The fact that the company's prediction as to the merits of the suit may have been wrong does not mean that there were any disclosure violations.

Defendants' motions to dismiss the Complaint are granted.

IT IS SO ORDERED.

> FN1. The Court is not ruling on this question at present.  However, defendants' approach is problematic.    The idea that directors are permitted to be less than fully candid with their stockholders about the condition of the company seems inconsistent with the standards expected of corporate fiduciaries.  *See Loft, Inc. v. Guth,* Del.Ch., 2 A.2d 225 (1938), *aff'd* Del.Supr., 5 A.2d 503 (1939).

1991 WL 77529 (Del.Ch.), Fed. Sec. L. Rep. P 96,010, 17 Del. J. Corp. L. 342

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

# **EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| UAL CORPORATION, et al., | ) Joint Case No. 02 B 48191 |
| | ) |
| Debtors. | ) |
| | ) |
| _____ | ) |
| OURHOUSE, INC., | ) Honorable Eugene R. Wedoff |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Adversary No. 04 A 2086 |
| UAL CORPORATION, AIR WIS SERVICES, | ) |
| INC., AIR WISCONSIN, INC., BIZJET | ) |
| CHARTER, INC., BIZJET FRACTIONAL, INC., | ) |
| BIZJET SERVICES, INC., CONFETTI, INC., | ) |
| CYBERGOLD, INC., DOMICILE | ) |
| MANAGEMENT SERVICES, INC., FOUR STAR | ) |
| LEASING, INC., ITARGET.COM, INC., KION | ) |
| LEASING, INC., MILEAGE PLUS HOLDINGS, | ) |
| INC., MILEAGE PLUS MARKETING, INC., | ) |
| MILEAGE PLUS, INC., MYPOINTS OFFLINE | ) |
| SERVICES, INC., MYPOINTS.COM, INC., | ) |
| PREMIER MEETING AND TRAVEL | ) |
| SERVICES, INC., UAL BENEFITS | ) |
| MANAGEMENT, INC., UAL COMPANY | ) |
| SERVICES, INC., UAL LOYALTY SERVICES, | ) |
| INC., UNITED AIR LINES, INC., UNITED | ) |
| AVIATION FUELS CORPORATION, UNITED | ) |
| BIZJET HOLDINGS, INC., UNITED COGEN, | ) |
| INC., UNITED GHS INC., UNITED | ) |
| VACATIONS, INC., UNITED WORLDWIDE | ) |
| CORPORATION, FREDERIC F. BRACE, | ) |
| DOUGLAS A. HACKER, FRANCESCA M. | ) |
| MAHER, RICHARD J. POULTON, SCOTT M. | ) |
| PRAVEN, STEVEN M. RASHER, ROBERT B. | ) |
| SAHADEVAN, and the OFFICIAL COMMITTEE | ) |
| OF UNSECURED CREDITORS OF UAL | ) |
| CORPORATION and each of its jointly- | ) |
| administered debtors, | ) |
| | ) |
| Defendants. | ) |

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UAL CORPORATION, et al., | ) | Joint Case No. 02 B 48191 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| OURHOUSE, INC., | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Adversary No. 04 A 2086 |
| UAL CORPORATION, AIR WIS SERVICES, | ) | |
| INC., AIR WISCONSIN, INC., BIZJET | ) | |
| CHARTER, INC., BIZJET FRACTIONAL, INC., | ) | |
| BIZJET SERVICES, INC., CONFETTI, INC., | ) | |
| CYBERGOLD, INC., DOMICILE | ) | |
| MANAGEMENT SERVICES, INC., FOUR STAR | ) | |
| LEASING, INC., ITARGET.COM, INC., KION | ) | |
| LEASING, INC., MILEAGE PLUS HOLDINGS, | ) | |
| INC., MILEAGE PLUS MARKETING, INC., | ) | |
| MILEAGE PLUS, INC., MYPOINTS OFFLINE | ) | |
| SERVICES, INC., MYPOINTS.COM, INC., | ) | |
| PREMIER MEETING AND TRAVEL | ) | |
| SERVICES, INC., UAL BENEFITS | ) | |
| MANAGEMENT, INC., UAL COMPANY | ) | |
| SERVICES, INC., UAL LOYALTY SERVICES, | ) | |
| INC., UNITED AIR LINES, INC., UNITED | ) | |
| AVIATION FUELS CORPORATION, UNITED | ) | |
| BIZJET HOLDINGS, INC., UNITED COGEN, | ) | |
| INC., UNITED GHS INC., UNITED | ) | |
| VACATIONS, INC., UNITED WORLDWIDE | ) | |
| CORPORATION, FREDERIC F. BRACE, | ) | |
| DOUGLAS A. HACKER, FRANCESCA M. | ) | |
| MAHER, RICHARD J. POULTON, SCOTT M. | ) | |
| PRAVEN, STEVEN M. RASHER, ROBERT B. | ) | |
| SAHADEVAN, and the OFFICIAL COMMITTEE | ) | |
| OF UNSECURED CREDITORS OF UAL | ) | |
| CORPORATION and each of its jointly- | ) | |
| administered debtors, | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 9011 CERTIFICATION REGARDING
## REQUEST FOR EMERGENCY HEARING

I, Marc Kieselstein, of the law firm of Kirkland & Ellis and a member of the Bar of this Court, hereby certify as follows:

1.      I caused to be filed the Debtors' Emergency Motion (the "Motion") to Dismiss Counts IV and V relating to adversary number 04 A 2086, filed by OurHouse, Inc..

2.      I have carefully examined the matter, and have determined that there is a true necessity for an emergency hearing.

3.      On April 15, 2004 OurHouse served Debtors' counsel with an adversary complaint against, among others, the Debtors and certain officers and directors (the D&O's) of UAL Loyalty Services, Inc. ("ULS"), Case No. 04 A 02086.

4.      Certain senior officers and directors of the Debtors who are intimately involved in the Debtors' restructuring efforts and day to day operations and who also may be required to testify in the April 26, 2004 trial on OurHouse's disputed claim are identified as defendants in Counts IV and V of OurHouse's complaint.  Continued pursuit of Counts IV and V of OurHouse's complaint, thus, threatens to create a severe distraction of and disruption to the efforts of such individuals to assist in the Debtors' restructuring and was clearly timed to intimidate potential witnesses at trial in an effort to create settlement leverage.  The Debtors believe that it is absolutely appropriate that the Debtors attempt to bring an immediate stop to the unnecessary distraction and harassment of its directors and officers.  Consequently, the Debtors have requested this Motion be heard April 26, 2004, at 9:30 a.m.

5.      The Debtors believe that it is in the best interests of their creditors and respective estates that a hearing on approving the requested transfer, be scheduled on an emergency basis.

6.      In accordance with Local Bankruptcy Rule 306, the Emergency Motion is of such

a nature that any delay in hearing would result in serious, irreparable harm to the Debtors.


Dated: Chicago, Illinois                    Respectfully submitted,
       April 23, 2004

_____

James H.M. Sprayregen, P.C. (ARDC No. 6190206)
Marc Kieselstein, Esq. (ARDC No. 6199255)
David R. Seligman, Esq. (ARDC No. 6238064)
Salvatore F. Bianca, Esq. (ARDC No. 6278974)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)
Counsel for the Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

I, Jesse Aguilar, a non attorney, certify that on the 23rd day of April, 2004, I caused to be served, by e-mail (to parties who have provided an e-mail address), facsimile (to parties who have not provided an e-mail address) and by overnight delivery (to all parties who have not provided an e-mail address or a facsimile number), a true and correct copy of the foregoing **Debtors' Emergency Motion to Dismiss Counts IV and V,** on the parties on the attached service list.

Dated: April 23, 2004

Jesse Aguilar

Subscribed and sworn to before me
this 23rd day of April, 2004.

**"OFFICIAL SEAL"**
Scott F. Walker
Notary Public, State of Illinois
My Commission Expires Jan. 24, 2008

# CORE GROUP SERVICE LIST

| | |
|---|---|
| **Debtors:**<br>United Air Lines, Inc.<br>WHQLD<br>1200 East Algonquin Road<br>Elk Grove Village, Illinois 60007<br>Attn:    John Lakosil<br>Phone:          (847) 700-4462<br>Facsimile:      (847) 700-4683 | **Counsel to Debtors and Debtors in Possession:**<br>Kirkland & Ellis<br>200 East Randolph Street<br>Chicago, Illinois  60601<br>Attn:    James H.M. Sprayregen, P.C.<br>            Marc Kieselstein<br>            David R. Seligman<br>            Steven Kotarba<br>Phone:          (312) 861-2000<br>Facsimile:      (312) 861-2200 |
| **Office of the United States Trustee:**<br>227 West Monroe Street, Suite 3350<br>Chicago, Illinois 60606<br>Attn:            Stephen Wolfe<br>Phone:          (312) 886-5785<br>Facsimile:      (312) 886-5794 | **Counsel to the Debtors' debtor in possession lender (Bank One):**<br>Latham & Watkins<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Attn:    David Heller<br>            Timothy Barnes<br>Phone:          (312) 876-7700<br>Facsimile:      (312) 993-9767 |
| **Counsel to the Debtors' debtor in possession lender (CIT Group):**<br>Schulte, Roth & Zabel<br>919 Third Avenue<br>New York, New York 10022<br>Attn:    Robert J. Mrofka<br>Phone:          (212) 756-2000<br>Facsimile:      (212) 593-5955 | **Counsel to the Debtors' debtor in possession lender (Citibank and JP Morgan):**<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, New York 10178<br>Attn:    Richard S. Toder<br>            Jay Teitelbaum<br>Phone:          (212) 309-6000<br>Facsimile:      (212) 309-6001 |
| **Counsel to the Debtors' debtor in possession lender (Citibank and JP Morgan):**<br>Kaye Scholer, LLP<br>3 First National Plaza, Suite 4100<br>70 West Madison Street<br>Chicago, Illinois 60602<br>Attn:    Michael B. Solow<br>Phone:          (312) 583-2300<br>Facsimile:      (312) 583-2360 | **Debtors' Private Copy Service:**<br>Merrill Corporation<br>250 South Wacker Drive, 4th Floor<br>Chicago, Illinois 60606<br>Attn:    Patrick Finnerty<br>Phone:          (312) 786-6300<br>Facsimile:      (312) 930-5986 |
| **Official Notice and Claims Agent:**<br>Poorman-Douglas Corporation<br>10300 SW Allen Boulevard<br>Beaverton, Oregon 97005<br>Attn:    Rhonda G. McNally<br>Phone:          (503) 277-7999<br>Facsimile:      (503) 350-5230 | **Counsel to Committee:**<br>Sonnenschein, Nath & Rosenthal<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60604<br>Attn:    Fruman Jacobson<br>            Robert E. Richards<br>Phone:          (312) 876-8123<br>Facsimile:      (312) 876-7934 |
| **Counsel to Committee:**<br>Sonnenschein, Nath & Rosenthal<br>1221 Avenue of the Americas<br>24th Floor<br>New York, New York 10020<br>Attn:    Carole Neville<br>Phone:          (212) 768-6889<br>Facsimile:      (212) 768-6800 | |

**2002 Service List as of: 4/23/2004 8:47:03 AM**

# In re UAL Corporation, et al.

## Case No. 02-B-48191

## Northern District of Illinois, Eastern Division

---

**Mark E. Abraham**
Gould & Ratner
222 North LaSalle Street  Suite 800
Chicago, IL  60601-1086
Fax: 3122303241; Email: mabraham@gouldratner.com
  Counsel for : U.S. Bank N.A.

**Francisco L. Acevedo Nogueras**
Department of Transportation
P.O. Box 9023905
San Juan, PR  00902-3905
Fax: 7879773773; Email: facacevedo@yahoo.com
  Counsel for : Commonwealth of Puerto Rico

**Ann Acker, Esq.**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: (312) 701-2361; Email: specfil@chapman.com
  Counsel for : Wells Fargo Bank Northwest, NA
    Pacific Investment Management Co. LLC
    Reams Asset Management Co. LLC
    Metropolitan West Asset Management LLC

---

**Denise Adamucci**
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor  18th and Arch Streets
Philadelphia, PA  19103-2756
Fax: 2155612737; Email: dadamucci@klettrooney.com
  Counsel for : PNC Bank, National Association

**Howard L. Adelman**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 West Jackson Blvd.  Ste. 1050
Chicago, IL  60604
Fax: 3124261099; Email: hla@agmbc.com
  Counsel for : Mitsui & Co. Ltd.; UGT Kumiai
    Sumitomo Corporation
    Mitsui & Co. International (Europe)
    Marubeni America Corporation
    Wells Fargo Bank Northwest, NA

**David G. Aelvoet**
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX  78205
Fax: (210) 225-6410; Email: sanantonio.bankruptcy@publicans.com
  Counsel for : Bexar County
    Tarrant County
    Dallas County

---

**Jesse Aguilar**
Kirkland & Ellis
Aon Building  200 E. Randolph Drive
Chicago, IL  60601
Fax:  ; Email: jaguilar@kirkland.com
  Counsel for : UAL Corp.

**Robert D. Albergotti**
Haynes and Boone, LLP
900 Main Street, Suite 3100
Dallas, TX  75202
Fax: 2142000360; Email: robert.albergotti@haynesboone.com
  Counsel for : American Airlines, Inc.

**Peter B. Alderman, Esq.**
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY  10022
Fax: (212) 909-6836; Email: pbalderm@debevoise.com
  Counsel for : John Hancock Life Insurance Co.

---

**R. Scott Alsterda**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405; Email: rsalsterda@uhlaw.com
  Counsel for : Healthcare Service Corp
    City & County of San Francisco
    Denver International Airport

**Jonathan B. Alter**
Bingham McCutchen LLP
One State Street
Hartford, CT  06103
Fax: (860) 240-2800; Email: jonathan.alter@bingham.com
  Counsel for : Travelers Casualty & Surety Company
    Travelers Indemnity Company

**George Alvord**
Gate Gourmet Inc.
5100 Poplar Ave.
Memphis, TN  38137
Fax: (901) 765-3710; Email: galvord@gategourmet.com
  Counsel for : Gate Gourmet Inc.

---

**Jerald I. Ancel**
Sommer Barnard Ackerson, PC
4000 Bank One Tower  111 Monument Circle
Indianapolis, IN  46204
Fax: (317) 236-9802; Email: jancel@sbalawyers.com
  Counsel for : City of Indianapolis

**Margaret M. Anderson**
Lord Bissell & Brook
115 S. LaSalle Street  Suites 2600-3000
Chicago, IL  60603
Fax: (312) 443-0336; Email: panderson@lordbissell.com
  Counsel for : United States Aviation Underwriters, Inc.
    Blue Cross and Blue Shield of Florida, Inc.

**Bill Angelowitz**
Daily Insights
JAI  Box 3127
New York, NY  10116
Fax: (212) 714-9827; Email: wangelow@keacapital.com
  Counsel for : Daily Insights

---

**Jonathan Y. Arnason**
Vedder, Price, Kaufman & Kammholz
805 Third Avenue
New York, NY  10022
Fax: (212) 407-7799; Email: jarnason@vedderprice.com
  Counsel for : UAL Corporation

**Adrian S. Baer**
Andrews & Kurth
600 Travis  Suite 4200
Houston, TX  77002
Fax: 7132204285; Email: arriebaer@akllp.com
  Counsel for : Kinder Morgan Liquids Terminals LLC

**Kathy Bailey**
Bailey Law Group, P.C.
1752 N Street, NW  Suite 900
Washington, DC  20036
Fax: 2026678041; Email: kbailey@baileylawgroup.com
  Counsel for : HMSHost Corporation
    Host International Inc.

---

**Marian Baldwin**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Fax: 8487105231; Email: mbaldwin@chadbourne.com
  Counsel for : Citibank Privatkunden AG

**Elizabeth Banda**
Perdue Brandon Fielder Collins & Mott, LLP
P.O. Box 13430
Arlington, TX  76094-0430
Fax: (817) 860-6509; Email: ebanda@pbfcm.com
  Counsel for : Grapevine Colleyville I.S.D.
    City of Grapevine (Texas)

**Mark Bane**
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY  10178
Fax: (212) 808-7897; Email: MBane@KelleyDrye.com
  Counsel for : Pension Benefit Guaranty Corporation

---

**Terence G. Banich, II**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611-7603
Fax: (312) 840-8704; Email: tbanich@jenner.com
  Counsel for : Milepost Properties - Chicago, LLC

**Mariana Baquero**
Meyer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019
Fax: (212) 849-5914; Email: mbaquero@mayerbrownrowe.com
  Counsel for : ABN-AMRO Bank, NV

**Ronald E. Barab**
Smith, Gambrell & Russell, LLP
Promenade II  Suite 3100  1230 Peachtree Street, NE
Atlanta, GA  30309
Fax: (404) 815-3509; Email: rbarab@sgrlaw.com
  Counsel for : American State Bank

---

Page 1 of 23

**William Barbour**
Public Services Resources Corp.
90 Park Plaza, T 22
Newark, NJ 07102-4194
Fax: 3734593509. Email: william.barbour@pseg.com
    Counsel for : N954UA

**Barbara Barnett**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: 3128767934; Email: babarnett@sonnenschein.com
    Counsel for : Creditors Committee

**Timothy M. Barry, Senior Deputy**
County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101
Fax: 8195316005; Email: timothy.barry@sdcounty.ca.gov
    Counsel for : County of San Diego

**W. Robinson Beard**
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202
Fax: (502) 587-6391; Email: wbeard@stites.com
    Counsel for : Regan Airport Auth of Louisville/Jefferson Cnty
    Lexington-Fayette Urban Airport Board

**Edith J. Benay**
Attorney at Law
345 Franklin Street
San Francisco, CA 94102
Fax: 4152526048; Email: ebenay@cs.com
    Counsel for : Frank, et al

**Brad A. Berish**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 W. Jackson Blvd
Chicago, IL 60604
Fax: (312) 435-1060; Email: bberish@agmbc.com
    Counsel for : Travelers Casualty & Surety Company
    Travelers Indemnity Company

**Jeffrey Bernstein**
Carpenter, Bennett & Morrissey
Three Gateway Center 100 Mulberry Street
Newark, NJ 07102
Fax: (973) 622-6314, Email: jb@carphen.com
    Counsel for : New Jersey Self Insurers Guaranty Assn.

**Thomas E. Biron**
Blank, Rome, Comisky & McCauley, LLP
One Logan Square
Philadelphia, PA 19103-6998
Fax: (215) 832-5682, Email: biron@blankrome.com
    Counsel for : Creditors Committee

**David H. Botter**
Akin, Gump, Strauss, Hauber & Feld, LLP
590 Madison Ave.
New York, NY 10022
Fax: (212) 872-1002, Email: dbotter@akingump.com
    Counsel for : Ad Hoc Committee of Holders of EETC and LTC
    Ad Hoc Committee of Noteholders

**Ronald Barliant**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd
55 East Monroe Street Suite 3700
Chicago, IL 60603
Fax: 3123326100; Email: ronald.barliant@goldbergkohn.com
    Counsel for : State Street Bank & Trust Co.
    State Street Bank & Trust Co. of Connecticut

**Robert E. Barrett**
Arnold & Porter LLP
370 Seventeenth Street Suite 4500
Denver, CO 80202-1370
Fax: 3036320428; Email: robert_barrett@aporter.com
    Counsel for : Cafe Gourmet Inc

**Kathleen E. Barry**
The House Company
10275 Little Patuxent Parkway
Columbia, MD 21044
Fax: 4109026902; Email: kbarry@thehousecompany.com
    Counsel for : House Affiliate

**Sharon M. Beausoleil-Mayer**
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Fax: 7136515246; Email: sbeausoleil-mayer@fulbright.com
    Counsel for : Chase Transportation
    Chase Terminal
    Motiva
    SOPUS
    Shell Pipeline

**Robert R. Benjamin**
Benjamin Berneman & Brom, LLC
205 W. Randolph St. Ste. 2110
Chicago, IL 60606
Fax: 3124449086; Email: benjamin@3blaw.com
    Counsel for : Nancy Abbot, et al

**Mark A. Berkoff**
Piper Rudnick
203 N. La Salle St. Suite 1800
Chicago, IL 60601-1293
Fax: (312) 236-7516; Email: mark.berkoff@piperrudnick.com
    Counsel for : Air Casserle
    Citibank Privatkunden AG

**Ezra I. Bialik, Esq.**
The Port Authority of NY & NJ
Office of Milton H. Pachter Law Department 225 Park Ave. South, 13th. F
New York, NY 10003
Fax: (212) 435-3584, Email: ebialik@panynj.gov
    Counsel for : Port Authority of NY & NJ

**Peter L. Borowitz, Esq.**
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022
Fax: (212) 909-6836; Email: plborowitz@debevoise.com
    Counsel for : John Hancock Life Insurance Co.

**Morton R. Branzburg, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA 19102
Fax: (215) 568-6603, Email: mbranzbu@klehr.com
    Counsel for : Philadelphia Department of Commerce

**Timothy A. Barnes**
Latham & Watkins
Sears Tower Suite 5800
Chicago, IL 60606
Fax: (312) 993-9767; Email: Timothy.Barnes@lw.com
    Counsel for : Bank One, NA
    Bank One Delaware, NA

**William J. Barrett**
Barack Ferrazzano Kirschbaum
Perlman & Nagelberg LLC 333 West Wacker Drive, Suite 2700
Chicago, IL 60606
Fax: (312) 984-3150; Email: william.barrett@bfkpn.com
    Counsel for : Delta Air Lines, Inc.
    Environmental Resources Management, Inc.

**Jeffrey A. Bartos**
Guerrieri, Edmond & Clayman, PC
1625 Massachusetts Ave., NW Suite 700
Washington, DC 20036-2243
Fax: (202) 624-7420; Email: jbartos@geclaw.com
    Counsel for : Association of Flight Attendants

**David E. Beker**
Schwartz Cooper Greenberger Krauss
180 North LaSalle Street Suite 2700
Chicago, IL 60601
Fax: 3127828410; Email: dbeker@scgk.com
    Counsel for : Allied Capital Corporation

**James Bennett, President/CEO**
Metropolitan Washington Airport Authority
1 Aviation Circle
Washington, DC 20001-0000
Fax: (703) 417-8040; Email: james.bennett@mwaa.com
    Counsel for : Metropolitan Washington Airport Authority

**Beverly A. Berneman**
Benjamin Berneman & Brom, LLC
205 W. Randolph St. Ste. 2110
Chicago, IL 60606
Fax: 3124449086; Email: berneman@rcn.com
    Counsel for : Nancy Abbot, et al.

**Evelyn H. Biery**
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Fax: 7136515246; Email: ebiery@fulbright.com
    Counsel for : Chase Transportation
    Chase Terminal
    Motiva
    SOPUS
    Shell Pipeline

**Elena Bosk**
Zini & Associates
Professional Corporation 460 Park Avenue 21st Floor
New York, NY 10022
Fax: 2128811453; Email: elena.bosk@ziniandassociates.com
    Counsel for : Banco di Napoli

**Vicki Braunagel**
Denver Airport Revenue Fund City
Department of Aviation 8500 Pena Blvd
Denver, CO 80249
Fax: (303) 342-2926; Email: vicki.braunagel@disdenver.net
    Counsel for : Denver Airport Revenue Fund City

**Bernadette Brennan**
Michael A. Cordozo, Corporate Counsel for NYC
100 Church Street
New York, NY  10007
Fax: ; Email: bbrennan@law.nyc.gov
    Counsel for : City of New York

**John M. Brom**
Benjamin Berneman & Brom, LLC
205 W. Randolph St   Ste. 2110
Chicago, IL  60606
Fax: 312446908; Email: brom@3blaw.com
    Counsel for : Nancy Abbott, et al.

**Michael P. Buck**
Zini & Associates
Professional Corporation  460 Park Avenue  21st Floor
New York, NY  10022
Fax: 2129601453; Email: michael.buck@ziniandassociates.com
    Counsel for : Banco di Napoli

**Phil Burno**
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL  60606
Fax: 3124310704; Email: pburno@whummer.com
    Counsel for : Wayne Hummer Investments

**Gary Bush**
Bank of New York, (The)
101 Barclay Street
New York, NY  10286
Fax: (212) 815-5131; Email: gbush@bankofny.com
    Counsel for : Bank of New York

**James Caldwell**
IOS Capital, Inc.
Bankruptcy Administration  IOS Capital, LLO 1738 Bass Road  P.O. Box 1
Macon, GA  31208-3708
Fax: (478) 471-2304; Email: jcaldwell@ikon.com
    Counsel for : IOS Capital, Inc.

**Kurt M. Carlson**
Tishler & Wald, Ltd
200 S. Wacker Dr.  Suite 2000
Chicago, IL  60606
Fax: (312) 876-3816; Email: kcarlson@tishlerandwald.com
    Counsel for : State Street Bank & Trust Co. (UAL ESOP)
        Lehman Brothers Inc.
        Detroit Edison; Britax Aircraft Interior Systems
        Public Service Electric & Gas Co.
        Commonwealth Edison Company

**Steve Carter**
Attorney General of Indiana
Indian Government Center South  Fifth Floor  402 West Washington Street
Indianapolis, IN  46204-2770
Fax: 3172327979, Email:
    Counsel for : Indiana Department of Revenue

**Debra Ceccotti**
Morgan Stanley
750 7th Avenue  20th Floor
New York, NY  10019
Fax: (212) 762-0358; Email: debra.aaron@morganstanley.com
    Counsel for : Morgan Stanley

**Adam Brezine**
Thelen Reid & Priest LLP
101 Second St., Ste. 1800
San Francisco, CA  94105-0081
Fax: 4153698927; Email: abrezine@thelenreid.com
    Counsel for : California Self Insurers' Security Fund

**Mark Broude, Esq.**
Latham & Watkins
885 Third Ave.
New York, NY  10022
Fax: (212) 751-4864; Email: mark.broude@lw.com
    Counsel for : ING Bank, NV
        ING Lease (Ireland)
        BV Dublin Branch

**Gregory W. Buhler, Esq.**
Schnader Harrison Segal & Lewis LLP
140 Broadway  Suite 3100
New York, NY  10005-9908
Fax: (212) 972-8798; Email: GBuhler@Schnader.com
    Counsel for : C.I.T. Leasing

**James Burshtyn, Assistant Attorney General**
Comptroller of Public Accounts of Texas
Bankruptcy & Collections Division  P.O. Box 12548
Austin, TX  78711-2548
Fax: ; Email: james.burshtyn@oag.state.tx.us
    Counsel for : State of Texas

**John Wm. Butler, Jr.**
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL  60606
Fax: (312) 407-8501; Email: jbutler@skadden.com
    Counsel for : US Airways, Inc., MidAtlantic Airways Inc.
        US Airways Group, Inc., US Airways Leasing
        Allegheny Airlines, Inc., PSA Airlines, Inc.
        Material Services Company, Inc.
        Piedmont Airlines, Inc.

**Sarah Campbell**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: (212) 354-8113; Email: scampball@whitecase.com
    Counsel for : Sociéte General
        UFJ Bank Limited, Chicago Branch
        Aircraft Finance Parties

**Marc Carmel**
Kirkland & Ellis
200 East Randolph
Chicago, IL  60601
Fax: 3120000100; Email: mcarmel@kirkland.com
    Counsel for : UAL Corp

**William K. Carter**
Coston & Lichtman
407 S. Dearborn Dr., Suite 600
Chicago, IL  60605
Fax: 3124277356; Email: wcarter@costonlaw.com
    Counsel for : General Electric Capital Corporation

**Babette A. Ceccotti**
Cohen, Weiss & Simon, LLP
330 W. 42nd Street
New York, NY  10036-0070
Fax: (646) 473-8227; Email: bceccotti@cwsny.com
    Counsel for : ALPA

**Thomas Brichner**
International Association of Machinists
9000 Machinists Place  Suite 118 B
Upper Marlboro, MD  20772
Fax: 3019674591, Email: tbrichner@iamaw.org
    Counsel for : IAM

**Abraham Brustein**
DiMonte & Lizak
210 W. Higgins Road
Park Ridge, IL  60068
Fax: 8476980623; Email: abrustein@dimonteandlizak.com
    Counsel for : Advanced Roofing, Inc.

**Gerard T. Bukowski, Vice President and General C**
Burns & McDonnell Engineering Company, Inc.
9400 Ward Parkway
Kansas City, MO  64114-3319
Fax: 8169223413; Email: gbukows@burnsmcd.com
    Counsel for : Burns & McDonnell, including
        Burns & McDonnell Engineering Company, Inc.

**Robert Bush**
Gettner & Bush
3500 W. Olive Ave.  Suite 1100
Burbank, CA  91505
Fax: (818) 973-3201; Email: rbush@gettner-bush.com
    Counsel for : Int'l Assoc. of Machinists and Aerospace Workers

**Susan R. Bye-Walsh**
17918 Rutledge Lane
Canyon Country, CA  91387
Fax: ; Email:
    Counsel for

**Timothy J. Carey, Esq.**
Lovells
One IBM Plaza  330 N. Wabash Ave.  Suite 1900
Chicago, IL  60611
Fax: (312) 832-4444; Email: tim.carey@lovells.com
    Counsel for : Helaba Dublin Landes Bank Hessen-Thuringen Int'l

**Jack J. Carriglio**
Meckler Bulger & Tilson
123 North Wacker Drive  Suite 1800
Chicago, IL  60606
Fax: 3124747898; Email: jack.carriglio@mbtlaw.com
    Counsel for : United Retired Pilots Benefit Protection
        Association, an Illinois not-for  profit Corp.

**Ben T. Caughey**
Ice Miller
One American Square  PO Box 82001
Indianapolis, IN  46282
Fax: (317) 592-4643; Email: ben.caughey@icemiller.com
    Counsel for : Indianapolis Airport Authority
        Citizens Gas & Coke Utility

**Erik Chalut**
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, IL  60601-0036
Fax: 3126012200; Email: erik_chalut@chicago.kirkland.com
    Counsel for : UAL Corp.

**George M. Cheever**
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building  535 Smithfield Street
Pittsburgh, PA  15222-2312
Fax: (412) 355-6501; Email: gcheever@kl.com
    Counsel for : State Street Bank and Trust Co.

**Matthew W. Cheney, Esq.**
Swidler, Berlin, Shereff, Friedman, LLP
3000 K St., NW  Suite 300
Washington, DC  20007-5116
Fax: (202) 424-7643, Email: mwcheney@swidlaw.com
    Counsel for : Koch Supply & Trading, LP

**Michael Chimitris, Assistant General Counsel**
General Growth Management, Inc., as Agent
110 N. Wacker
Chicago, IL  60606
Fax: (312) 960-5093; Email: swarsh@generalgrowth.com
    Counsel for : General Growth Management, Inc., as Agent

**Anthony Chiofalo**
Zini & Associates
Professional Corporation 460 Park Avenue  21st Floor
New York, NY  10022
Fax: 2129801453, Email: anthony.chiofalo@ziniandassociates.com
    Counsel for : Banco di Napoli

**Edward P. Christian**
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East  Suite 2400
Los Angeles, CA  90067
Fax: 3102291001, Email: echristian@akingump.com
    Counsel for : WestLB AG, f/k/a Westdeutsche Landesbank
    Girozentrale, New York Branch

**David C. Christian II**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700; Email: dchristian@mwe.com
    Counsel for : Bank of New York

**Eleftheria N. Chronas**
Macaro & Associates, P.C.
One Thompson Square, Suite 301
Suite 301
Boston, MA  02129
Fax: 6172425066; Email: enc@macarolaw.com
    Counsel for : OMV Associates, LP

**Paul E. Chronis**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096
Fax: 3129847700; Email: pchronis@mwe.com
    Counsel for : Bank of New York

**Francis A. Citera**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL  60601
Fax: 3124566435; Email: citeraf@gtlaw.com
    Counsel for : City of Chicago

**Allison Clark**
Merrill Corp.
230 S. Wacker Dr.  4th Fl.
Chicago, IL  60606
Fax: (312) 786-9600; Email: allison.clark@merrillcorp.com
    Counsel for : Official Copy Service

**Robert S. Clayman**
Guerieri, Edmond & Clayman, PC
1625 Massachusetts Ave., NW  Suite 700
Washington, DC  20036-2243
Fax: (202) 624-7420; Email: rclayman@geclaw.com
    Counsel for : Association of Flight Attendants

**Nathan F. Coco**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700; Email: ncoco@mwe.com
    Counsel for : Bank of New York

**Michael W. Coffield**
Michael W. Coffield & Associates
77 West Wacker Drive  Suite 4800
Chicago, IL  60601
Fax: 3124440658; Email: mike@bigdoglaw.com
    Counsel for : Jane Ehrismann Zeller, et al.

**Jeffrey B. Cohen**
Pension Benefit Guaranty Corp.
Office of the General Counsel  1200 K Street, NW, Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112, Email: cohen.jeffrey@pbgc.gov
    Counsel for : Pension Benefit Guaranty Corporation

**Staurt M. Cohen**
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299
Fax: 2129692900, Email: scohen@proskauer.com
    Counsel for : V-NP Properties, LLC

**Stacy Coleman**
LaSalle Bank National Association
135 S. LaSalle St  Suite 1960
Chicago, IL  60603
Fax: (312) 904-2298; Email: stacy.coleman@abnamro.com
    Counsel for : LaSalle Bank National Association

**John Collen, Esq.**
Duane Morris, LLC
227 West Monroe St.  Suite 3400
Chicago, IL  60606
Fax: (312) 499-6701; Email: jcollen@duanemorris.com
    Counsel for : Philadelphia Department of Commerce

**Tom Combs**
Morgan Stanley
750 7th Avenue  20th Floor
New York, NY  10019
Fax: (212) 507-0479; Email: tom.combs@morganstanley.com
    Counsel for : Morgan Stanley

**Robert A. Conrad**
HSBC Bank USA
452 Fifth Avenue
New York, NY  10018
Fax: (212) 525-1366; Email: robert.conrad@us.hsbc.com
    Counsel for : HSBC Bank USA

**Katherine Constantine, Esq.**
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN  55402-1498
Fax: (612) 340 2643; Email: constantine.katherine@dorseylaw.com
    Counsel for : U.S. Bank National Association

**Daniel G. Cortright**
Jaffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center  5th Floor
San Francisco, CA  94111
Fax: 4153885584; Email: dgc@jmbm.com
    Counsel for : Phoenix Leasing Incorporated

**Theresa Cosmano**
Theresa Cosmano
5520 N. Nordica
Chicago, IL  60656
Fax : , Email:
    Counsel for : Kenneth Scott Justel

**Steven N. Cousins**
Armstrong Teasdale LLP
Metropolitan Square  Suite 2600
St. Louis, MO  63102-2740
Fax: 3148215065; Email: scousins@armstrongteasdale.com
    Counsel for : City of St. Louis
    Lambert St. Louis International Airport

**Eugene Crane**
Dannen, Crane, Heyman & Simon
135 LaSalle Street # 1540
Chicago, IL  60603
Fax: (312) 641-7114; Email: ecrane@dannencrane.com
    Counsel for .

**Gretchen Crawford, Assistant District Attorney**
Oklahoma County Treasurer
320 Robert S. Kerr  Room 307
Oklahoma City, OK  73102
Fax: 405713158; Email: tammik@oklahomacounty.org
    Counsel for : Oklahoma County Treasurer

**Leo T. Crowley**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
Fax: 2128081500; Email: lcrowley@pillsburywinthrop.com
    Counsel for : Mitsui & Co. (USA), Inc.
    Sumitomo Corporation
    Mitsui & Co. International (Europe)
    Marubeni America Corporation
    Wells Fargo Bank Northwest, NA

**Frank Cummings**
LeBoeuf, Lamb, Greene & MacRae, LLP
1875 Connecticut Avenue, NW
Washington, DC  20009-5728
Fax: 2026868102; Email: fcummings@llgm.com
    Counsel for : United Retired Pilots Benefit Protection

**Vincent A. D'Agostino**
Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, NJ  07068
Fax: (973) 597-2595; Email: vdagostino@lowenstein.com
    Counsel for : AT&T Corp.

**Jeffrey C. Dan**
Dannen, Crane, Heyman & Simon
135 South LaSalle St.  Suite 1540
Chicago, IL  60603-4297
Fax: (312) 641-7114; Email: jdan@dannencrane.com
    Counsel for : Florida Power and Light

**Michael J. D'Angelico**
U.S. Bank National Association
One Federal Street, 3rd Floor  Mail Station: EX-MA FED
Boston, MA  02110
Fax: 6176036640; Email: michael.dangelico@usbank.com
    Counsel for : U.S. Bank N.A.

**Maria A. Dantas**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Riverfront Plaza
Newark, NJ 07102-5490
Fax: (973) 643-8111; Email: mdantas@llgm.com
*Counsel for : Wachovia Bank, N.A.*
*f/k/a First Union National Bank*

**Duncan Darrow**
Orrick, Herrington & Sutcliff, LLP
666 Fifth Avenue
New York, NY 10103
Fax: 2125065151; Email: ddarrow@orrick.com
*Counsel for : Retirement Systems of Alabama*

**Janet L. Davis**
Department of Transportation
Airline Carrier Fitness Division, X-56 400 Seventh St., SW Room 6401
Washington , DC 20590
Fax: (202) 366-7638; Email: Janet.Davis@ost.dot.gov
*Counsel for : Department of Transportation*

**Stephen Demotto**
GE Asset Management Incorporated
Two Union Square
Seattle, WA 98101-2341
Fax: 2065164678; Email: steve.demotto@corporate.ge.com
*Counsel for : GE Asset Management Incorporated*

**George Diamantopoulos**
Seham, Seham, Meltz & Petersen, LLP
11 Martine Ave. Suite 1450
White Plains, NY 10606-1925
Fax: ; Email:
*Counsel for : Aircraft Mechanics Fraternal Association*

**Kirk D. Dillman**
Hennigan, Bennett & Dorman LLP
601 South Figueroa Street Suite 3300
Los Angeles, CA 90017
Fax: 2136841234; Email: dillmank@hbdlawyers.com
*Counsel for : HSBC Bank USA*

**Angela D. Dodd**
Securities and Exchange Commission
Midwest Regional Office 175 W Jackson Blvd Suite 900
Chicago, IL 60604
Fax: (312) 353-7398; Email: dodda@sec.gov
*Counsel for : Securities & Exchange Commission*

**James M. Donohue**
Ausley & McMullen
227 South Calhoun Street P.O. Box 391
Tallahassee, FL 32302
Fax: (850) 222-7560; Email: jdonohue@ausley.com
*Counsel for : Florida Self-Insurers Guaranty Assn., Inc.*

**Sheri L. Drucker**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL 60603
Fax: ; Email: sdrucker@mayerbrownrowe.com
*Counsel for : UAL Loyalty Services, Inc.*

**Jeanne P. Darcey**
Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA 02199-7613
Fax: (617) 227-4420, Email: jdarcey@palmerdodge.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**Raniero D'Aversa, Jr.**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820
Fax: (212) 262-1910; Email: rdaversa@mayerbrownrowe.com
*Counsel for : ABN-AMRO Bank, NV*

**Susan B. de Resendiz**
Gardner, Carton & Douglas
191 N. Wacker Drive Suite 3700
Chicago, IL 60606-1698
Fax: 3125593213, Email: sderesendiz@gcd.com
*Counsel for : Airbus North America Holdings, Inc.*

**Andrew DeNatale**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Fax: (212) 354-8113; Email: adenatale@whitecase.com
*Counsel for : Societe General*
*Aircraft Finance Parties*

**Barry J. Dichter**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Fax: (212) 504-6066, Email: barry.dichter@cwt.com
*Counsel for : Lehman Brothers Holdings, Inc.*

**John P. Dillman**
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
Fax: (713) 844-3503; Email: houston_bankruptcy@publicans.com
*Counsel for : Harris County*
*Houston ISD*
*City of Houston*

**Edward C. Dolan**
Hogan & Hartson, LLP
Columbia Square 555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Fax: (202) 637-5910; Email: ecdolan@hhlaw.com
*Counsel for : Eagle County Air Terminal Corporation*

**J. Patrick Donovan**
Chief Assistant Corporation Counsel
City of Chicago 30 North LaSalle Street, Rm. 900
Chicago, IL 60602
Fax: (312) 744-6760; Email: pdonovan@cityofchicago.org
*Counsel for : City of Chicago*

**David L. Dubrow**
Arent Fox Kintner Plotkin & Kahn PLLC
1675 Broadway, 25th floor
New York, NY 10019
Fax: (212) 484-3990; Email: dubrowd@arentfox.com
*Counsel for : Suntrust Bank*
*Vanguard Municipal Bond Funds*

**Steve Darnell**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT 06484-4361
Fax: 2039224083; Email: steve.darnell@pb.com
*Counsel for : Pitney Bowes Credit Corporation*

**Gregory E. Davidowitch**
Association of Flight Attendants
6400 Shafer Court Suite 250
Rosemont, IL 60018
Fax: (847) 292-7180; Email: maqpresident@unitedafa.org
*Counsel for : Association of Flight Attendants*

**William J. Delaney**
Tillinghast Licht Perkins Smith & Cohen, LLC
10 Weybosset Street, Suite 1000
Providence, RI 02903
Fax: (401) 456-1210; Email: wdelaney@tlslaw.com
*Counsel for : Rhode Island Airport Commission*

**Michael K. Desmond**
Figliulo & Silverman, PC
10 South LaSalle Street Suite 3600
Chicago, IL 60603
Fax: 3122514610; Email: mdesmond@fslegal.com
*Counsel for : Brinley & Partners*

**Chris L. Dickerson**
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL 60606
Fax: (312) 407-8080; Email: cdickers@skadden.com
*Counsel for : US Airways, Inc., MidAtlantic Airways Inc.*
*US Airways Group, Inc., US Airways Leasing*
*Allegheny Airlines, Inc., PSA Airlines, Inc.*
*Material Services Company, Inc.*
*Piedmont Airlines, Inc.*

**Dominic DiNapoli**
FTI Consulting, Inc.
1177 Avenue of the Americas 3rd Fl.
New York, NY 10036
Fax: (646) 741-0940; Email: Dominic.DiNapoli@fticonsulting.com
*Counsel for : FTI Consulting, Inc.*

**Christopher B. Dolan**
Dolan Law Firm
333 Pine Street 4th Floor
San Francisco, CA 94104
Fax: 2154212830; Email: dufa@cbdlaw.com
*Counsel for : Kenneth Scott Justet*

**Kevin C. Driscoll, Jr.**
Barnes & Thornburg
One North Wacker Drive Suite 4400
Chicago, IL 60606
Fax: (312) 759-5646; Email: kevin.driscoll@btlaw.com
*Counsel for : Indiana Department of Commerce*
*Indiana Transportation Finance Authority*

**Cristina L. Dulay**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Fax: (212) 354-8113; Email: CDulay@ny.whitecase.com
*Counsel for : Aircraft Finance Parties*

**Robin M. Edwards**
Sonnenschein, Nath & Rosenthal LLP
685 Market Street  Sixth Floor
San Francisco, CA  94105
Fax: 4155435472;  Email: redwards@sonnonschein.com
    Counsel for : Official Committe of Unsecured Creditors

**Michael M. Eidelman**
Vedder Price Kaufman & Kammholz
222 North LaSalle Street  Suite 2600
Chicago, IL  60601-1003
Fax: 3126096006;  Email: meidelman@vedderprice.com
    Counsel for : UAL Corp.

**Richard L. Epling**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
Fax: (212) 858-1500;  Email: repling@pillsburywinthrop.com
    Counsel for : Cooperatieve Centrale Raiffeisen-Boerenleenbank
        Méxsu & Co. (USA), Inc.
        UGT Kumiai/TLC Saintpaulia Limited
        UGT-2 Kumiai/TLC Liaine Ltd.

**Lisa H. Fenning**
Dewey Ballantine LLP
333 South Grand Avenue  26th Floor
Los Angeles, CA  90071
Fax: (213) 621-6100;  Email: wdisn.vina@deweyballantine.com
    Counsel for : Verizon Capital Corporation
        Walt Disney Pictures & Television
        Morgan Stanley
        Intravek 1, LLC

**James M. Finberg**
Lieff, Cabraser, Heimann & Berstein LLP
Embarcadero Center West  275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Fax: 4159561008;  Email: jfinberg@lchb.com
    Counsel for : Frank, et al.

**Robert M. Fishman**
Shaw, Gussis, Fishman, Glantz & Wolfson, LLC
1144 W. Fulton St.  Suite 200
Chicago, IL  60607
Fax: (312) 541-0155;  Email: rfishman@shawgussis.com
    Counsel for : Atlantic Coast Airlines, Inc

**Michael J. Flaherty**
Flaherty & Jacobson, PC
134 North LaSalle Street  Suite 1800
Chicago, IL  60602
Fax: (312) 782-4725;  Email: mflaherty@fjlaw.com
    Counsel for : Goodrich Corporation

**Mark T. Flewelling**
Anglin, Flewelling, Rasmussen LLP
c/o Brandon C. Ives  199 South Los Robles Avenue  Suite 600
Pasadena, CA  91101-2459
Fax: 6265777784;  Email: mtf@afrct.com
    Counsel for : Airport Group International, Inc.

**Henry A. Efroymson**
Ice Miller
One American Square  PO Box 82001
Indianapolis, IN  46282
Fax: (317) 592-4643;  Email: henry.efroymson@icemiller.com
    Counsel for : Indianapolis Airport Authority
        Citizens Gas & Coke Utility

**David S. Elkind**
Reboul, MacMurray, Hewitt & Maynard
45 Rockefeller Plaza
New York, NY  10111
Fax: 2126415725;  Email: delkind@reboul.com
    Counsel for : British Airways Plc

**Brad B. Erens**
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL  60601
Fax: (312) 782-8585;  Email: jdrpusb@jonesday.com
    Counsel for : Continental Airlines, Inc.

**Marc I. Fenton**
Piper Rudnick
203 N. LaSalle St.  Suite 1800
Chicago, IL  60601-1203
Fax: (312) 630-5346;  Email: marc.fenton@piperrudnick.com
    Counsel for : Air Canada
        Wachovia Bank, N.A.
        Wells First Union National Bank

**Mark A. Fink**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas  24th Floor
New York, NY  10020
Fax: 2127688800;  Email: mfink@sonnenschein.com
    Counsel for : Creditors Committee

**Janet Fitzpatrick, Legal Assistant**
Unisys Corporation
Unisys Way  P.O. Box 500, M/S L6-108
Blue Bell, PA  18424
Fax: 2159866721;  Email: janet.fitzpatrick@unisys.com
    Counsel for : Unisys Corporation

**Steven B. Flancher, Assistant Attorney General**
State of Michigan, Attorney General
Department of Attorney General  Revenue and Collections Division  First F
Lansing, MI  48922
Fax: 5173334879;  Email:
    Counsel for : State of Michigan

**Carol Flowe**
Arent Fox Kintner Plotkin & Kahn PLLC
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339
Fax: (202) 857-6395;  Email: flowe.carol@arentfox.com
    Counsel for : Suntrust Bank
        Vanguard Municipal Bond Funds

**John F. Eld**
ARINC, Inc.
2551 Riva Road
Annapolis, MD  21401
Fax: (410) 573-3278;  Email: jfe@arinc.com
    Counsel for : ARINC, Inc.

**Patricia J. Emshwiller, Esq.**
Schiff, Hardin & Waite
233 S. Wacker Drive  6600 Sears Tower
Chicago, IL  60606-6473
Fax: (312) 258-5700;  Email: pemshwiller@schiffhardin.com
    Counsel for : Pratt & Whitney
        Hamilton Sundstrand Corporation

**Mark E. Felger, Esq.**
Cozen O'Connor
Chase Manhattan Centre  1201 North Market Street  Suite 1400
Wilmington, DE  19801
Fax: (302) 295-2013;  Email: mfelger@cozen.com
    Counsel for : Argenbright Security, Inc

**Jorge A. Fernandez-Reboredo**
Rivera & Fernandez-Reboredo, PSC
P.O. Box 361764
San Juan, PR  00936-0764
Fax: 7872810708;  Email: jfernandez@rfrpsc.com
    Counsel for : Puerto Rico Ports Authority

**J. Mark Fisher, Esq.**
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473
Fax: (312) 258-5700;  Email: mfisher@schiffhardin.com
    Counsel for : Pratt & Whitney
        Hamilton Sundstrand Corporation

**Dennis D. Fitzpatrick**
Clausen Miller P.C.
10 S. LaSalle St.
Chicago, IL  60603-1002
Fax: 3126061500;  Email: dfitzpatrick@clausen.com
    Counsel for : Irene Tan Cheng Hua
        Michael Sum

**J. Brian Fletcher**
Jessop & Co., PC
303 E. 17th Ave.  Suite 930
Denver, CO  80203
Fax: (303) 860-7233;  Email: jbfletcher@jessopco.com
    Counsel for : Denver International Airport
        City and County of San Francisco,
        acting by and through San Francisco Airport Comm.

**Wilbur F. Foster, Jr.**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: (212) 822-5058;  Email: wfoster@milbank.com
    Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.
        Diamond Lease (USA), Inc.
        Export Development Canada
        Hamburg Landesbank Greunstrale, Hypovereinsbank
        Luxumbourg Societe Anonyme, et al

**Joseph D. Frank**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: 3122601747.  Email: jfrank@ngelaw.com
*Counsel for : American State Bank*
*Heidrick & Struggles International, Inc*
*DiamondCluster International, Inc.*
*Dallas/Ft. Worth Int'l. Airport Board*
*Sage Parts Plus, Inc*

**Jeff J. Friedman**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY  10022
Fax: 2129407100;  Email: jeff.friedman@kmzr.com
*Counsel for : Societe Nationale D'Etude of du Construction*
*de Moteurs D'Aviation*

**Shari L. Friedman**
Marenfeld, Minichello & Reeb
10 South Riverside Plaza, Suite 720
Chicago, IL  60606
Fax: (312) 902-9800;  Email: sfriedman@mmr-law.com
*Counsel for : Chromalloy Gas Turbine Corporation*

**Lisa E. Funk**
American Airlines, Inc.
P.O. Box 619616  MD 5675
DFW Airport, TX  75261-9616
Fax: 8179672937;  Email: lisa.funk@aa.com
*Counsel for : American Airlines, Inc.*

**Richard P. Garden**
Cline, Williams, Wright, Johnson & Oldfather LLP
1000 U.S. Bank Building  233 South 13th Street
Lincoln, NE  68508-2095
Fax: 4024745303;  Email: rgarden@cline-law.com
*Counsel for : Travel & Transport, Inc.*

**William Gardner**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019-5820
Fax: (212) 262-1910;  Email: wgardner@mayerbrownrowe.com
*Counsel for : Barclays Bank Plc*

**Gilles Gareau**
Lauzon Belanger
311 Place Dermes  Suite 200
Montreal,  QC  H2Y 2W7  Canada
Fax:  Email: ggareau@lauzonbelanger.qc.ca
*Counsel for : Always Travel, Inc.*
*Highbourne Enterprises, Inc.*
*Canadian Standard Travel Agent Registry*

**Jeffrey Gargano**
Wallenstein & Wagner, Ltd.
311 South Wacker Drive  Suite 5300
Chicago, IL  60606
Fax: 3125643301,  Email: jgargano@wallywag.com
*Counsel for : Pitney Bowes Credit Corporation*

**Arthur S. Garrett, III**
Keller & Heckman LLP
1001 G Street, N.W.  Suite 500 West
Washington, DC  20001
Fax: 2024346640;  Email: garrett@khlaw.com
*Counsel for : Aloa Science and Technology, Inc.*
*Human Factors Applications, Inc.*
*Bahman Atefi, Sidney Firstman and Barry Watson*

**Geoffrey H. Garrett**
Attorney at Law
8311 SE 63rd Street
Mercer Island, WA  98040
Fax: ;  Email: ghgarrett@attbi.com
*Counsel for : ALPA*

**Frances Gecker, Esq.**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-1747
Fax: 3122691747;  Email: fgecker@ngelaw.com
*Counsel for : American State Bank*
*Holdrick & Struggles International, Inc*
*DiamondCluster International, Inc*
*Dallas/Ft. Worth Int'l. Airport Board*
*Sage Parts Plus, Inc.*

**Kimberly A. Geiler**
Gibson, Dunn & Crutcher, LLP
2100 McKinsey Ave.  Suite 1100
Dallas, TX  75201
Fax: (214) 698-3400;  Email: kgeiler@gibsondunn.com
*Counsel for : Atlantic Coast Airlines*

**Matthew T. Gensburg**
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 2400
Chicago, IL  60601
Fax: (312) 456 8435;  Email: gensburgm@gtlaw.com
*Counsel for : City of Chicago*

**Toby L. Gerber**
Fulbright & Jaworski LLP
2200 Ross Avenue  Suite 2800
Dallas, TX  75201-2784
Fax: 2148558200;  Email: tgerber@fulbright.com
*Counsel for : International Air Transport Association*

**Douglas C. Giese**
Defrees & Fiske
200 South Michigan Avenue  Suite 1100
Chicago, IL  60604
Fax: 3123306017;  Email: dcgiese@defrees.com
*Counsel for : City & County of Denver*

**David A. Gill**
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East  Third Floor
Los Angeles, CA  90067-2904
Fax: (310) 277-0735;  Email: dagill@dgdk.com
*Counsel for : City of Los Angeles, Dept. of Airports*

**R. Dale Ginter, Esq.**
Downey Brand LLP
555 Capitol Mall  10th Floor
Sacramento, CA  95814-4686
Fax: (916) 441-4021;  Email: dginter@downeybrand.com
*Counsel for : California Statewide Communities Development Auth*

**Steven A. Ginther, Special Assistant Attorney Gene**
Missouri Department of Revenue
General Counsel's Office  301 W. High Street, Room 670  P.O. Box 475
Jefferson City, MO  65105-0475
Fax: 5737517232;  Email: ndliief@mail.dor.state.mo.us
*Counsel for : Missouri Department of Revenue*

**Adrienne Go, Deputy City Attorney**
San Francisco International Airport
International Terminal  5th Fl.  PO Box 8097
San Francisco, CA  94128
Fax: (650) 821-5086;  Email: Adrienne.Go@flysfo.com
*Counsel for : San Francisco International Airport*
*City and County of San Francisco*

**Ronald W. Goldberg**
Orrick, Herrington & Sutcliff, LLP
777 South Figueroa Street  Suite 3200
Los Angeles, CA  90017-5855
Fax: 2136172499;  Email: rgoldberg@orrick.com
*Counsel for : WestLB AG, f/k/a Westdeutsche Landesbank*
*Girozentrale, New York Branch*

**Thomas D. Goldberg, Esq.**
Day, Berry & Howard
One Canterbury Green
Stamford, CT  06901-2047
Fax: (203) 977-7301;  Email: tdgoldberg@dbh.com
*Counsel for : Pratt & Whitney*

**Richard N. Golding**
Katz Randall Weinberg & Richmond
333 W. Wacker Dr.  Suite 1800
Chicago, IL  60606
Fax: 3126873903;  Email: rgolding@krw.com
*Counsel for : Port Authority of New York and New Jersey*

**Ira H. Goldman**
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Fax: ,  Email: bankruptcy@goodwin.com
*Counsel for : Wells Fargo Bank, National Association*

**Harley J. Goldstein**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606
Fax: 3123606572;  Email: hgoldstein@freebornpeters.com
*Counsel for : OurHouse, Inc.*

**Henry Goodman**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY  10022
Fax: (212) 940-8776;  Email: henry.goodman@kmzr.com
*Counsel for : HypoVereinsbank*

**Barbara Goodstein**
Clifford Chance US LLP
200 Park Avenue
New York, NY  10166
Fax: 2128788375;  Email: barbara.goodstein@cliffordchance.com
*Counsel for : Nomura Babcock & Brown Co., Ltd*

**Bruce Gordon**
IBM Credit Corporation
Restructuring Group - MD NC317  North Castle Drive
Armonk, NY  10504
Fax: 8454913284,  Email: gordonb@us.ibm.com
*Counsel for : IBM Credit Corporation*

**David B. Goroff**
Foley & Lardner
321 North Clark Street  Suite 2800
Chicago, IL  60610
Fax: 3120447528, Email: dgoroff@foleylaw.com
    Counsel for : Port of Portland; Tucson Airport Auth
    John Wayne Airport; Miami Dade County, Florida
    Detroit Metropolitan Wayne County Airport
    Port of Oakland
    Metropolitan Washington Airport Authority

**Brian M. Graham**
Shaw, Gussis, Fishman, Glantz & Wolfson, LLC
1144 W. Fulton St.  Suite 200
Chicago, IL  60607
Fax: (312) 541-0155;  Email: bgraham@shawgussis.com
    Counsel for : Atlantic Coast Airlines, Inc

**Jonathan S. Green**
Miller, Canfield, Paddock & Stone PLC
150 West Jefferson Avenue  Suite 2500
Detroit, MI  48226
Fax: 3134968450; Email: green@millercanfield.com
    Counsel for : Retirement Systems of Alabama

**Judy A. Groves**
Palmer & Dodge, LLP
111 Huntington Ave
Boston, MA  02199-7613
Fax: (617) 227-4420; Email: jgroves@palmerdodge.com
    Counsel for : State Street Bank & Trust Co.
    State Street Bank & Trust Co. of Connecticut

**Peter J. Gurfein**
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East  Suite 2400
Los Angeles, CA  90067
Fax: 3102301001; Email: pgurfein@akingump.com
    Counsel for : WestLB. AG, f/k/a Westdeutsche Landesbank
    GPozentrale, New York Branch

**Judith A. Hall**
Babcock & Brown LP
2 Harrison St.
San Francisco, CA  94105
Fax: (415) 227-1500; Email: judith.hall@babcockbrown.com
    Counsel for : Babcock & Brown LP

**Jonathan C. Hantke**
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032
Fax: 2819806321; Email: jhantke@aldine.k12.tx.us
    Counsel for : Aldine Independent School District

**Ruth A. Harvey**
US Department of Justice
Civil Division  PO Box 875  Ben Franklin Station
Washington, DC  20044
Fax: (202) 514-8163; Email: ruth.harvey@usdoj.gov
    Counsel for : US Department of Justice

**Nathan Haynes**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666; Email: nathan.haynes@cwt.com
    Counsel for : Northwest Airlines

**William F. Govier**
Bingham McCutchen LLP
One State Street
Hartford, CT  06103
Fax: 3127402586; Email: william.govier@bingham.com
    Counsel for : Debtor's 1994 V Equipment Trust

**Paul A. Greco**
DiMonte & Lizak
210 W. Higgins Road
Park Ridge, IL  60068
Fax: 8476866923; Email: pgreco@dimonteandlizak.com
    Counsel for : Advanced Roofing, Inc.

**Ira S. Greene**
Hogan & Hartson, LLP
551 Fifth Ave.
New York, NY  10176
Fax: (212) 697-6686; Email: isgreene@hhlaw.com
    Counsel for : Discover Financial Services

**Matthew J. Gryzlo**
Wolfenstein & Wagner, Ltd.
311 South Wacker Drive  Suite 6300
Chicago, IL  60606
Fax: 3120543301; Email: mgryzlo@wwlfirm.com
    Counsel for : Pitney Bowes Credit Corporation

**Deborah M. Gutfeld**
Piper Rudnick
203 North LaSalle, Suite 1800
Chicago, IL  60601-1293
Fax: (312) 630-5338; Email: deborah.gutfeld@piperrudnick.com
    Counsel for : Wachovia Bank, N.A.
    f/k/a First Union National Bank
    Michelin Aircraft Tire Corporation

**Aaron L. Hammer, Esq.**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: (312) 701-7711; Email: ahammer@mayerbrownrowe.com
    Counsel for : Philip Morris Capital Corp.
    General Foods Credit Investors No. 3 Corp.

**David J. Harris**
Burch, Porter & Johnson
130 North Court Avenue
Memphis, TN  38103
Fax: 9015246024; Email: dharris@bpjlaw.com
    Counsel for : Hilton Hotels Corporation

**James F. Hayden**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: (212) 354-8113; Email: jhayden@whitecase.com
    Counsel for : UFJ Bank Limited, Chicago Branch

**Thomas E. Healey**
Kotten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
Washington, DC  20017
Fax: 2022087570; Email: thomas.healey@kmzr.com
    Counsel for : Hypovereins Bank

**Jeffrey J. Graham**
Sommer Barnard Ackerson, PC
4000 Bank One Tower  111 Monument Circle
Indianapolis, IN  46204
Fax: (317) 236-9602; Email: jgraham@sbalawyers.com
    Counsel for : City of Indianapolis

**Gary E. Green**
Coston A Lichtman
407 S. Dearborn St.,  Suite 600
Chicago, IL  60605
Fax: 312427/356; Email: ggreen@costonlaw.com
    Counsel for : General Electric Capital Corporation

**John Grossbart**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128787934, Email: jgrossbart@sonnenschein.com
    Counsel for : Creditors Committee

**Elizabeth M. Guffy**
Dewey Ballantine LLP
700 Louisiana  Suite 1600
Houston, TX  77002
Fax: (713) 445-1533;  Email: ualservices@deweyballantine.com
    Counsel for : Verizon Capital Corporation
    Walt Disney Pictures & Television
    Morgan Stanley
    Intratrack I, LLC

**W. Thomas Halbleib**
Stites & Harbison, PLLC
400 West Market St.
Louisville, KY  40202
Fax: (502) 587-6391;  Email: thalbleib@stites.com
    Counsel for : Regn'l Airport Auth of Louisville/Jefferson Cnty
    Lexington-Fayette Urban Airport Board

**Lawrence M. Handelsman**
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982
Fax: (212) 806-6006; Email: lhandelsman@stroock.com
    Counsel for : Delta Air Lines, Inc

**Steven M. Hartmann**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606-6677
Fax: 3123606573; Email: shartmann@freebornpeters.com
    Counsel for : Chase Transportation
    Chase Terminal
    Motiva
    SOPUS
    Shell Pipeline

**David Hayes, Chief Legal Officer**
Trans States Airlines, Inc.
11495 Natural Bridge Road
St. Louis, MO  63044
Fax: 3142224311; Email:
    Counsel for : Trans States Airlines, Inc.

**John McL. Healy, Esq.**
IAE International Aero Engines AG
IAL Building  400 Main Street, M/S 121-10
East Hartford, CT  06108
Fax: (800) 565 5220; Email: jhealy@tec2000.com
    Counsel for : IAE International Aero Engines AG

**Paul E. Heath**
Vinson & Elkins LLP
3700 Trammell Crow Center  2001 Ross Avenue
Dallas, TX  75201-2975
Fax: (214) 999-7978;  Email: pheath@velaw.com
*Counsel for : Dallas/Ft. Worth Int'l Airport Board*

**Steven Heim, Esq.**
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN  55402-1498
Fax: (612) 340-2643;  Email: heim.steven@dorsoylaw.com
*Counsel for : U.S. Bank National Association*

**Jeffery D. Hermann**
Orrick, Herrington & Sutcliff, LLP
777 South Figueroa Street  Suite 3200
Los Angeles, CA  90017-5855
Fax: 2136122499;  Email: jhermann@orrick.com
*Counsel for : WestLB AG*

**Cathy Hershcopf**
Kronish, Lieb, Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY  10036
Fax: (212) 479 6275;  Email: chershcopf@kronishlieb.com
*Counsel for : UAL ESOP*

**Ken Higman**
Hewlett Packard Company
2125 E. Katella Avenue
Anaheim, CA  92806
Fax: (714) 940-7530;  Email: ken.higman@hp.com
*Counsel for : Hewlett-Packard Company*

**Michael Hoggan**
Wells Fargo Bank Northwest, NA
Corporate Trust Services  299 S. Main Street  12th Floor
Salt Lake City, UT  84111
Fax: (801) 246-5053;  Email: michael.hoggan@wellsfargo.com
*Counsel for : Wells Fargo Bank Northwest, NA*

**James D. Holzhauer**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: 3127066185;  Email: jholzhauer@mayerbrownrowe.com
*Counsel for : Glenn F. Tilton*

**Alan Horowitz**
Buchalter, Nemmer, Fields & Younger
895 Dove Street  Suite 400
Newport Beach, CA  92660 8129
Fax: 9497700180;  Email: ahorowitz@buchalter.com
*Counsel for : Oracle Corporation*

**Cassandra Ingram**
Wells Fargo Investment, LLC
MAC N9303-089  608 Second Ave South, 8th Floor
Minneapolis, MN  55402
Fax: 6120072516;  Email: cassandra.l.ingram@wellsfargo.com
*Counsel for : Wells Fargo*

**Mark F. Hebbeln**
Gardner, Carton & Douglas
321 N. Clark Street  Suite 3400
Chicago, IL  60610
Fax: (312) 644-3381;  Email: mhebbeln@gcd.com
*Counsel for : HSBC Bank USA
Fifth Third Bank*

**David Heller**
Latham & Watkins
233 S. Wacker Drive  Suite 5800
Chicago, IL  60606
Fax: (312) 993-9767;  Email: david.heller@lw.com
*Counsel for : Bank One*

**Robert W. Herrman**
Investment Management Advisors, LLC
800 F. Northwest Highway
Suite #203
Mt. Prospect, IL  60056
Fax: 8478700900;  Email: rherrman@ima-advisors.com
*Counsel for : PSEG Resources, LLC*

**Neil H. Herskowitz**
Riverside Contracting LLC
P.O. Box 626  Planetarium Station
New York, NY  10024-0540
Fax: 2125017098;  Email:
*Counsel for : Regen Capital I, Inc*

**Barbara M. Hill, Asst. County Atty.**
Broward County Aviation Department
320 Terminal Drive
Fort Lauderdale, FL  33315
Fax: (954) 359-1292;  Email: bahill@broward.org
*Counsel for : Broward County*

**Margaret A. Holland**
New Jersey Attorney General's Office
Division of Law  R.J. Hughes Justice Complex  P.O. Box 106, 25 Market S
Trenton, NJ  08625
Fax: (609) 292-6667;  Email: hollemar@law.dol.lps.state.nj.us
*Counsel for : New Jersey Director, Div. Of Taxation*

**Edward B. Hopper**
Stewart & Irwin, P.C.
251 E. Ohio Street  Suite 1100
Indianapolis, IN  46204
Fax: 3170317319;  Email: ehopper@stewart-irwin.com
*Counsel for : Re Wilkamson, et al.*

**Miles Hughes**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700;  Email: mwhughes@mwe.com
*Counsel for : Bank of New York*

**Kenneth W. Irvin**
Morrison & Foerster LLP
2000 Pennsylvania Ave. N.W.  Suite 5500
Washington, DC  20006-1888
Fax: 2028870703;  Email: wirvconton@mofo.com
*Counsel for : San Diego County Regional Airport Authority*

**Steven M. Hedberg**
Perkins Coie LLP
1201 Third Avenue  Suite 4800
Seattle, WA  98101-3099
Fax: 2065838500;  Email: shedberg@perkinscoie.com
*Counsel for : The Boeing Company
Boeing Capital Corp.*

**Eric Henricks**
Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH  43215
Fax: 6146172286;  Email: henrice@nationwide.com
*Counsel for : Nationwide Life Insurance Company
Provident Nationwide Provident a/k/a Mutual
Life Insurance Company*

**Robert Herrmann**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT  06484-4361
Fax: 2039224029;  Email: robert.herrmann@pb.com
*Counsel for : Pitney Bowes Credit Corporation*

**Richard Hiersteiner**
Palmer & Dodge, LLP
111 Huntington Ave.  Prudential Center
Boston, MA  02199-7613
Fax: (617) 227 4420;  Email: rhiersteiner@palmerdodge.com
*Counsel for : State Street Bank & Trust Co.
State Street Bank & Trust Co. of Connecticut*

**Barbara J. Hillman**
Cornfield & Feldman
25 L. Washington St.  Suite 1400
Chicago, IL  60602
Fax: (312) 236-6686;  Email: bhillman@cornfieldandfeldman.com
*Counsel for : Association of Flight Attendants*

**Brian L. Holman**
White & Case LLP
633 West Fifth Street  #1900
Los Angeles, CA  90071-2007
Fax: (213) 687-0758;  Email: bholman@whitecase.com
*Counsel for : AT&T Credit Holdings, Inc., et al.
ank of America (vendor & leasing and cap)
DFO Partnership
Lone Star Air Partners LLC
USWFS Intermediary Trust*

**John D. Horenstein**
Condon & Forsyth LLP
685 Third Avenue
New York, NY  10017
Fax: 2123704453;  Email: jhorenstein@condonlaw.com
*Counsel for : Mitsubishi Heavy Industries, Ltd.*

**John D. Huige**
Unisys Corporation
885 Blairmoor Court
Grosse Pointe Woods, MI  48230
Fax: 3133438441;  Email: john.huige@unisys.com
*Counsel for : Unisys Corporation*

**Peter A. Ivanick**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY  10019-5389
Fax: (212) 424-8500;  Email: pivanick@llgm.com
*Counsel for : Wachovia Bank, N.A.
f/k/a First Union National Bank*

**Paula K. Jacobi**
Sugar, Friedberg & Felsenthal
30 North LaSalle St , Suite 3000
Chicago, IL  60602
Fax: (312) 372-7951;  Email: pjacobi@sff-law.com
    Counsel for : Suntrust Bank
    Vanguard Municipal Bond Funds

**Fruman Jacobson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL  60606
Fax: (312) 876-7934;  Email: fjacobson@sonnenschein.com
    Counsel for : Creditors Committee

**Snyder James**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2700
Chicago, IL  60602-3801
Fax: (312)269-1747;  Email: jsnyder@ngelaw.com
    Counsel for : American State Bank
    Heidrick & Struggles International, Inc.
    DiamondCluster International, Inc.
    Dallas/Ft Worth Intl. Airport Board
    Sage Parts Plus, Inc.

**Brian A. Jennings**
Perkins Cole LLP
1201 Third Avenue  48th Floor
Seattle, WA  98101-3099
Fax: 2065838500;  Email: bjennings@perkinscole.com
    Counsel for : The Boeing Company
    Boeing Capital Corp.

**Thomas L. Johns**
Oilkut, Inc
111 Broadway  9th Floor
New York, NY  10006
Fax: ;  Email: tjohnsesq@aol.com
    Counsel for : Oilkut, Inc.

**Russell R. Johnson, III**
Attorney at Law
3734 Byfield Place
Richmond, VA  23233
Fax: ;  Email: russj4478@aol.com
    Counsel for : Public Service Electric & Gas Co.
    Commonwealth Edison Company
    Michigan Consolidated Gas Company

**Laura D. Jones**
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market St.  Suite 1600
Wilmington, DE  19801
Fax: (302) 652-4400;  Email: ljones@pszyj.com
    Counsel for

**Danni L. Jorenby, Deputy**
State of Wisconsin
Department of Workforce Development  Unemployment Insurance  P.O. B
Madison, WI  53708
Fax: 6082669992;  Email: dwdtaxnet@dwd.state.wi.us
    Counsel for : State of Wisconsin

**Harold L. Kaplan**
Gardner, Carton & Douglas
321 N. Clark Street  Suite 3400
Chicago, IL  60610-4795
Fax: (312) 644-3381;  Email: hkaplan@gcd.com
    Counsel for : HSBC Bank USA
    Fifth Third Bank

**David Jacobson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: (312)876-7934;  Email: djacobson@sonnenschein.com
    Counsel for : Creditors Committee

**Richard J. Jacobson**
Flaherty & Jacobson, PC
134 North LaSalle Street Suite 1600
Chicago, IL  60602
Fax: (312) 782-4725;  Email: rjacobson@fjlaw.com
    Counsel for : Goodrich Corporation

**Kim Y. Jefferson**
Tennessee Attorney General's Office
Office of the Attorney General  Bankruptcy Division  PO Box 20207
Nashville, TN  37202
Fax: (615) 741-3334;  Email: kim.jefferson@state.tn.us
    Counsel for : Tennessee Attorney General's Office

**Steven D. Jerome**
Snell & Wilmer LLP
One Arizona Center  400 E. Van Buren St.
Phoenix, AZ  85004-2202
Fax: 6023826070;  Email: sjerome@swlaw.com
    Counsel for : Tucson Airport Authority ("TAA")

**David P. Johnson**
Hamilton-Sundstrand
4747 Harrison Avenue  Mail Stop 255-8
Rockford, IL  61108
Fax: (815) 394-2439;  Email: david.johnson@hs.utc.com
    Counsel for : Hamilton-Sundstrand

**James O. Johnson**
Hennigan, Bennett & Dorman LLP
601 S. Figueroa St.  Suite 3300
Los Angeles, CA  90017
Fax: (213) 694-1234;  Email: johnsimj@hbdlawyers.com
    Counsel for : Franklin Advisors, Inc.
    Oaktree Capital Management LLC

**Patrick M. Jones**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL  60601
Fax: (312) 456-8435;  Email: jonespat@gtlaw.com
    Counsel for : City of Chicago

**David Kane**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606
Fax: 3123006672;  Email: dkane@freebornpeters.com
    Counsel for : OurHouse, Inc.

**James Katchadurian**
Pourman-Douglas Corporation
40 Twild Hill Circle
Holtons Bridge, NY  10520
Fax: (914) 206-1400;  Email: james.katchadurian@pourman-douglas.com
    Counsel for : Pourman-Douglas Corporation

**Barbara Jacobson, Esq.**
Port of Portland
7000 NE Airport Way, 3rd Floor
Portland, OR  97218
Fax: (503) 548-5596;  Email: jacobb@portptld.com
    Counsel for : Port of Portland

**Steven R. Jakubowski**
Robert F. Coleman & Associates
77 West Wacker Drive  Suite 4800
Chicago, IL  60601
Fax: (312) 444-1028;  Email: sjakubowski@colemanlawfirm.com
    Counsel for : Carrie Gammod

**William S. Jenkins**
Myers & Jenkins
3003 North Central Avenue  Suite 1600
Phoenix, AZ  85012
Fax: (602) 200-7810;  Email: wsj@mjlegal.com
    Counsel for : City of Des Moines, IA Dept of Aviation

**Douglas W. Jessop**
Jessop & Co., PC
303 E  17th Ave.  Suite 930
Denver, CO  80203
Fax: (303) 860-7233;  Email: dwjessop@jessopco.com
    Counsel for : Denver International Airport
    City and County of San Francisco,
    acting by and through San Francisco Airport Commis

**Cindy R. Johnson**
Imperial County Treasurer
940 West Main Street  Suite 106
El Centro, CA  92243
Fax: 7603527603;  Email: cindyjohnson@imperialcounty.net
    Counsel for : County of Imperial, California

**Julie Johnston-Ahlen**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Steet
Chicago, IL  60603
Fax: 3124017711;  Email: jjohnston-ahlen@mayerbrownrowe.com
    Counsel for : General Foods Credit Investors No. 3 Corp.

**Gregory J. Jordan**
Rooks Pitts
11 C. Wacker Drive  Suite 2300
Chicago, IL  60606
Fax: 8669908930;  Email: gjordan@rookspitts.com
    Counsel for : John D. Stewart
    John H. Fullmer
    Layton S. Han
    Craig S. Stevens

**William W. Kannel, Esq.**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: (617) 542-2241;  Email: wkannel@mintz.com
    Counsel for : Fifth Third Bank, N.A

**Harold A. Katz**
Katz, Friedman, Eagle, Eisenstein & Johnson
77 West Washington Street  20th Floor
Chicago, IL  60602
Fax: (312) 372-5555;  Email: hkatz@kfeej.com
    Counsel for : Air Line Pilots Association, Int'l

**Andrew S. Kelley**
Arnold & Porter LLP
370 Seventeenth Street  Suite 4500
Denver, CO  80202-1370
Fax: 3035320428;  Email: andrew.kelley@aporter.com
Counsel for : Gate Gourmet Inc.

**Anne Marie Kennelly**
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA  94304
Fax: (650) 852 8617;  Email: anne.kennelly@hp.com
Counsel for : Hewlett-Packard Company

**Jennifer L. Kevelson**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY  10178-0060
Fax: 8774320652;  Email: jkevelson@morganlewis.com
Counsel for : JP Morgan Chase
Citicorp USA, Inc.

**Therese C. King**
Foley & Lardner
321 North Clark Street  Suite 2800
Chicago, IL  60610
Fax: (312) 755-1925;  Email: tking@foleylaw.com
Counsel for : Port of Portland; Port of Oakland
John Wayne/Detroit Met Wayne Cnty Airport
Metropolitan Washington Airport Authority
Burlington Int'l Airport, Clark County, Nevada
Cities of Austin, Cleveland; Columbus Airport Auth

**Clyde  Kizer**
Airbus
198 Van Buren St.  Suite 300
Herndon, VA  20170
Fax: (703) 834-3464;  Email: clyde.kizer@airbus.com
Counsel for : Airbus

**Joe Kohanski**
Geffner & Bush
3500 W. Olive Ave.  Suite 1100
Burbank, CA  91505
Fax: (818) 973-3201;  Email: jkohanski@geffner-bush.com
Counsel for : Int'l Assoc. of Machinists and Aerospace Workers

**Eugene J. Kottenstette**
City & County of Denver
201 W. Colfax Avenue  Department 1207
Denver, CO  80202-5332
Fax ; Email: bankruptcy.gene@ci.denver.co.us
Counsel for : City & County of Denver

**Richard P. Krasnow**
Weil, Gotshal & Manges, LLP
767 Fifth Ave.
New York, NY  10153
Fax: (212) 310-8007;  Email: richard.krasnow@weil.com
Counsel for : General Electric Capital Corporation
and certain of its affiliates

**Jonathan D. Kron, Esq.**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: (312) 701-7711;  Email: jkron@mayerbrownrowe.com
Counsel for : Philip Morris Capital Corp.
General Foods Credit Investors No. 3 Corp.

**John Lakosil**
United Air Lines, Inc.
WHQLD  1200 E Algonquin Rd.
Elk Grove Village, IL  60007
Fax: (847) 700 4683;  Email: John.l.akosil@ual.com
Counsel for : UAL Corporation

**Wesley G. Kennedy**
Allison, Slutsky & Kennedy, PC
230 South LaSalle St.  Suite 1880
Chicago, IL  60604
Fax: (312) 364 0410;  Email: kennedy@ask-attorneys.com
Counsel for : Professional Airline Flight Controller Association - UAL

**Joseph  E. Kernan, Lieutenant Governor**
Indiana Department of Commerce
Office of the Lieutenant Governor
Indianapolis, IN  46204-2700
Fax: (317) 232-4788;  Email: jkernan@state.in.us
Counsel for : Indiana Department of Commerce

**Ayesha Khan**
Salans
620 Fifth Avenue
New York, NY  10020
Fax: 2126325555;  Email:
Counsel for : Credit Lyonnais, et al

**Christopher Kiplok**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
Fax: 2124224126;  Email: kiplok@hugheshubbard.com
Counsel for : Debis Financial Services, Inc.

**Roy S. Kobert, P.A.**
Broad & Cassel
390 N. Orange Ave.  Suite 1100
Orlando, FL  32801
Fax: (407) 650-0927;  Email: rkobert@broadandcassel.com
Counsel for : Greater Orlando Aviation Authority

**Vincent A. Kolber**
Revidco
Three First National Plaza, Suite 777
Chicago, IL  60602
Fax: (312) 726-3800;  Email: kolber@revidco.com
Counsel for : Vincent A. Kolber

**Stuart Kovensky**
John A. Levin & Co.
1 Rockefeller Plaza  10th Floor
New York, NY  10020
Fax: (212) 332-8402;  Email: skovensky@lavinco.com
Counsel for :

**John P. Kreis**
Law Offices of John P. Kreis
515 S. Flower St.  Suite 3600
Los Angeles, CA  90071-2303
Fax: 2133202250;  Email: jkreis@ultgalaxf.net
Counsel for : Magger Safety Systems, Inc.

**Jordan A. Kroop**
Squire, Sanders & Company LLP
Two Renaissance Square  40 North Central Avenue  Suite 2700
Phoenix, AZ  85004-4498
Fax ; Email: jkroop@ssd.com
Counsel for : Sky Mall

**Kathleen M. LaManna**
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Fax ; Email: bankruptcy@goodwin.com
Counsel for : Wells Fargo Bank, National Association

**Thomas M. Kennedy**
Pretzel & Stouffer, Chartered
One South Wacker Drive, Suite 2500
Chicago, IL  60606-4673
Fax ; Email: tkennedy@pretzel-stouffer.com
Counsel for : American Airlines, Inc.

**Alexander D. Kerr, Jr.**
Tishler & Wald, Ltd.
200 South Wacker Dr.  Suite 2600
Chicago, IL  60606
Fax: (312) 876-3616;  Email: akerr@tishlerandwald.com
Counsel for : City of Des Moines, IA Dept of Aviation

**Marc Kieselstein**
Kirkland & Ellis
200 E. Randolph Drive  Suite 6500
Chicago, IL  60601
Fax: (312) 861-2200;  Email: marc_kieselstein@chicago.kirkland.com
Counsel for : UAL Corporation

**Janice L. Kiraly**
LSG Sky Chefs
Global Credit and Collections  6191 North State Highway 161
Irving, TX  75038
Fax: 9727090008;  Email: janice.kiraly@lsgskychefs.com
Counsel for : LSG Sky Chefs

**Michael S. Kogan**
Ervin, Cohen & Jessup LLP
9401 Wilshire Boulevard  9th Floor
Beverly Hills, CA  90212
Fax: 3105023325;  Email: mkogan@ecjlaw.com
Counsel for : Ronald A. Katz Technology Licensing, L.P.

**Michelle L. Kopf**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: (312) 876-7934;  Email: mkopf@sonnenschein.com
Counsel for : Creditors Committee

**Michael Kramer**
Greenhill
300 Park Ave.  23rd Fl.
New York, NY  10022
Fax: (212) 389-1700;  Email: mkramer@greenhill-co.com
Counsel for :

**Richard M. Kremen, Esq.**
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, MD  21209-3600
Fax: (410) 580-3001;  Email: richard.kremen@piperrudnick.com
Counsel for : Wachovia Bank, N.A
f/k/a First Union National Bank
Michelin Aircraft Tire Corporation

**Connie A. Lahn**
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII  45 South Seventh Street
Minneapolis, MN  55402
Fax: 6126072100;  Email: clahn@oppenheimer.com
Counsel for : Metropolitan Airports Commission

**Timothy J. Langella**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: 6175422241;  Email: tlangella@mintz.com
Counsel for : Fifth Third Bank

**Joseph G. LaRusso, Assistant Corporation Counsel**
City of Boston
City Hall Room M-5 One City Hall Square
Boston, MA 02201
Fax: 6173354702; Email: joseph.larusso@ci.boston.ma.us
Counsel for : City of Boston

**Lon P. LeClair**
Wells Fargo
Sixth & Marquette N9303-120
Minneapolis, MN 55479
Fax : Email: bankruptcy@goudem.com
Counsel for : Wells Fargo Bank, National Association

**Brian Leitch**
Arnold & Porter LLP
370 Seventeenth Street Suite 4500
Denver, CO 80202-1370
Fax: 3038320428, Email: brian_leitch@aporter.com
Counsel for : Gate Gourmet Inc.

**Edward J. Lesniak, Esq.**
Burke, Warren, MacKay & Serritella
330 N. Wabash Ave 22nd Fl. IBM Plaza
Chicago, IL 60611 3607
Fax: (312) 840-7900; Email: elesniak@burkelaw.com
Counsel for : Avidt, Inc.

**Ira Leveo**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
Fax: (973) 597-7401; Email: ilevee@lowenstein.com
Counsel for : Int'l Assoc. of Machinists and Aerospace Workers

**Louis W. Levit, P.C.**
Ross & Hardies
150 North Michigan Avenue Suite 2500
Chicago, IL 60601-7567
Fax: (312) 750-8000: Email: louis.levit@rosshardies.com
Counsel for : IAE International Aero Engines AG

**Neil Lewis**
Nomura Babcock & Brown Co., Ltd.
8F, Dai Ichi Edobashi Building 1-11, Nihonbashi, 1-chome chuo ku
Tokyo 103-0027,   Japan
Fax : Email: neill@nbb.co.jp
Counsel for : Nomura Babcock & Brown Co., Ltd

**Douglas J. Lipke**
Vedder, Price, Kaufman & Kammholz
222 North LaSalle Street
Chicago, IL 60601-7500
Fax : (312) 609-5005;  Email: dlipke@vedderprice.com
Counsel for : UAL Corporation

**Leslie D. Locke**
Ross & Hardies
150 North Michigan Avenue Suite 2500
Chicago, IL 60601-7567
Fax: (312) 750-8600, Email: leslie.locke@rosshardies.com
Counsel for : IAE International Aero Engines AG

**James D. H. Loushin**
Faegre & Benson LLP
2200 Wells Fargo Center 90 South Seventh Street
Minneapolis, MN 55402-3901
Fax: (612) 766-1600; Email: jloushin@faegre.com
Counsel for : Frontier Airlines, Inc.

**Richard S. Lauter**
Holland & Knight LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603
Fax: 3125780608tt; Email: richard.lauter@hklaw.com
Counsel for : Gate Gourmet Inc.
Gate Safe, Inc

**Michael D. Lee**
Schuyler, Roche & Zimer, P.C.
One Prudential Plaza Suite 3800
Chicago, IL 60601
Fax: (312) 565 8300; Email: mlee@srzlaw.com
Counsel for : Verizon Capital Corporation
Walt Disney Pictures & Television
Morgan Stanley
Intranock I, LLC

**David LeMay**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Fax: 8467905112; Email: dlemay@chadbourne.com
Counsel for : Citibank Privatkunden AG

**Eve Lettvin**
Hogan & Hartson, LLP
885 Third Ave FL 26
New York, NY 10022
Fax: (212) 918-6180; Email: elettvin@hhlaw.com
Counsel for : Starwood Hotels & Resorts Worldwide, Inc.
Discover Financial Services

**Sharon L. Levine**
Lowenstein Sandler, PC
65 Livingston Ave.
Roseland, NJ 07068
Fax: (973) 597 2375; Email: slevine@lowenstein.com
Counsel for : Int'l Assoc. of Machinists and Aerospace Workers

**Richard F. Levy**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611-7603
Fax: (312) 923-2748; Email: rlevy@jenner.com
Counsel for : Mitsacel Properties - Chicago, LLC

**Michael C. Li**
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201
Fax: 2149536603; Email: michael.li@bakerbotts.com
Counsel for : Brierley & Partners

**Bruce E. Lithgow**
Bell, Boyd and Lloyd LLC
70 W. Madison Street Suite 3300
Chicago, IL 60602
Fax: 3129274116; Email: blithgow@bellboyd.com
Counsel for : Harson Edward Tolls

**Dana J. Lockhart**
Airbus North America Holdings, Inc.
198 Van Buren Street Suite 300
Herndon, VA 22070
Fax: (703) 834-3847; Email: dana.lockhart@airbus.com
Counsel for : Airbus North America Holdings, Inc.

**Paul A. Lucey**
Michael Best & Friedrich LLC
100 L. Wisconsin Avenue Suite 3300
Milwaukee, WI 53202
Fax: 4142770656, Email: palucey@mbf-law.com
Counsel for : Ameriquest Capital Corp.

**Linda S. Law**
City of Portland - City Attorney's Office
1221 SW 4th Avenue Room 430
Portland, OR 97204
Fax : Email: llaw@ci.portland.or.us
Counsel for : City of Portland

**Mark E. Leipold**
Gould & Ratner
222 North LaSalle Street Suite 800
Chicago, IL 60601-1086
Fax: 3122563241; Email: mleipold@gouldratner.com
Counsel for : U.S. Bank N.A.

**Heather Lennox**
Jones, Day, Reavis & Pogue
North Point 901 Lakeside Avenue
Cleveland, OH 44114
Fax: (216) 579-0212, Email: jdrpsail@jonesday.com
Counsel for : National Processing Company LLC
National City Bank of Kentucky

**Charles B. Leuin**
Jenkens & Gilchrist
225 W. Washington St. Suite 2600
Chicago, IL 60606
Fax: (312) 425-3909; Email: cleuin@jenkens.com
Counsel for : International Air Transport Association

**James Levine, Chief Legal Counsel**
Air Transportation Stabilization Board
1120 Vermont Ave Suite 970
Washington, DC 20005
Fax: (202) 622-3420; Email: atsb@do.treas.gov
Counsel for : Air Transportation Stabilization Board

**Stephen Lew**
Office of the California Attorney General
300 So. Spring Street Suite 1702
Los Angeles, CA 90013-1230
Fax: 2139675775; Email: stephen.lew@doj.ca.gov
Counsel for : California State Board of Equalization

**Carolyn Llevers, Asst. Atty. General**
Colorado Department of Revenue
1525 Sherman Street, 5th floor
Denver, CO 80203-1700
Fax: (303) 866-5071, Email: janet.rucklos@state.co.us
Counsel for : Colorado Department of Revenue

**Daniel M. Litt**
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037-1526
Fax: 2028870690, Email: littd@dsmo.com
Counsel for : Allied Capital Corporation

**Sara E. Lorber**
Holland & Knight LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603
Fax: 312578t606, Email: sara.lorber@hklaw.com
Counsel for : Gate Gourmet Inc.
Gate Safe, Inc.

**J. Christopher Luna**
Cowles & Thompson, P.C.
901 Main Street  Suite 4000
Dallas, TX  75202-3793
Fax: (214) 672-2362,  Email: cjxix.luna@algx.com
    *Counsel for : Sabre Inc.*
    *Travelocity.Com, L.P.*
    *GetThere L.P.*

**John K. Lyons**
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL  60606
Fax: (312) 407-8660;  Email: jlyonsch@skadden.com
    *Counsel for : US Airways, Inc., MidAtlantic Airways Inc.*
    *US Airways Group, Inc., US Airways Leasing*
    *Alleghany Airlines, Inc.*
    *Material Services Company, Inc.*
    *Piedmont Airlines, Inc.*

**Terry John  Malik**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Fax: (312) 558-5700;  Email: tmalik@winston.com
    *Counsel for : Fleet Capital Leasing; Northwestern Mutual Life*
    *SBC Capital Services; Sempra Energy*
    *Bank One Corporation; Metrnational Corp.*
    *MarCap Corporation; Salie Mae; SITA*
    *Pacific Harbor Capital, Inc.*

**Lee Marable, Assistant City Attorney**
City & County of Denver
Airport Legal Section - DIA  201 W. Colfax Ave.  Dept. 1108
Denver, CO  80202
Fax: (720) 913-8420,  Email: marable@dla.denver.co.us
    *Counsel for : City & County of Denver*
    *Denver International Airpart*

**Andrew S. Marovitz**
Mayer Brown Rowe & Maw LLP
100 S. LaSalle Street
Chicago, IL  60603
Fax: ;  Email: amarovitz@mayerbrownrowe.com
    *Counsel for : UAL Loyalty Services, Inc.*

**Renee Martin-Nagle**
Airbus North America Holdings, Inc.
198 Van Buren Street  Suite 300
Herndon, VA  20170
Fax: (703) 834-3527,  Email: renee.martinnagle@airbus.com
    *Counsel for : Airbus North America Holdings, Inc.*

**Patrick Matanane**
Bank of New York Western Trust Company
550 Kearney Street  Suite 600
San Francisco, CA  94108
Fax: (415) 399-1647;  Email: pmatanane@bankofny.com
    *Counsel for : Bank of New York Western Trust Company*

**James M. McArdle**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405;  Email: jmmcardle@uhlaw.com
    *Counsel for : Healthcare Service Corp*
    *City & County of San Francisco*
    *Denver International Airport*

**Kevin Lund**
Unit Providence Corporation
1 Fountain Square
Chattanooga, TN  37402
Fax: 4237351671;  Email: klund@unumprovident.com
    *Counsel for : Unit Providence Corporation*

**Joan MacDonald**
Public Services Resource Corp.
80 Park Plaza, T-22
Newark, NJ  07102-4194
Fax: 9734503500;  Email: joan.macdonald@pseg.com
    *Counsel for : N654UA*

**James M. Mailey**
Angelo, Gordon & Co.
245 Park Avenue  26th Floor
New York, NY  10167
Fax: (212) 867-0395;  Email: jmailey@angelogordon.com
    *Counsel for : Angelo, Gordon & Co.*

**Ellen D. Marcus**
Debevoise & Plimpton LLP
555 13th Street, N.W.  Suite 1100F
Washington, DC  20004
Fax: (202) 383-8118,  Email: edmarcus@debevoise.com
    *Counsel for : John Hancock Life Insurance Co*

**Phillip D. Martin**
Bank One, NA
1 Bank One Plaza  Mail Code IL1-0831
Mail Code IL1-0681
Chicago, IL  60670
Fax: (312) 732-1775;  Email: phil_martin@bankone.com
    *Counsel for : Bank One*

**Philip V. Martino**
Piper Rudnick
Suite 2000  101 East Kennedy Blvd.
Tampa, FL  33602-5149
Fax: 3125307334;  Email: philip.martino@piperrudnick.com
    *Counsel for : United as Special Labor Counsel*

**Brenda A. Mattar**
Mattar & D'Agostino, LLP
17 Court Street  Suite 600
Buffalo, NY  14202
Fax: 7166565614;  Email: attorney@md-d-law.com
    *Counsel for : Cargo Buffalo c/o Ciminelli Development Co., Inc.*

**William M. McCarron, Jr.**
Morrison & Foerster LLP
2000 Pennsylvania Ave. N.W.  Suite 5500
Washington, DC  20006-1888
Fax: 2026870703;  Email: wmccarron@mofo.com
    *Counsel for : San Diego County Regional Airport Authority*

**Timothy J. Lynes**
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson, N.W.
Washington, DC  20007
Fax: 2022987570;  Email: timothy.lynes@kmzr.com
    *Counsel for : Societe Nationale D'Etude et de Construction*
    *de Moteurs D'Aviation*

**Bret A. Maidman**
Lewis and Roca LLP
40 North Central Avenue  Suite 1900
Phoenix, AZ  85004-4429
Fax: (402) 734-3825;  Email: bmaidman@lrlaw.com
    *Counsel for : America West Airlines, Inc.*

**Jeanie Mar**
Wells Fargo
708 Wilshire Blvd , 17th Fl  MAC: E2818-176
Los Angeles, CA  90017
Fax: (213) 614-3355;  Email: jeanie.mar@wellsfargo.com
    *Counsel for : Wells Fargo*

**Rod D. Margo**
Condon & Forsyth LLP
1801 Avenue of the Stars  Suite 1450
Los Angeles, CA  90067-4488
Fax: 3105571290;  Email: rmargo@cofla.com
    *Counsel for : Air New Zealand, Ltd.*

**Matthew M. Martin**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: 3122691747;  Email: mmartin@ngelaw.com
    *Counsel for : American State Bank*
    *Holdrick & Struggles International, Inc.*
    *DiamondCluster International, Inc.*
    *Dallas/Ft. Worth Int'l Airport Buard*
    *Sage Parts Plus, Inc.*

**Waren J. Marwedel**
Marwedel, Minichello & Keep
10 S. Riverside Plaza, Suite 720
Chicago, IL  60606
Fax: (312) 902-9900;  Email: wmarwedel@mmr-law.com
    *Counsel for : ChromalSoy Gas Turbine Corporation*

**Patrick C. Maxcy**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: (312) 876-7934;  Email: pmaxcy@sonnenschein.com
    *Counsel for : Creditors Committee*

**David L. McClenahan**
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building  535 Smithfield Street, #1500
Pittsburgh, PA  15222-2312
Fax: (412) 355-6501;  Email: dmcclenahan@kl.com
    *Counsel for : State Street Bank and Trust Co*

**Paul McDonnell, Treasurer and Tax Collector**
County of Riverside
ATTN: Maria O'Neil P.O. Box 12005
Riverside, CA  92502-2205
Fax: 9095553000; Email: monoil@co.riverside.ca.us
    Counsel for : County of Riverside, California

**C. Luckey McDowell**
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201
Fax: 2149538503; Email: luckey.mcdowell@bakerbotts.com
    Counsel for : Brierley & Partners

**Timothy S. McFadden**
Lord Bissell & Brook
115 S. LaSalle Street  Suites 2600-3900
Chicago, IL  60013
Fax: (312) 443-0336;  Email: perrierson@lordbissell.com
    Counsel for : Societe Generale
    Societe Generale, Chicago Branch
    Societe Generale, Tokyo Branch
    Societe Anonyme De Credit AL Industrie Francaise
    Skylease 1; Blue Cross Blue Shield of Florida

**Daniel J. McGuire**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Fax: 3125580700; Email: dmcguire@winston.com
    Counsel for : Mizuho Corporate Bank, Ltd.

**David P. McHugh**
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473
Fax: 3122586700; Email: dmchugh@schiffhardin.com
    Counsel for : Crew Marketing

**Colleen E. McManus**
Piper Rudnick
203 N. LaSalle St.  Suite 1800
Chicago, IL  60601-1293
Fax: 312/2887516; Email: colleen.mcmanus@piperudnick.com
    Counsel for : Calbank Privatkunden AG

**Robert Mead**
Gavin Anderson & Company
220 East 42nd Street  Suite 408
New York, NY  10017
Fax: (212) 515-1968; Email: rmead@gavinanderson.com
    Counsel for :

**John A. Menke**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112, Email: Novey Shannon@pbgc.gov
    Counsel for : Pension Benefit Guaranty Corporation

**Richard M. Meyers**
Albany County Airport Authority
Albany International Airport Authority  Administration Building  Suite 200
Albany, NY  12211-1057
Fax: ;  Email: rmeyers@albanyairport.com
    Counsel for : Albany County Airport Authority

**Krohn  Micah**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: 3122694747; Email: mkrohn@ngelaw.com
    Counsel for : American State Bank
    Heidrick & Struggles International, Inc.
    DiamondCluster International, Inc.
    Dallas/Ft. Worth Int'l Airport Board
    Sage Parts Plus, Inc.

**Kristin T. Mihelic, Esq.**
FagelHaber LLC
55 E. Monroe  40th Fl
Chicago, IL  60603
Fax: (312) 782-1628; Email: kmihelic@fagelhaber.com
    Counsel for : Airline Reporting Corp

**Emily A. Miller**
Hogan & Hartson, LLP
Columbia Square  555 Thirteenth Street, N.W.
Washington, DC  20004-1109
Fax: (202) 637-5910; Email: eamiller@hhlaw.com
    Counsel for : Eagle County Air Terminal Corporation

**Lawrence E. Miller**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Riverfront Plaza
Newark, NJ  07102-5490
Fax: (973) 643-6111; Email: lmiller@llgm.com
    Counsel for : Wachovia Bank, N.A.
    f/k/a First Union National Bank

**Michael C. Miller**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC  20005 4026
Fax: (202) 326-4112;  Email: nfile@pbgc.gov
    Counsel for : Pension Benefit Guaranty Corporation

**Robert B. Millner**
Sonnenschein, Nath & Rosenthal LLP
Suite 8000 Sears Tower  233 South Wacker Dr.
Chicago, IL  60606
Fax: (312) 876-7934;  Email: rmillner@sonnenschein.com
    Counsel for : Creditors' Committee

**Alan K. Mills**
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204
Fax: (317) 231-7433, Email: alan.mills@btlaw.com
    Counsel for : Indiana Transportation Finance Authority
    Indiana Department of Commerce

**Daniel B. Mills**
Pretzel & Stouffer, Chartered
One South Wacker Drive, Suite 2500
Chicago, IL  60001
Fax: ;  Email: dmills@pretzel stouffer.com
    Counsel for : American Airlines, Inc.

**John B. Missing**
Debevoise & Plimpton LLP
555 13th Street, N.W.  Suite 1100E
Washington, DC  20004
Fax: (202) 383-8118; Email: jbmissing@debevoise.com
    Counsel for : John Hancock Life Insurance Co

**Donald B. Mitchell**
Smith, Gambrell & Russell, LLP
Promenade II  Suite 3100  1230 Peachtree, NE
Atlanta, GA  30309
Fax: (404) 685-6891; Email: dbmitchell@sgrlaw.com
    Counsel for : American State Bank

**Nancy A. Mitchell**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL  60001
Fax: 3124588435; Email: mitchelln@gtlaw.com
    Counsel for : City of Chicago

**Michael L. Molinaro**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602
Fax: (312) 269-1747; Email: mmolinaro@ngelaw.com
    Counsel for : Anthem Blue Cross and Blue Shield
    HMO Colorado

**John J. Monaghan**
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02110
Fax: 617/5230800; Email: jmonaghan@hklaw.com
    Counsel for : Gate Gourmet Inc.

**Eileen Moran**
Public Services Resources Corp.
80 Park Plaza, T-22
Newark, NJ  07102-4194
Fax: 9734563509, Email: eileen.moran@pseg.com
    Counsel for : N954UA

**John O. Morgan**
Attorney at Law
333 W. Vine Street  Suite 310
Lexington, KY  40507
Fax: 8598395088; Email: court@johnmorganjr.com
    Counsel for : James D. Lyon, Trustee for the Computrex, Inc.

**Robert J Mrofka**
Schulte, Roth & Zabel
919 Third Ave
New York, NY  10022
Fax: (212) 593-5955; Email: robert.mrofka@srz.com
    Counsel for : CIT Group

**Kevin G. Mruk**
Bank One
1 Bank One Plaza  Mail Suite IL1-0286  11th Fl
Chicago, IL  60670
Fax: (312) 732-0755; Email: kevin_g_mruk@bankone.com
    Counsel for : Bank One

**David Mueller**
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL  60606
Fax: 3124310704; Email: dmueller@whummer.com
    Counsel for : Wayne Hummer Investments

**D. Patrick Mullarkey**
Internal Revenue Service
Tax Division (DOJ) P.O. Box 55 Ben Franklin Station
Washington , DC 20044
Fax: (202) 514-5238; Email: northern.united.states@usdoj.gov
    Counsel for : Department of Justice - Tax Division

**Colleen Murphy, Esq.**
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Fax: (617) 542-2241; Email: cmurphy@mintz.com
    Counsel for : Fifth Third Bank, N.A.
    HSBC Bank USA

**Don Nathan**
Robinson Lerer & Montgomery
75 Rockefeller Plaza 8th Floor
New York, NY 10019
Fax: 2122683129; Email: dnathan@rlmnet.com
    Counsel for :

**David M. Neff**
Piper Rudnick
203 N. LaSalle St. Suite 1800
Chicago, IL 60601-1293
Fax: (312) 630-2758; Email: david.neff@piperrudnick.com
    Counsel for : Marriott International, Inc.

**David A. Newby**
McCarthy Duffy
180 N. LaSalle St. Suite 1400
Chicago, IL 60601
Fax: 3127766185; Email: dnewby@modnslaw.com
    Counsel for : IBM Corporation
    IBM Credit Corporation
    AMB Property Corporation

**Robert M. Nicoud, Jr.**
Olson Nicoud & Gueck, LLP
2200 Ross Avenue Suite 2525
Dallas, TX 75201
Fax: 2149797301; Email: mrnicoud@dallas-law.com
    Counsel for : AirLiance Materials, LLC

**Lynne B. Nowak**
Holland & Knight LLP
111 St James Avenue
Boston, MA 02116
Fax: 6175230860; Email: lnowak@hklaw.com
    Counsel for : Gate Gourmet Inc.

**Eric Oesterle**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: 3128767524; Email: eoesterle@sonnenschein.com
    Counsel for : Creditors Committee

**Susan K. Olson**
Armstrong Teasdale LLP
Metropolitan Square Suite 2600
St. Louis, MO 63102-2740
Fax: 3146215005; Email: solson@armstrongteasdale.com
    Counsel for : City of St Louis
    Lambert St. Louis International Airport

**Gerald F. Munitz**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St. Suite 3700
Chicago, IL 60603
Fax: (312) 332-2196, Email: gfm@goldbergkohn.com
    Counsel for : State Street Bank & Trust Co.
    State Street Bank & Trust Co. of Connecticut

**John F. Murtha**
Woodburn and Wedge
P.O. Box 2311
Reno, NV 89505
Fax: 7756883088; Email: jmurtha@woodburnandwedge.com
    Counsel for : Airport Authority of Washoe County

**Joel Nathan, Assistant United States Attorney**
United States Attorney
Everett M. Dirksen Bldg. 219 S. Dearborn St. 5th Fl.
Chicago, IL 60604
Fax: (312) 353-2067; Email: joel.nathan@usdoj.gov
    Counsel for : United States

**Carole Neville**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas 24th Fl.
New York, NY 10020-1089
Fax: (212) 768-6800; Email: cneville@sonnenschein.com
    Counsel for : Official Committee of Unsecured Creditors

**Eric E. Newman**
Meckler Bulger & Tilson
123 North Wacker Drive Suite 1800
Chicago, IL 60606
Fax: 3124747898; Email: eric.newman@mbtlaw.com
    Counsel for : United Retired Pilots Benefit Protection
    Association, an Illinois not-for- profit Corp

**Daniel Northrop**
Cardinal, Carlton & Douglas
191 North Wacker Drive Suite 3700
Chicago, IL 60606-1895
Fax: 3125093000; Email: dnorthrop@gnd.com
    Counsel for : BNP Paribas, Credit Agricola Indosuez S.A.
    Diamond Lease (USA), Inc.
    Export Development Canada
    Hamburg Landesbank Girozentrale, Hypovereinsbank
    Hypo Vereins Bank

**D. Tyler Nurnberg**
Kaye Scholer, LLP
3 First National Plaza 70 W. Madison St. Suite 4100
Chicago, IL 60602
Fax: (312) 583-2360; Email: tnurnberg@kayescholar.com
    Counsel for : JP Morgan Chase Bank
    Citicorp USA, Inc.

**Andrew J. Olins**
Sugar, Friedberg & Felsenthal
30 North LaSalle St., Suite 3000
Chicago, IL 60602
Fax: (312) 372-7951 , Email: aolsonne@sff-law.com
    Counsel for : Sanwood Bank
    Vanguard Municipal Bond Funds
    Explorer Pipeline Company

**Michael A. Olsen**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL 60603
Fax: ; Email: molson@mayerbrownrowe.com
    Counsel for : UAL Loyalty Services, Inc.

**Nathalie Munzberg**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Fax: (212) 354-8113; Email: nmunzberg@whitecase.com
    Counsel for : IAE International Aero Engines AG
    UFJ Bank Limited, Chicago Branch

**Robert D. Nachman**
Schwartz Cooper Greenberger Krauss
180 North LaSalle Street Suite 2700
Chicago, IL 60601
Fax: 312/762-0418; Email: rnachman@scgk.com
    Counsel for : Allied Capital Corporation

**Jack Nearing**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT 06484-4361
Fax: 4045725140; Email: jack.nearing@pb.com
    Counsel for : Pitney Bowes Credit Corporation

**James D. Newbold**
Office of the Illinois Attorney General
100 West Randolph Suite 13-222
Chicago, IL 60601
Fax: 3128142549; Email: jnewbold@revenue.state.il.us
    Counsel for : California State Board of Equalization

**Guyanne Nichols**
Brierley & Partners
8401 N. Central Expressway Suite 1000, LB37
Dallas, TX 75225
Fax: (214) 661-2771a; Email: gnichols@brierley.com
    Counsel for : Brierley & Partners

**Shannon L. Novey**
Pension Benefit Guaranty Corporation
Office of the General Counsel 1700 K Street, N.W., Suite 340
Washington, DC 20005-4026
Fax: (202) 326-4112; Email: novey.shannon@pbgc.gov
    Counsel for : Pension Benefit Guaranty Corporation

**Dennis M. O'Dea**
Heller Ehrman White & McAuliffe
120 W 45th Street
New York, NY 10036-4041
Fax: 2127037600; Email:
    Counsel for : Goodrich Corporation

**Matthew A. Olins**
Katten Muchin Zavis Rosenman
525 West Monroe Street Suite 1600
Chicago, IL 60661-3693
Fax: 3129021081; Email: matthew.olins@kmzr.com
    Counsel for : Examiner

**Michael P. O'Neil**
Sommer Barnard Ackerson, PC
One Indiana Square Suite 3500
Indianapolis, IN 46204
Fax: (317) 269-3871; Email: moneil@sbalawyers.com
    Counsel for : Galileo International

**Rosa Orenstein**
Orenstein & Associates, P.C.
325 North Saint Paul Street, Ste. 2340
Dallas, TX 75201
Fax: (214) 757-9080; Email: rotrenstein@orensteinlaw.net
*Counsel for : Dallas/Ft. Worth Int'l. Airport Board*

**Kimberly W. Osenbaugh**
Preston Gates & Ellis LLP
701-5th Avenue, Suite 5000
Seattle, WA 98104-7078
Fax: (206) 623-7022; Email: kimo@prestongates.com
*Counsel for : Maryland Aviation Administration
Port of Seattle*

**Merritt A. Pardini**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY 10022
Fax: (212) 940-8776; Email: meritt.pardini@kmz.com
*Counsel for : HypoVereinsbank*

**Christopher W. Parker**
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA 02110
Fax: 6174399558; Email: cparker@rubinrudman.com
*Counsel for : Tufts Associated Health Maintenance Orgn., Inc.*

**Donald C. Pasulka**
Ross & Hardies
150 North Michigan Avenue Suite 2500
Chicago, IL 60601-7567
Fax: (312) 750 8600; Email: donald.pasulka@rosshardies.com
*Counsel for : UAL International Aero Engines AG*

**Ronald R. Petersen**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611
Fax: 3125270484; Email: rpetersen@jenner.com
*Counsel for : GA Leasing Parties*

**Gregory M. Petrick**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Fax: (212) 504-6666; Email: gregory.petrick@cwt.com
*Counsel for : KBC Bank NV, Dresdner Bank AG New York,
Landesbank Schleswig-Holstein, Bank Hapoalim,
Bayerische Hypo-Undvereinsbank,
Norddeutsche Landesbank, Sumitomo Trust, and
Raiffeisen Zentralbank, Mitsubishi Trust Corp*

**Joan E. Pilver**
Office of the Attorney General
55 Elm Street 5th Floor P.O Box 120
Hartford, CT 06141 0120
Fax: (860) 808-5385; Email: joan.pilver@PO.STATE.CT.US
*Counsel for : State of Connecticut, Dept. of Rev.*

**David Poitras**
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL 60606
Fax: 3124310704; Email: dpoitras@whummer.com
*Counsel for : Wayne Hummer Investments*

**David M. Posner**
Hogan & Hartson, LLP
551 Fifth Ave.
New York, NY 10176
Fax: (212) 687-0686; Email: dmposner@hhlaw.com
*Counsel for : Discover Financial Services
Starwood Hotels & Resorts Worldwide, Inc.*

**Cynthia Christian Orihuela**
Mission Funding Epsilon
Suite 1700 18101 Von Karman Avenue
Irvine, CA 92612
Fax: (949) 757-0141; Email: ccrhistian@edcap.com
*Counsel for : Mission Funding Epsilon*

**Karen Ostad, Esq.**
Lovells
900 Third Ave. 18th Fl.
New York, NY 10022
Fax: (212) 909-0666; Email: karen.ostad@lovells.com
*Counsel for : Helaba Dublin Landes Bank Hessen-Thuringen Int'l*

**James A. Pardo, Jr.**
King & Spalding LLP
191 Peachtree Street, N.E. 49th Floor
Atlanta, GA 30303
Fax: 4045725149; Email: jpardo@kslaw.com
*Counsel for : Pitney Bowes Credit Corporation*

**Joel C. Paschke**
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229
Fax: 3122012565; Email: paschke@wildmanharrold.com
*Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Robert Paul**
1 TI Consulting, Inc.
125 E. John Carpenter Freeway
Irving, TX 75062
Fax: (214) 754-7021; Email: robert.paul@fticonsulting.com
*Counsel for : FTI Consulting, Inc.*

**David C. Peterson**
City of Austin
Department of Aviation 114 West 7th Street, Fifth Floor
Austin, TX 78701
Fax: (512) 974-2914; Email: david.peterson@ci.austin.tx.us
*Counsel for : City of Austin Dept. of Aviation*

**Diane M. Pezanoski**
Deputy Corporation Counsel
City of Chicago 30 North LaSalle Street, Room 900
Chicago, IL 60602
Fax: (312) 744-6798; Email: dpezanoski@cityofchicago.org
*Counsel for : City of Chicago*

**Alex Pirogovsky**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602
Fax: (312) 977-4405; Email: apirogovsky@uhlaw.com
*Counsel for : Healthcare Service Corp.
City & County of San Francisco
Denver International Airport*

**Salvatore Polletta**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT 06484-4361
Fax: 2039224029; Email: salvatore.polletta@pb.com
*Counsel for : Pitney Bowes Credit Corporation*

**Paul V. Possinger**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611
Fax: (312) 923-2729; Email: vpossinger@jenner.com
*Counsel for : General Electric Capital Corporation
and certain of its affiliates*

**Neil J. Orleans**
Goins, Underkofler, Crawford & Langdon
1201 Elm St. Suite 4800
Dallas, TX 75270
Fax: (214) 969-5002; Email: nello@gucl.com
*Counsel for : Avail, Inc.*

**Kenneth J. Ottaviano**
Katten, Muchin, Zavis & Rosenman
Suite 1600 525 W. Monroe
Chicago, IL 60661
Fax: (312) 902-1061; Email: kenneth.ottaviano@kmzr.com
*Counsel for : HypoVereinsbank*

**Ernie Z. Park**
Bewley Lassleben & Miller LLP
13215 E. Penn Street Suite 510
Whittier, CA 90602-1797
Fax: 7149945131; Email: ernie.park@bewleylaw.com
*Counsel for : Irvine Company*

**Kendra Pasek**
United Air Lines, Inc.
WHQPO 1200 East Algonquin Road
Elk Grove Village, IL 60007
Fax: ; Email: kendra.pasek@ual.com
*Counsel for : UAL Corporation*

**Richard J. Pelliccio, Esq.**
Schnader Harrison Segal & Lewis LLP
140 Broadway Suite 3100
New York, NY 10005-1101
Fax: (212) 972-8798; Email: RPelliccio@Schrader.com
*Counsel for : C.I.T. Leasing*

**Bart Peterson, Mayor**
City of Indianapolis
200 East Washington St. Rm 2501
Indianapolis, IN 46204
Fax: (317) 327-3980; Email: raheman@indygov.org
*Counsel for : City of Indianapolis*

**Andrew F. Pierce**
Pierce & Shearer LLP
2445 E. Bayshore Road Suite 403
Palo Alto, CA 94303
Fax: ; Email:
*Counsel for : Bradette C. Thomas*

**Thomas E. Pitts, Jr.**
Sidley, Austin, Brown & Wood LLP
787 Seventh Ave.
New York, NY 10019
Fax: 2123938586; Email: tpitts@sidley.com
*Counsel for : Boeing Company
Boeing Capital Corp.*

**Alan W. Pope**
Moore & Van Allen PLLC
Bank of America Corporate Center 100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Fax: 7043311159; Email: alanpope@mvalaw.com
*Counsel for : KeyCorp Leasing, Ltd.*

**James Poyner**
Poyner Baxter
Lonsdale Quay Plaza  408 145 Chadwick Court
North Vancouver,  BC  V7M 3K1  Canada
Fax : ; Email: poyner.baxter@telus.net
        Counsel for : Always Travel, Inc.
        Highbourne Enterprises, Inc.
        Canadian Standard Travel Agent Registry

**Rachel Pusey**
Dolan Law Firm
333 Pine Street  4th Floor
San Francisco, CA  94104
Fax: 4154212830; Email: rrchel@cbslaw.com
        Counsel for : Kenneth Scott Justet

**Narayan Raj**
Delaware Bay Company, Inc.
880 Fifth Avenue  22nd Floor
New York, NY  10019
Fax: (212) 204-6583; Email: narayan@delbay.com
        Counsel for : Delaware Bay Company, Inc.

**Paul L. Ratelle**
Fabyanske, Westra & Hart
920 Second Avenue South  Suite 1100
Minneapolis, MN  55402
Fax: (612) 338-3857; Email: pratelle@fwhlaw.com
        Counsel for : Bruner Business Finance Corporation

**Craig E. Reimer**
Mayer Brown Rowe & Maw LLP
190 South LaSalle
Chicago, IL  60603
Fax: 3127017711; Email: creimer@mayerbrownrowe.com
        Counsel for : Glenn F. Tilton

**Paul H. Repp**
Verizon Capital Corp.
249 Park Avenue  40th Floor
New York, NY  10167
Fax: (212) 557-4571; Email: paul.h.repp@verizon.com
        Counsel for : Verizon Capital Corporation

**Peter J. Roberts**
D'Ancona & Pflaum
111 E. Wacker Dr., Suite 2800
Chicago, IL  60601
Fax: (312) 602-3000; Email: proberts@dancona.com
        Counsel for : Ad Hoc Committee of Noteholders

**William J. Rochelle, III**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY  10103
Fax: (212) 318-3400; Email: wrochelle@fulbright.com
        Counsel for : BNY Capital Resources Corp.
        BNY Capital Funding LLC
        certain affiliates of ORIX Corp.
        certain affiliates of Fuyo General Lease Co.

**Robert J. Rosenberg**
Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY  10122-4802
Fax: (212) 751 4864; Email: robert.rosenberg@lw.com
        Counsel for : AOL Time Warner, Inc.

**Matthew F. Prewitt**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL  60601
Fax: 3124588435; Email: prewittm@gtlaw.com
        Counsel for : City of Chicago

**Shabana N. Qaiser**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Fax: 2126971559; Email: sqaiser@cm-p.com
        Counsel for : Air Transportation Stabilization Board

**Ivan A. Ramos, Assistant Corporation Counsel**
City of Hartford
Office of the Corporation Counsel  550 Main Street
Hartford, CT  06103
Fax : ; Email: kkaufman@ci.hartford.ct.us
        Counsel for : City of Hartford, Connecticut

**Dennis Raterink**
Department of Attorney General
Workers' Compensation Division  P.O. Box 30217
Lansing, MI  48909
Fax: (517) 335-4879; Email: raterinkd@michigan.gov
        Counsel for : State of Mich., Self-Insurers' Sec.Fund
        State of Mich., Funds Administration

**Sheree Reinbach, Esq.**
Arent Fox Kintner Plotkin & Kahn, PLLC
1675 Broadway 25th Floor
New York, NY  10019
Fax: (212) 484-3990; Email: dubrowsk@arentfox.com
        Counsel for : Suntrust Bank
        Vanguard Municipal Bond Funds

**Christopher L. Rexroat**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405; Email: clrexroat@uhlaw.com
        Counsel for : Healthcare Service Corp.
        City & County of San Francisco
        Denver International Airport

**Terri A. Roberts, Deputy County Attorney**
Pima County, Arizona
32 N. Stone  Suite 2100
Tucson, AZ  85701
Fax: 5206936544; Email:
        Counsel for : Pima County, Arizona

**Martha E. Romero**
Romero Law Firm
7743 South Painter Avenue  Suite F
Whittier, CA  90602
Fax: 5629015820; Email: romerm@dslextreme.com
        Counsel for : County of San Bernardino

**Risa M. Rosenberg**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: (212) 822-5148; Email: rrosenberg@milbank.com
        Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.
        Diamond Lease (USA), Inc.
        Export Development Canada
        Hamburg Landesbank Girozentrale, Hypovereinsbank
        Luxembourg Societe Anonyme, et al.

**Daniel B. Prieto**
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL  60601
Fax: (312) 782-8585; Email: jdprieto@jonesday.com
        Counsel for : National Processing Company LLC
        National City Bank of Kentucky

**Dennis E. Quaid, Esq.**
Fagelhaber LLC
55 E. Monroe  40th Fl.
Chicago, IL  60603
Fax: (312) 782-1828; Email: dquaid@fagelhaber.com
        Counsel for : Alfine Reporting Corp.
        San Diego County Regional Airport Authority

**Tonya Ramsey**
Vinson & Elkins LLP
2001 Ross Avenue
Dallas, TX  75201
Fax: (214) 220-7716; Email: tramsey@velaw.com
        Counsel for : Dallas/Ft. Worth Int'l. Airport Board

**Carrie Marie Raver**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ; Email: craver@mayerbrownrowe.com
        Counsel for : UAL Loyalty Services, Inc.

**Steven J. Reisman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Fax: (212) 697-1559; Email: sreisman@cm-p.com
        Counsel for : Air Transportation Stabilization Board

**Robert E. Richards**
Sonnenschein, Nath & Rosenthal LLP
Suite 8000 Sears Tower  233 South Wacker Dr.
Chicago, IL  60606
Fax: (312) 876-7934; Email: rer@sonnenschein.com
        Counsel for : Creditors Committee

**David  Roberts, Executive Director**
Indianapolis Airport Authority
2500 South High School Road  Box 100
Indianapolis, IN  46241
Fax: (317) 487-5034; Email: droberts@iaa.com
        Counsel for : Indianapolis Airport Authority

**Jack J. Rose**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Fax: (212) 354-8113; Email: jrose@whitecase.com
        Counsel for : Aircraft Finance Parties
        Societe General
        UFJ Bank Limited, Chicago Branch
        Unitax Aircraft Interior Systems, Inc.

**Andrew S. Rosenman**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ; Email: arosenman@mayerbrownrowe.com
        Counsel for : UAL Loyalty Services, Inc.

**David A. Rosenzweig, Esq.**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103
Fax: (212) 318-3400; Email: drosenzweig@fulbright.com
   *Counsel for : BNY Capital Resources Corp.*
   *BNY Capital Funding LLC*
   *ORIX*
   *Fuyo General Lease Company*

**David E. Runck**
Oppenheimer Wolff & Donnelly LLP
Plaza VII Suite 3300  45 South Seventh Street
Minneapolis, MN 55402
Fax: #126077100;  Email: drunck@oppenheimer.com
   *Counsel for : Navitaire, Inc.*

**Peter D. Rutherford**
Verizon Capital Corp
245 Park Avenue  40th Floor
New York, NY 10167
Fax: (212) 557-4672,  Email: peter.d.rutherford@verizon.com
   *Counsel for : Verizon Capital Corporation*

**Timothy J. Sandell**
US Bank National Association
180 E. 5th Street  4th Floor  Mail Station  EP-MN-T4CT
St Paul, MN 55101
Fax: (651) 244-5047;  Email: timothy.sandell@usbank.com
   *Counsel for : US Bank National Association*

**Andrew O. Schiff, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA  19102
Fax: (215) 568-6603;  Email: aschiff@klehr.com
   *Counsel for : Philadelphia Department of Commerce*

**Peter J. Schmidt**
Ronks Pitte
10 South Wacker Drive  Suite 2300
Chicago, IL  60606
Fax: 8600ri0d30;  Email:
   *Counsel for : John D. Stewart*
   *John H. Fullmar*
   *Leyton S. Han*
   *Craig S. Stevens*

**Jeffrey M. Schwartz**
Gardner, Carton & Douglas
321 North Clark St . Suite 3400
Chicago, Il  60610
Fax: (312) 644-3381;  Email: jschwartz@gcd.com
   *Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.*
   *Ormond Lease (USA), Inc.*
   *Export Development Canada*
   *Hamburg Landesbank Girozentrale, Hypovereinsbank*
   *Luxemberg Societe Anonyme, et al.*

**Stephen Searl**
Sidley, Austin, Brown & Wood LLP
787 Seventh Avenue
New York, NY  10019
Fax: (212) 839-5599;  Email:
   *Counsel for : Boeing Company*
   *Boeing Capital Corp and their affiliates*

**Robert A. Seltzer**
Cornfield & Feldman
25 E. Washington St.  Suite 1400
Chicago, Il  60602
Fax: (312) 236-6686;  Email: rseltzer@cornfieldandfeldman.com
   *Counsel for : Association of Flight Attendants*

**Ryan Routh**
Jones, Day, Reavis & Pogue
North Point  901 Lakeside Avenue
Cleveland, OH  44114
Fax: (216) 579-0212,  Email: rrouth@jonesday.com
   *Counsel for : National Processing Company LLC*
   *National City Bank of Kentucky*

**Michael C. Rupe**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 527-0484;  Email: mrupe@jenner.com
   *Counsel for : General Electric Capital Corporation*
   *General Electric affiliates*

**Dennis M. Ryan**
Faegre & Benson LLP
2200 Wells Fargo Center
Minneapolis, MN  55402-3901
Fax: (612) 766-1600;  Email: dryan@faegre.com
   *Counsel for : Frontier Airlines, Inc.*

**Robert G. Sanker**
Keating, Muething & Klekamp, PLL
1400 Provident Tower  One East Fourth Street
Cincinnati, OH  45202
Fax: 6135786457;  Email: rsanker@kmklaw.com
   *Counsel for : SMS Acquisition, Inc.*

**Kimberly Schmidt**
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303
Fax: 4045725149,  Email: kschmidt@kslaw.com
   *Counsel for : Pitney Bowes Credit Corporation*

**S. Robert Schrager**
Boudy & Schloss LLP
60 East 42nd Street
New York, NY  10165
Fax: (212) 972-1677;  Email: rschrager@bschloss.com
   *Counsel for : Chromalloy Gas Turbine Corporation*

**Michael A. Scodro**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ;  Email: mscodro@mayerbrownrowe.com
   *Counsel for : UAL Loyalty Services, Inc*

**Jay A. Selcov, Esq.**
The Port Authority of NY & NJ
Office of Milton H. Pachter  Law Department  225 Park Ave. South, 13th F
New York, NY  10003
Fax: (212) 435-3684;  Email: jselcov@panynj.gov
   *Counsel for : Port Authority of NY & NJ*

**Scott A. Shail**
Hogan & Hartson, LLP
Columbia Square  555 Thirteenth Street, N.W
Washington, DC  70004 1109
Fax: (202) 637-5910;  Email:
   *Counsel for : Eagle County Air Terminal Corporation*

**Sharon L. Royer, UC Tax Agent/Bankruptcy Represe**
Commonwealth of Pennsylvania DOLI
Harrisburg Bankruptcy & Compliance  1171 S Cameron St.  Rm 312
Harrisburg, PA  17104-2513
Fax: 7177720673;  Email: shoeryr@state.pa.us
   *Counsel for : Bureau of Employer Tax Operations (BETO)*
   *Department of Labor and Industry*
   *Commonwealth of Pennsylvania*

**Allyson B. Russo**
Vedder Price Kaufman & Kammholz
222 North LaSalle Street  Suite 2600
Chicago, IL  60601-1003
Fax: 3120005000;  Email: arusso@vedderprice.com
   *Counsel for : UAL Corp.*

**Thomas J. Salerno**
Squire, Sandoss & Dempsey LLP
Two Renaissance Square  40 North Central Avenue  Suite 2700
Phoenix, AZ  85004-4408
Fax: ,  Email: tsalerno@ssd.com
   *Counsel for : Sky Mall*

**Robert H. Scheibe**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY  10178
Fax: (212) 309-6001;  Email: rscheibe@morganlewis.com
   *Counsel for : JP Morgan Chase Bank*
   *Citibank USA, Inc.*
   *Citicorp USA, Inc.*

**Kelly Schmidt**
Hamilton-Sundstrand
4747 Harrison Avenue  Mail Stop 214-6
Rockford, IL  61108
Fax: 8152609000;  Email: kelly.schmidt@hs.utc.com
   *Counsel for : Hamilton-Sundstrand*

**Charles P. Schulman**
Sachnoff & Weaver, Ltd.
30 Wacker Drive  29th Floor
Chicago, IL  60606
Fax: (312) 207-6400;  Email: cschulman@sachnoff.com
   *Counsel for : AT&T*

**Sean T. Scott, Esq.**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle St.
Chicago, IL  60603
Fax: (312) 701-7711:  Email: stscott@mayerbrownrowe.com
   *Counsel for : ABN-AMRO Bank, NV*

**David R. Seligman**
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL  60001
Fax: (312) 861-2200;  Email: david_seligman@kirkland.com
   *Counsel for : UAL Corporation*

**Michael Shannon, Case Manager**
The Travelers Insurance Company
One Tower Square
Hartford, CT  06183
Fax: (800) 772-2158,  Email: mshannon@travelers.com
   *Counsel for : Travelers Indemnity Company*
   *Aetna Casualty and Surety Company*

**Keith J. Shapiro**
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 2400
Chicago, IL 60601
Fax: (312) 456-8435; Email: shapirok@gtlaw.com
*Counsel for : City of Chicago*

**Leslie Shigaki**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
Fax: 2126816600; Email: lshigaki@pillsburywinthrop.com
*Counsel for : Verwaltungsgesellschaft MBH & Co. et al.*
*Otto Lilienthal*
*PRG Capital Partners LLC*
*Mitsui & Co. (USA), Inc.*
*Cooperatieve Centrale Raiffeisen-Boerenleenbank*

**Carren Shulman**
Heller Ehrman White & McAuliffe
120 West 45th Street
New York, NY 10036-4041
Fax: ; Email: cshulman@hewm.com
*Counsel for : Goodrich Corporation*

**Thomas P. Silber**
Miami-Dade County Attorney's Office
Assistant County Attorney's Office P.O. Box 592075 AMF
Miami, FL 33159
Fax: 3058767294; Email: tpsilber@miami-airport.com
*Counsel for : Miami-Dade County, Florida*

**Jack A. Simms, Esq.**
Baker & McKenzie
One Prudential Plaza 130 E. Randolph St.
Chicago, IL 60601
Fax: (312) 861-2988; Email: jack.a.simms@bakernet.com
*Counsel for : Driessen Services, Inc.*

**Will S. Skinner**
Condon & Forsyth LLP
1901 Avenue of the Stars Suite 1050
Los Angeles, CA 90067-4406
Fax: 3105571299; Email: wskinner@cfla.com
*Counsel for : Air New Zealand, Ltd.*

**Gerald K. Smith**
Lewis and Roca LLP
40 North Central Avenue
Phoenix, AZ 85004-4429
Fax: (602) 734-3884; Email: gsmith@lrlaw.com
*Counsel for : Alaska Airlines, Inc.*

**Tracy Smith**
Atlantic Coast Airlines
45200 Business Ct.
Dulles, VA 20166-9102
Fax: (703) 650-6290; Email: tracy_smith@acaicorp.com
*Counsel for : Atlantic Coast Airlines*

**Youssef Sneifer**
Davis Wright Tremaine LLP
2600 Century Square 1501 Fourth Avenue
Seattle, WA 98101-1688
Fax: (206) 628-7699; Email: youssefsneifer@dwt.com
*Counsel for : Microsoft Corporation*
*MSU, GP*

**Christopher T. Sheean**
Kelley, Drye & Warren, LLP
333 West Wacker Drive
Chicago, IL 60606
Fax: (312) 857-7095; Email: csheean@kelleydrye.com
*Counsel for : Pension Benefit Guaranty Corporation*

**Mark Shinderman**
Munger, Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
Fax: (213) 683-4010; Email: shindermanm@mto.com
*Counsel for : Mission Funding Epsilon*

**Maricela Siewczynski**
Cowles & Thompson, P.C.
901 Main Street Suite 4000
Dallas, TX 75202-3793
Fax: (214) 672-2390; Email: msmoore@cowlesthompson.com
*Counsel for : Sabre Inc.*
*Travelocity Com, L.P.*
*GetThere L.P.*

**Mayor Silber**
SB/SE Counsel, IRS
200 W. Adams St. Suite 2300
Chicago, IL 60606-5208
Fax: (312) 886-9244; Email: mayor.y.silber@irscounsel.treas.gov
*Counsel for : Internal Revenue Service*

**Bruce H. Simon**
Cohen, Weiss and Simon LLP
330 West 42nd Street 25th Floor
New York, NY 10036-6976
Fax: (646) 473-8721; Email: bsimon@cwsny.com
*Counsel for : ALPA*

**Gigi G. Skipper, General Counsel, Legal Affairs De**
Hillsborough County Aviation Authority
Tampa International Airport P.O. Box 22287
Tampa, FL 33622
Fax: 8138707868; Email: gskipper@tampaairport.com
*Counsel for : Hillsborough County Aviation Auth of Tampa, FL*

**Thomas C. Smith**
Ice Miller
135 S. LaSalle St. Suite 4100
Chicago, IL 60603
Fax: (312) 641-0243; Email: tom.smith@icemiller.com
*Counsel for : Indianapolis Airport Authority*
*Citizens Gas & Coke Utility*

**William P. Smith**
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
Fax: (312) 984-7700; Email: wsmith@mwe.com
*Counsel for : Bank of New York*

**Lawrence K. Snider, Esq.**
Mayer Brown Rowe & Maw LLP
190 S. La Salle St.
Chicago, IL 60603-3441
Fax: (312) 701-7711; Email: lsnider@mayorbrownrowe.com
*Counsel for : Philip Morris Capital Corp.*
*General Foods Credit Investors No. 3 Corp.*

**Beverly H. Shideler**
IBM Corporation
2707 Butterfield Road
Oakbrook, IL 60523
Fax: (800) 988-4581; Email: hhshide@us.ibm.com
*Counsel for : IBM Corporation*

**J. Christopher Shore**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Fax: 2123548113; Email: cshore@whitecase.com
*Counsel for : Societe General*

**Mike Sigal, Jr.**
Simpson, Thatcher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954
Fax: (212) 455-2502; Email: msigal@stblaw.com
*Counsel for : Airbus North America Holdings, Inc.*

**Adam P. Silverman**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 West Jackson Blvd, Suite 1050
Chicago, IL 60604
Fax: 3124351050; Email: aps@agmbc.com
*Counsel for : Mitsui & Co. Ltd., Sumitomo Corp*
*Verwaltungsgesellschaft MBH & Co. et al.*
*Mitsui & Co. International (Europe)*
*Marubeni America Corporation; UG1 Kuniai*
*Wells Fargo Bank Northwest, NA*

**Paul S. Singerman**
Berger Singerman, P.A
200 S. Biscayne Blvd. Suite 1000
Miami, FL 33131
Fax: (305) 714-4340; Email: singerman@bergersingerman.com
*Counsel for : Timco Aviation Services, Inc.*

**Carol A. Slocum, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA 19102
Fax: (856) 480-4976; Email: cslocum@klehr.com
*Counsel for : Philadelphia Department of Commerce*

**Michael W. Smith**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2767
Fax: (212) 354-8113; Email: mismith@whitecase.com
*Counsel for : IAE International Aero Engines AG*

**Elizabeth Page Smith**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019-5389
Fax: (212) 424-8500; Email: esmith@llgm.com
*Counsel for : Wachovia Bank, N.A.*
*Mela First Union National Bank*

**Elizabeth Sobek**
Fichl & Colen
Three First National Plaza 70 West Madison, Suite 1500
Chicago, IL 60602-4205
Fax: (312) 263-0989; Email: esmobek@fishlgolten.com
*Counsel for : UAL ESOP*

**Steven C. Solazzo**
Carpenter, Bennett & Morrissey
3 Gateway Center
Newark, NJ 07102
Fax: 9736225314;  Email: ssolazzo@carpben.com
  Counsel for : New Jersey Self-Insurers Guaranty Assn

**Beth Solomon, Esq.**
Discover Financial Services, Inc
2500 Lake Cook Rd.
Riverwood, IL  60015
Fax: (847) 405-4977;  Email: bethsolomon@discoverfinancial.com
  Counsel for : Discover Financial Services

**Alan P. Solow**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St.  Suite 3700
Chicago, IL  60603
Fax: (312) 332-2196;  Email: alan.solow@goldbergkohn.com
  Counsel for : State Street Bank & Trust Co.
  State Street Bank & Trust Co. of Connecticut

**Sheldon L. Solow**
Kaye Scholer, LLP
Three First National Plaza  70 W. Madison St.  Suite 4100
Chicago, IL  60602
Fax: (312) 583-2360;  Email: ssolow@kayescholer.com
  Counsel for : JP Morgan Chase Bank
  Citicorp USA, Inc.

**Michael B. Solow**
Kaye Scholer, LLP
3 First National Plaza, Suite 4100  70 West Madison Street
Chicago, IL  60602
Fax: (312) 583-2360;  Email: msolow@kayescholer.com
  Counsel for : JP Morgan Chase Bank
  Citicorp USA, Inc.

**Randye B. Soref**
Buchalter, Nemer, Fields & Younger
601 S. Figueroa St.  Suite 2400
Los Angeles, CA  90017
Fax: 2136960406;  Email: rsoref@buchalter.com
  Counsel for : Cathay Bank
  General Bank

**James Splotto**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: (312) 701-2361;  Email: splotto@chapman.com
  Counsel for : Wells Fargo
  Pacific Investment Management Co
  Reams Asset Management Co. LLC
  Metropolitan Washington Airport Authority

**James H. Sprayregen, Esq.**
Kirkland & Ellis
200 E. Randolph Drive  Suite 6300
Chicago, IL  60601
Fax: (312) 861-2200;  Email: james_sprayregen@chicago.kirkland.com
  Counsel for : UAL Corporation

**Nicolas P. Stable**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10011
Fax: 2123548113;  Email: nstable@whitecase.com
  Counsel for : Societe General

**Anthony G. Stamato, Esq.**
Baker & McKenzie
One Prudential Plaza  130 E. Randolph Street
Chicago, IL  60601
Fax: (312) 861-2996;  Email: anthony.g.stamato@bakernet.com
  Counsel for : Driessen Services, Inc.

**Karen J. Stapleton**
County of Loudoun, Virginia
One Harrison Street, S.E., 5th floor
Leesburg, VA  20175
Fax: (703) 771-5025;  Email: kstaplet@loudoun.gov
  Counsel for : County of Loudoun, Virginia

**Stephen C. Stapleton**
Cowles & Thompson, P.C.
901 Main Street
901 Main Street  Suite 4000
Dallas, TX  75202-3793
Fax: (214) 672-2390;  Email: sstapleton@cowlesthompson.com
  Counsel for : Sabre Inc.
  Travelocity.Com, I P.
  GetThere L.P.

**Catherine Steege**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 840-7352;  Email: csteege@jenner.com
  Counsel for : AT&T Credit Holdings, Inc., et al
  Credit Lyonnais, et al
  UFJ Bank Limited, et al.
  West LB AG; KBC Bank NB
  JL Marmi Lease Co., Ltd., et al.

**Michael R. Stewart**
Faegre & Benson LLP
2200 Wells Fargo Center  90 S. Seventh St
Minneapolis, MN  55402-3901
Fax: (612) 766-1600;  Email: mstewart@faegre.com
  Counsel for : US Bancorp Equipment Finance, Inc.

**Randolph J. Stierer**
Fifth Third Bank
38 Fountain Square Plaza  MD10AT80
Cincinnati, OH  45263
Fax: (513) 534-6785;  Email: randy.stierer@53.com
  Counsel for : Indianapolis Airport Authority

**Dirk Stock**
Transamerica Aviation LLC
5080 Spectrum Drive  Suite 1100 West
Addison, TX  75001
Fax :  Email: dirk.stock@transamerica.com
  Counsel for : Transamerica Aviation LLC

**Merrill Stone**
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY  10178
Fax: (212) 808-7897;  Email: MStone@KelleyDrye.com
  Counsel for : Pension Benefit Guaranty Corporation

**H. Rey Stroube, III**
Akin Gump Strauss Hauer & Feld LLP
711 Louisiana  Room 1900
Houston, TX  77002
Fax: (713) 236-0822;  Email: rstroube@akingump.com
  Counsel for :
  Ad Hoc Committee of ETC and EETC Holders

**Daphnee Surpris**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas  24th floor
New York, NY  10020
Fax: (212) 768-6800;  Email: dsurpris@sonnenschein.com
  Counsel for : Official Committee of Unsecured Creditors

**Cynthia Surrisi**
Piper Rudnick
1380 Corporate Center Curve  Suite 325
Eagan, MN  55121-1200
Fax: (612) 454-0600;  Email: cynthia.surrisi@piperrudnick.com
  Counsel for :

**Ronald R. Sussman**
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY  10036
Fax: (212) 479-6275;  Email: rsussman@kronishlieb.com
  Counsel for : UAL ESOP

**Andrew W. Swain, Assistant Attorney General**
Colorado Attorney General's Office
Colorado Dept. of Local Affairs  1525 Sherman Street, 5th floor
Denver, CO  80203-1760
Fax: (303) 866-5671;  Email: andrew.swain@state.co.us
  Counsel for : Colorado Department of Local Affairs,
  Property Tax Division

**Sidney K. Swinson**
Gable & Gotwals
1100 ONEOK Plaza  100 W. Fifth Street
Tulsa, OK  74103-4217
Fax: 0185954990,  Email: sswinson@gablelaw.com
  Counsel for : Explorer Pipeline Company

**Gregg E. Szilagyi**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405;  Email: geszilagyi@uhlaw.com
  Counsel for : Denver International Airport
  City & County of San Francisco
  Healthcare Service Corp.

**Samuel J. Teele**
Lowenstein Sandler, PC
6h Livingston Avenue
Roseland, NJ  07068
Fax: (973) 597 2347;  Email: steele@lowenstein.com
  Counsel for : IAM