## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UAL CORPORATION, et al., | ) | Joint Case No. 02 B 48191 |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | Honorable Eugene R. Wedoff |
| OURHOUSE, INC., | ) | |
| | ) | Hearing Date: May 21, 2004 |
| | ) | Hearing Time: 9:30 a.m. |
| Plaintiff, | ) | Objection Deadline: May 14, 2004 |
| | ) | |
| v. | ) | |
| | ) | |
| UAL CORPORATION, AIR WIS | ) | Adversary No. 04 A 02086 |
| SERVICES, INC., AIR WISCONSIN, | ) | |
| INC., BIZJET CHARTER, INC., BIZJET | ) | |
| FRACTIONAL, INC., BIZJET | ) | |
| SERVICES, INC., CONFETTI, INC., | ) | |
| CYBERGOLD, INC., DOMICILE | ) | |
| MANAGEMENT SERVICES, INC., FOUR | ) | |
| STAR LEASING, INC., ITARGET.COM, | ) | |
| INC., KION LEASING, INC., MILEAGE | ) | |
| PLUS HOLDINGS, INC., MILEAGE | ) | |
| PLUS MARKETING, INC., MILEAGE | ) | |
| PLUS, INC., MYPOINTS OFFLINE | ) | |
| SERVICES, INC., MYPOINTS.COM, | ) | |
| INC., PREMIER MEETING AND | ) | |
| TRAVEL SERVICES, INC., UAL | ) | |
| BENEFITS MANAGEMENT, INC., UAL | ) | |
| COMPANY SERVICES, INC., UAL | ) | |
| LOYALTY SERVICES, INC., UNITED | ) | |
| AIR LINES, INC., UNITED AVIATION | ) | |
| FUELS CORPORATION, UNITED | ) | |
| BIZJET HOLDINGS, INC., UNITED | ) | |
| COGEN, INC., UNITED GHS INC., | ) | |
| UNITED VACATIONS, INC., UNITED | ) | |
| WORLDWIDE CORPORATION, | ) | |
| FREDERIC F. BRACE, DOUGLAS A. | ) | |
| HACKER, FRANCESCA M. MAHER, | ) | |
| RICHARD J. POULTON, SCOTT M. | ) | |
| PRAVEN, STEVEN M. RASHER, | ) | |
| ROBERT B. SAHADEVAN, and the | | |
| OFFICIAL COMMITTEE OF | | |
| UNSECURED CREDITORS OF UAL | | |
| CORPORATION and each of its jointly- | | |
| administered debtors, | | |

Defendants.

## NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 21st day of May, 2003, at 9:30 a.m., Debtors shall appear before the Honorable Bankruptcy Judge Eugene R. Wedoff in Room 744 at the United Bankruptcy Court for the Northern District of Illinois, Eastern Division at the 219 S. Dearborn St., Chicago, Illinois, 60604, and present the attached **Debtors' Motion to Dismiss Counts IV and V,** a copy of which is attached hereto and herewith served upon you.


Dated:    May 7, 2004

**UAL CORPORATION et al.**


By: _____

James H.M. Sprayregen, P.C. (ARDC No. 6190206)
David R. Seligman (ARDC No. 6238064)
Marc Kieselstein (ARDC No. 6199255)
Micah E. Marcus, Esq. (ARDC No. 6257569)
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)

Counsel for the Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UAL CORPORATION, et al., | ) | Joint Case No. 02 B 48191 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| OURHOUSE, INC., | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Adversary No. 04 A 2086 |
| UAL CORPORATION, AIR WIS SERVICES, | ) | |
| INC., AIR WISCONSIN, INC., BIZJET | ) | |
| CHARTER, INC., BIZJET FRACTIONAL, INC., | ) | |
| BIZJET SERVICES, INC., CONFETTI, INC., | ) | |
| CYBERGOLD, INC., DOMICILE | ) | |
| MANAGEMENT SERVICES, INC., FOUR STAR | ) | |
| LEASING, INC., ITARGET.COM, INC., KION | ) | |
| LEASING, INC., MILEAGE PLUS HOLDINGS, | ) | |
| INC., MILEAGE PLUS MARKETING, INC., | ) | |
| MILEAGE PLUS, INC., MYPOINTS OFFLINE | ) | |
| SERVICES, INC., MYPOINTS.COM, INC., | ) | |
| PREMIER MEETING AND TRAVEL | ) | |
| SERVICES, INC., UAL BENEFITS | ) | |
| MANAGEMENT, INC., UAL COMPANY | ) | |
| SERVICES, INC., UAL LOYALTY SERVICES, | ) | |
| INC., UNITED AIR LINES, INC., UNITED | ) | |
| AVIATION FUELS CORPORATION, UNITED | ) | |
| BIZJET HOLDINGS, INC., UNITED COGEN, | ) | |
| INC., UNITED GHS INC., UNITED | ) | |
| VACATIONS, INC., UNITED WORLDWIDE | ) | |
| CORPORATION, FREDERIC F. BRACE, | ) | |
| DOUGLAS A. HACKER, FRANCESCA M. | ) | |
| MAHER, RICHARD J. POULTON, SCOTT M. | ) | |
| PRAVEN, STEVEN M. RASHER, ROBERT B. | ) | |
| SAHADEVAN, and the OFFICIAL COMMITTEE | ) | |
| OF UNSECURED CREDITORS OF UAL | ) | |
| CORPORATION and each of its jointly- | ) | |
| administered debtors, | ) | |
| | ) | |
| Defendants. | ) | |

## DEBTORS' MOTION TO DISMISS COUNTS IV AND V

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

hereby move the Court (the "Motion") to dismiss Counts IV and V of the above captioned

adversary complaint for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1) as

incorporated by Federal Rule of Bankruptcy Procedure 7012.  In support of the Motion, the

Debtors state as follows.

### Introduction

1.     The actions contained in Counts IV and V of OurHouse's adversary complaint

captioned *OurHouse v. UAL, Inc. et al.*, Adversary No. 04 A 02086, are unquestionably property

of the Debtors' estates.  Consequently, pursuant to controlling 7th Circuit authority *Fogel v. Zell*,

221 F.3d 955, 966 (7th Cir. 2000), OurHouse lacks standing to pursue such actions without prior

relief from the Court upon a showing that the Debtors shirked their fiduciary responsibilities in

failing to pursue "colorable" claims alleged in Counts IV and V.  *Id.*  As OurHouse has not

obtained such relief from the Court, OurHouse lacks standing to bring the derivative actions

alleged in Counts IV and V of its adversary complaint, and Counts IV and V should, therefore,

be dismissed.

### Jurisdiction

2.     This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334.

This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

3.     Venue of this proceeding and the Motion is proper in this District pursuant to 28

U.S.C. §§ 1408 and 1409.

4.     The bases for the relief requested herein are Section 541(a)(1) of Title 11 of the

United States Code as amended from time to time (the "Bankruptcy Code") and Federal Rule of

2

Civil Procedure 12(b)(1) as incorporated by Rule 7102 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules").

## Background

5.      On December 9, 2002 (the "Petition Date"), the Debtors filed voluntary petitions

for relief under the Bankruptcy Code and commenced the above-captioned Chapter 11 cases (the

"Chapter 11 Cases").    The Debtors continue to operate their businesses and manage their

properties as debtors and debtors in possession pursuant to Sections 1107(a) and 1108 of the

Bankruptcy Code.    On December 13, 2002, the United States Trustee appointed an official

committee of unsecured creditors (the "Creditors' Committee").

6.      On or about, April 15, 2004, OurHouse filed an adversary complaint against,

among others, the Debtors and certain current and former officers and directors (the

D&O's) of UAL Loyalty Services, Inc. ("ULS"), Case No. 04 A 02086 (the "OurHouse

Adversary").   Counts IV and V of the OurHouse Adversary seek recovery against the Debtors

and the above-named officers and directors for alleged "illegal dividends" under, purportedly,

both bankruptcy and non-bankruptcy law.   *See* Complaint ¶¶ 97 and 98.

## Argument

A.      **Counts IV and V of the OurHouse Adversary are Property of the Debtors'
         Estates.**

     (1)      **Claims for unlawful dividends are derivative actions under
             Delaware law, and therefore, property of the Debtors' estates.**

7.      Counts IV and V, which are claims for recovery of illegal dividends, are

derivative actions under Delaware law. *Kramer v. Western Pacific Industries, Inc.* 546 A.2d

348, 353 (Del. S. Ct. 1988) (holding that excessive payment from corporate funds constitutes

derivative action); *see also In re Rexene Corporation Shareholders Litigation*, 1991 WL 77529

*3 (Del. Ch.) (holding that "claims of waste, self-dealing and improper payment of excessive

3

dividends have been held to be derivative and not individual"); *Hall v. Sunshine Mining Company (In re Sunshine Precious Metals, Inc.)*, 157 B.R. 159, 163 (Bankr. D. Idaho 1993) (holding that the language of the Delaware statute providing a remedy for illegal dividends "demonstrates on its face that the injury to creditors is derivative.")

8.      The commencement of a bankruptcy case creates an estate for the benefit of creditors which encompasses "all legal or equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. § 541(a)(1). The bankruptcy estate includes all legal claims owned by a corporate debtor, including derivative actions. *Fogel*, 221 F.3d at 966; *see also Matter of Consolidated Bancshares*, 785 F.2d 1249, 1253-54 (5th Cir. 1986); *West v. H&R Block Tax Services, Inc.*, No. 03 C 4289, 2003 WL 22995158 *2 (N.D. Ill. Dec. 15, 2003) (Kocoras, Chief J.), holding that when a debtor files for bankruptcy:

> virtually all property of the debtor at that time becomes property of the bankruptcy estate. *In re Yonikus*, 996 F.2d 866, 869 (7th Cir. 1993). Section 541 of the Bankruptcy Code creates a bankruptcy estate comprised of all legal or equitable interests of the debtor in property as of the commencement of the case. 11 U.S.C. § 541(a)(1).    What constitutes an "interest" of the debtor is interpreted extremely broadly as "every conceivable interest of the debtor, future, nonpossessory, contingent, speculative, and derivative, is within the reach of [11 U.S.C. § 541(a)(1).]" *Yonikus* at 869. Among the vast range of potential property belonging to a debtor, 11 U.S.C. § 541(a)(1) has uniformly been interpreted to include causes of action. *In re Polis*, 217 F.3d 899, 901 (7th Cir. 2001).

Id.

9.      Therefore, as derivative actions, Counts IV and V are property of the Debtors' estates.

4

### (2)   Avoidance and recovery actions under the Bankruptcy Code
### are property of the Debtors' estates

10.     Although OurHouse alleges that it may pursue recovery actions under the Bankruptcy Code, it makes no reference as to what provision allows it such authority. *See* OurHouse Adversary ¶ 97.   In any event, this argument is equally unavailing for standing purposes.  That is, to the extent OurHouse bases Count IV on Sections 542, 543, 544, 547 or 548 of the Bankruptcy Code, the Debtors are the sole party with the authority to pursue such avoidance and/or recovery actions. *See In re Xonics Photochemical, Inc.*, 841 F.2d 198, 202-03 (7th Cir. 1988) (stating that actions under Sections 544(b) and 548(a) belong to the trustee or debtor in possession); *Koch Refining v. Farmers Union Central Exchange, Inc.*, 831 F.2d 1339, 1342-43 (7th Cir. 1987) ("The trustee's single effort [to pursue avoidance actions] eliminates the many wasteful and competitive suits of individual creditors"); *Dana Molded Products, Inc. v. Brodner*, 58 B.R. 576, 578 (N.D. Ill. 1986) (holding that a creditor's standing to pursue fraudulent conveyances and similar derivative claims passes solely to the trustee/debtor in possession in event of bankruptcy); *In re Allard*, 198 B.R. 715, 719 (Bankr. N.D. Ill. 1996) ("Generally, individual creditors are not empowered to use the trustee's avoiding powers either for their own benefit or for the benefit of the estate, not even to attack transfers the creditors could have avoided under state law because of harm to them personally"); *see also West*, 2003 WL 22995158 at *2 (holding creditor did not have standing to pursue action belonging to the debtor's estate).

11.     In sum, regardless of whether OurHouse is pursuing Counts IV and V under state or bankruptcy law, it is black letter law that Counts IV and V, seeking to recover alleged illegal dividends, are property of the estate.

**B.      Counts IV and V should be dismissed because OurHouse lacks standing to bring the claims alleged in Counts IV and V.**

12.      As Counts IV and V are solely the property of the Debtors, OurHouse lacks standing to pursue such judgments, and therefore, Counts IV and V should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1). *See Fogel*, 221 F.3d at 966; *Perry v. Village of Arlington Heights*, 186 F.3d 826, 829 (7th Cir. 1999) (holding upon challenge of standing pursuant to (12)(b)(1), motion will be granted unless non-moving party can establish facts supporting standing with "competent proof"); *In re American Federation of Gov. Employees Local 2119 v. Cohen*, 171 F.3d 460 (holding 12(b)(1) is appropriate vehicle for dismissal of complaint for lack of standing); *Xonics Photochemical*, 841 F.2d at 202-03 (holding debtor/trustee is sole party with standing to pursue actions on behalf of debtor); *Koch Refining,* 831 F.2d at 1342-43 (same); *Dana Molded Products*, 58 B.R. at 578 (same); *In re Allard*, 198 B.R. at 719 (same); *see also Solow v. Stone*, 994 F.Supp. 173, 180 (S.D.N.Y. 1998) (dismissing derivative action filed by "sole non-insider significant creditor" for of lack of standing pursuant to 12(b)(1)).

13.      Whether standing exists is paramount inquiry into a court's subject matter jurisdiction over a case, as it is "the threshold question in every federal case, determining the power of the court to entertain the suit." *Warth v. Seldin*, 422 U.S. 490, 498, 95 S.Ct. 2197, 45 L.Ed.2d 343 (1975). "In its constitutional dimension, standing imports justiciability: whether the plaintiff has made out a case or controversy between himself and the defendant within the meaning of [Article III of the Constitution.]" *Id.*

14.      If standing is challenged by the defendant, the plaintiff must establish by a preponderance of the evidence that standing exists. *Lee v. City of Chicago*, 330 F.3d 456, 468 (7th Cir. 2003).   A dismissal for lack of subject matter jurisdiction under Rule 12(b)(1) is appropriate, where standing is challenged as a factual matter, when a plaintiff fails to support the

6

allegations necessary for standing with "competent proof." *Retired Chicago Police Ass'n v. City of Chicago, 76 F.3d 856*, 862 (7th Cir.1996); *Perry*, 186 F.3d at 829; *Allstate Ins. Co. v. City of Chicago*, 2003 WL 1877670, *3 (N.D. Ill. April 14, 2003). The Seventh Circuit has interpreted "competent proof" as "requiring a showing by a preponderance of the evidence, or proof to a reasonable probability, that standing exists." *Id.* (*citing NLFC, Inc. v. Devcom Mid-America, Inc.*, 45 F.3d 231, 237 (7th Cir.), *cert. denied*, 515 U.S. 1104 (1995)).

15.    Courts must resolve questions of standing according to a two-part inquiry that considers "both constitutional limitations of federal-court jurisdiction and prudential limitations in its exercise." *Gladstone Realtors v. Village of Bellwood*, 441 U.S. 91, 99, 99 S.Ct. 1601, 1607, 60 L.Ed.2d 66 (1979) (*quoting Warth*, 422 U.S. at 498, 95 S.Ct. at 2205 (1975)). Ordinarily, "a litigant seeking relief in federal court must satisfy *both* constitutional and prudential limitations in order to have standing to sue." *Locals 666 and 780 v. United States Dept. of Labor*, 760 F.2d 141, 143 (7th Cir.), *cert. denied*, 474 U.S. 901, 106 S.Ct. 227, 88 L.Ed.2d 227 (1985) (emphasis in original).

16.    Even if a party satisfies the Article III criteria, there are several judicially self-imposed limits on the exercise of federal jurisdiction that may preclude a litigant's standing, including:

> the general prohibition on a litigant's raising another person's legal rights, the rule barring adjudication of generalized grievances more appropriately addressed in the representative branches, and the requirement that a plaintiff's complaint fall within the zone of interests protected by the law invoked.

*Allen v. Wright*, 468 U.S. 737, 751, 104 S. Ct. 3315, 3324, 82 L. Ed. 2d 556 (1984).

17.   These prudential limitations on standing eliminate cases "where no individual rights would be vindicated" and restrict "access to federal courts to those litigants best suited to assert a particular claim." *Gladstone*, 441 U.S. at 100, 99 S.Ct. at 1608.

18.   In the present case, it is simply indisputable that OurHouse lacks standing to pursue the causes of action alleged in Counts IV and V as they are and remain property of the Debtors' estates. *See Fogel*, 221 F.3d at 966; *Perry v. Village of Arlington Heights*, 186 F.3d 826, 829 (7th Cir. 1999); *Xonics Photochemical*, 841 F.2d at 202-03; *Koch Refining*, 831 F.2d at 1342-43; *Dana Molded Products*, 58 B.R. at 578; *In re Allard*, 198 B.R. at 719; *see also Solow*, 994 F.Supp. at 180.

19.   OurHouse has *not even attempted to plead* any basis for jurisdiction, such as (i) "special injury" establishing Counts IV and V as individual actions, or (ii) prior relief from the Court to pursue the Debtors' actions. Indeed, that is because, simply, such facts do not exist, and without question, OurHouse cannot establish any such facts with "competent facts." *See Perry*, 186 F.3d at 829.[1]

20.   To the contrary, OurHouse has admitted that it did not have standing to pursue Counts IV and V at the time of filing its adversary complaint, and now, seeks authority to pursue such claims from the Court. *See* Motion of OurHouse, Inc. for Entry of an Order (a) Excusing OurHouse from Submitting a Formal Demand for Prosecution to the Debtors; and (b) Granting OurHouse Authority to Pursue the Causes of Action Underlying Counts IV and V of its Adversary Complaint [docket # 6577].

---

[1]      On May 6, 2004, OurHouse served Debtors' counsel with a demand to prosecute the actions in Counts IV and V. The Debtors are currently evaluating OurHouse's request. This belated demand does not remedy the fact that OurHouse cannot pursue Counts IV and V without relief from the Court upon a showing that the Debtors shirked their fiduciary responsibilities in not pursuing the claims alleged in Counts IV and V. *Fogel*, 221 F.3d at 965; *Xonics*, 841 F.2d at 203; *Aurora Homes Services, Inc.*, 2000 WL 1468314, *4 (N.D. Ill. 2000) (rejecting creditor's argument that it should be afforded derivative standing to pursue complaint because, even if demand would have been futile, creditor failed to request leave from court to bring claim).

21.    Therefore, Counts IV and V should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1).

### Notice

22.    Notice of this Motion has been given to (a) the United States Trustee; (b) counsel for the Debtors' debtor in possession lenders; (c) counsel for the Official Committee of Unsecured Creditors; (d) counsel for the U.S. Trustee; (e) counsel to OurHouse; and (f) all persons currently on the 2002 Service List.  In light of the nature of the relief requested, the Debtors submit that no further notice is necessary.

### No Prior Request

23.    No previous request for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto (a) dismissing Counts IV and V of the OurHouse Adversary, and (b) granting such other and further relief as this Court may deem just and proper.

Dated: Chicago, Illinois                   Respectfully submitted,
       May 6, 2004

                                           _____
                                           James H.M. Sprayregen, P.C. (ARDC No. 6190206)
                                           Marc Kieselstein, Esq. (ARDC No. 6199255)
                                           David R. Seligman, Esq. (ARDC No. 6238064)
                                           Micah E. Marcus, Esq. (ARDC No. 6257569)
                                           KIRKLAND & ELLIS LLP
                                           200 East Randolph Drive
                                           Chicago, Illinois 60601
                                           (312) 861-2000 (telephone)
                                           (312) 861-2200 (facsimile)
                                           Counsel for the Debtors and Debtors in Possession

9

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UAL CORPORATION, et al., | ) | Joint Case No. 02 B 48191 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| ———————————————— | ) | |
| OURHOUSE, INC., | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Adversary No. 04 A 2086 |
| UAL CORPORATION, AIR WIS SERVICES, | ) | |
| INC., AIR WISCONSIN, INC., BIZJET | ) | |
| CHARTER, INC., BIZJET FRACTIONAL, INC., | ) | |
| BIZJET SERVICES, INC., CONFETTI, INC., | ) | |
| CYBERGOLD, INC., DOMICILE | ) | |
| MANAGEMENT SERVICES, INC., FOUR STAR | ) | |
| LEASING, INC., ITARGET.COM, INC., KION | ) | |
| LEASING, INC., MILEAGE PLUS HOLDINGS, | ) | |
| INC., MILEAGE PLUS MARKETING, INC., | ) | |
| MILEAGE PLUS, INC., MYPOINTS OFFLINE | ) | |
| SERVICES, INC., MYPOINTS.COM, INC., | ) | |
| PREMIER MEETING AND TRAVEL | ) | |
| SERVICES, INC., UAL BENEFITS | ) | |
| MANAGEMENT, INC., UAL COMPANY | ) | |
| SERVICES, INC., UAL LOYALTY SERVICES, | ) | |
| INC., UNITED AIR LINES, INC., UNITED | ) | |
| AVIATION FUELS CORPORATION, UNITED | ) | |
| BIZJET HOLDINGS, INC., UNITED COGEN, | ) | |
| INC., UNITED GHS INC., UNITED | ) | |
| VACATIONS, INC., UNITED WORLDWIDE | ) | |
| CORPORATION, FREDERIC F. BRACE, | ) | |
| DOUGLAS A. HACKER, FRANCESCA M. | ) | |
| MAHER, RICHARD J. POULTON, SCOTT M. | ) | |
| PRAVEN, STEVEN M. RASHER, ROBERT B. | ) | |
| SAHADEVAN, and the OFFICIAL COMMITTEE | ) | |
| OF UNSECURED CREDITORS OF UAL | ) | |
| CORPORATION and each of its jointly- | ) | |
| administered debtors, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING COUNTS IV AND V OF
## ADVERSARY NO. 04 A 2086

Upon the emergency motion (the "Motion")[1] of the Debtors in the above-captioned chapter 11 cases, for entry of an order dismissing Counts IV and V of adversary number 04 A 2086, filed by OurHouse, Inc.; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(a); and after due deliberation and cause appearing therefore; it is herby ORDERED THAT:

1.      The Motion is Granted

2.      Counts IV and V are dismissed.

3.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4.      Notwithstanding the provisions of Bankruptcy Rule 6004(g), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated: Chicago, Illinois
      April _____, 2004

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

## CERTIFICATE OF SERVICE

I, Jesse Aguilar, a non attorney, certify that on the 7th day of May, 2004, I caused to be served, by e-mail (to parties who have provided an e-mail address), facsimile (to parties who have not provided an e-mail address) and by overnight delivery (to all parties who have not provided an e-mail address or a facsimile number), a true and correct copy of the foregoing **Debtors' Motion to Dismiss Counts IV and V,** on the parties on the attached service list.

Dated: May 7, 2004

_____
Jesse Aguilar

Subscribed and sworn to before me
this 7th  day of May , 2004.

"OFFICIAL SEAL"
Scott F. Walker
Notary Public, State of Illinois
My Commission Expires Jan. 24, 2008

I:\Project A\J Aguilar\CERT OF SERVICE re Debtors' Motion to Dismiss Counts IV and V.doc

## CORE GROUP SERVICE LIST

| | |
|---|---|
| Debtors:<br>United Air Lines, Inc.<br>WHQLD<br>1200 East Algonquin Road<br>Elk Grove Village, Illinois 60007<br>Attn:    John Lakosil<br>Phone:    (847) 700-4462<br>Facsimile:    (847) 700-4683 | Counsel to Debtors and Debtors in Possession:<br>Kirkland & Ellis<br>200 East Randolph Street<br>Chicago, Illinois 60601<br>Attn:    James H.M. Sprayregen, P.C.<br>    Marc Kieselstein<br>    David R. Seligman<br>    Steven Kotarba<br>Phone:    (312) 861-2000<br>Facsimile:    (312) 861-2200 |
| Office of the United States Trustee:<br>227 West Monroe Street, Suite 3350<br>Chicago, Illinois 60606<br>Attn:    Stephen Wolfe<br>Phone:    (312) 886-5785<br>Facsimile:    (312) 886-5794 | Counsel to the Debtors' debtor in possession<br>lender (Bank One):<br>Latham & Watkins<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Attn:    David Heller<br>    Timothy Barnes<br>Phone:    (312) 876-7700<br>Facsimile:    (312) 993-9767 |
| Counsel to the Debtors' debtor in possession<br>lender (CIT Group):<br>Schulte, Roth & Zabel<br>919 Third Avenue<br>New York, New York 10022<br>Attn:    Robert J. Mrofka<br>Phone:    (212) 756-2000<br>Facsimile:    (212) 593-5955 | Counsel to the Debtors' debtor in possession<br>lender (Citibank and JP Morgan):<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, New York 10178<br>Attn:    Richard S. Toder<br>    Jay Teitelbaum<br>Phone:    (212) 309-6000<br>Facsimile:    (212) 309-6001 |
| Counsel to the Debtors' debtor in possession<br>lender (Citibank and JP Morgan):<br>Kaye Scholer, LLP<br>3 First National Plaza, Suite 4100<br>70 West Madison Street<br>Chicago, Illinois 60602<br>Attn:    Michael B. Solow<br>Phone:    (312) 583-2300<br>Facsimile:    (312) 583-2360 | Debtors' Private Copy Service:<br>Merrill Corporation<br>250 South Wacker Drive, 4th Floor<br>Chicago, Illinois 60606<br>Attn:    Patrick Finnerty<br>Phone:    (312) 786-6300<br>Facsimile:    (312) 930-5986 |
| Official Notice and Claims Agent:<br>Poorman-Douglas Corporation<br>10300 SW Allen Boulevard<br>Beaverton, Oregon 97005<br>Attn:    Rhonda G. McNally<br>Phone:    (503) 277-7999<br>Facsimile:    (503) 350-5230 | Counsel to Committee:<br>Sonnenschein, Nath & Rosenthal<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60604<br>Attn:    Fruman Jacobson<br>    Robert E. Richards<br>Phone:    (312) 876-8123<br>Facsimile:    (312) 876-7934 |
| Counsel to Committee:<br>Sonnenschein, Nath & Rosenthal<br>1221 Avenue of the Americas<br>24th Floor<br>New York, New York 10020<br>Attn:    Carole Neville<br>Phone:    (212) 768-6889<br>Facsimile:    (212) 768-6800 | |

## 2002 Service List as of: 5/7/2004 9:43:14 AM

## In re UAL Corporation, et al.

## Case No. 02-B-48191

## Northern District of Illinois, Eastern Division

**Mark E. Abraham**
Gould & Ratner
222 North LaSalle Street  Suite 800
Chicago, IL  60601-1086
Fax: 3122363241; Email: mabraham@gouldratner.com
    *Counsel for : U.S. Bank N.A.*

**Francisco L. Acevedo Nogueras**
Department of Transportation
P.O. Box 6023905
San Juan, PR  00902-3905
Fax: 7879773773; Email: fcoacevedo@yahoo.com
    *Counsel for : Commonwealth of Puerto Rico*

**Ann Acker, Esq.**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: (312) 701-2361; Email: speclit@chapman.com
    *Counsel for : Wells Fargo Bank Northwest, NA
    Pacific Investment Management Co. LLC
    Reams Asset Management Co. LLC
    Metropolitan West Asset Management LLC*

**Denise Adamucci**
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor  18th and Arch Streets
Philadelphia, PA  19103-2756
Fax: 2155672737; Email: dadamucci@klettrooney.com
    *Counsel for : PNC Bank, National Association*

**Howard L. Adelman**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 West Jackson Blvd;  Ste. 1050
Chicago, IL  60604
Fax: 3124351059; Email: hla@agmbc.com
    *Counsel for : Mitsui & Co. Ltd.; UGT Kumiai
    Sumitomo Corporation
    Mitsui & Co. International (Europe)
    Marubeni America Corporation
    Wells Fargo Bank Northwest, NA*

**David G. Aelvoet**
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX  78205
Fax: (210) 225-6410; Email: sanantonio.bankruptcy@publicans.com
    *Counsel for : Bexar County
    Tarrant County
    Dallas County*

**Jesse Aguilar**
Kirkland & Ellis
Aon Building  200 E Randolph Drive
Chicago, IL  60601
Fax: ; Email: jaguilar@kirkland.com
    *Counsel for : UAL Corp.*

**Robert D. Albergotti**
Haynes and Boone, LLP
900 Main Street, Suite 3100
Dallas, TX  75202
Fax: 2142000350; Email: robert.albergotti@haynesboone.com
    *Counsel for : American Airlines, Inc.*

**Peter B. Alderman, Esq.**
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY  10022
Fax: (212) 909-6836; Email: pbalderm@debevoise.com
    *Counsel for : John Hancock Life Insurance Co.*

**R. Scott Alsterda**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405; Email: rsalsterda@uhlaw.com
    *Counsel for : Healthcare Service Corp.
    City & County of San Francisco
    Denver International Airport*

**Jonathan B. Alter**
Bingham McCutchen LLP
One State Street
Hartford, CT  06103
Fax: (860) 240-2800; Email: jonathan.alter@bingham.com
    *Counsel for : Travelers Casualty & Surety Company
    Travelers Indemnity Company*

**George Alvord**
Gate Gourmet Inc.
5100 Poplar Ave.
Memphis, TN  38137
Fax: (901) 766-3710; Email: galvord@gategourmet.com
    *Counsel for : Gate Gourmet Inc.*

**Jerald I. Ancel**
Sommer Barnard Ackerson, PC
4000 Bank One Tower  111 Monument Circle
Indianapolis, IN  46204
Fax: (317) 236-9802; Email: jancel@sbalawyers.com
    *Counsel for : City of Indianapolis*

**Margaret M. Anderson**
Lord Bissell & Brook
115 S. LaSalle Street  Suites 2600-3600
Chicago, IL  60603
Fax: (312) 443-0336; Email: panderson@lordbissell.com
    *Counsel for : United States Aviation Underwriters, Inc.
    Blue Cross and Blue Shield of Florida, Inc.*

**Bill Angelowitz**
Daily Insights
JAF Box 3127
New York, NY  10116
Fax: (212) 714-9827; Email: wangelow@keacapital.com
    *Counsel for : Daily Insights*

**Jonathan Y. Arnason**
Vedder, Price, Kaufman & Kammholz
805 Third Avenue
New York, NY  10022
Fax: (212) 407-7799; Email: jarnason@vedderprice.com
    *Counsel for : UAL Corporation*

**Adrian S. Baer**
Andrews & Kurth
600 Travis  Suite 4200
Houston, TX  77002
Fax: 7132204285; Email: ardiebaer@aklip.com
    *Counsel for : Kinder Morgan Liquids Terminals LLC*

**Kathy Bailey**
Bailey Law Group, P.C.
1752 N Street, NW  Suite 800
Washington, DC  20036
Fax: 2028878044; Email: kbailey@baileylawgroup.com
    *Counsel for : HMSHost Corporation
    Host International Inc.*

**Marian Baldwin**
Chadbourne & Parke LLP
New York, NY  10112
Fax: 6467105231; Email: mbaldwin@chadbourne.com
    *Counsel for : Citibank Privatkunden AG*

**Elizabeth Banda**
Perdue Brandon Fielder Collins & Mott, LLP
P.O. Box 13430
Arlington, TX  76094-0430
Fax: (817) 860-6509; Email: ebanda@pbfcm.com
    *Counsel for : Grapevile-Colleyville I.S.D.
    City of Grapevine (Texas)*

**Mark Bane**
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY  10178
Fax: (212) 808-7807; Email: MBane@KelleyDrye.com
    *Counsel for : Pension Benefit Guaranty Corporation*

**Terence G. Banich, II**
Jenner & Block, LLP
One IBM Plaza
Chicago, IL  60611-7603
Fax: (312) 840-8704; Email: tbanich@jenner.com
    *Counsel for : Milepost Properties - Chicago, LLC*

**Mariana Baquero**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019
Fax: (212) 849-5614; Email: mbaquero@mayerbrownrowe.com
    *Counsel for : ABN-AMRO Bank, NV*

**Ronald E. Barab**
Smith, Gambrell & Russell, LLP
Promenade II  Suite 3100  1230 Peachtree Street, NE
Atlanta, GA  30309
Fax: (404) 815-3509; Email: rbarab@sgrlaw.com
    *Counsel for : American State Bank*

**William Barbour**
Public Services Resources Corp.
80 Park Plaza, T-22
Newark, NJ  07102-4194
Fax: 9734563569; Email: william.barbour@pseg.com
*Counsel for : N654UA*

**Barbara Barnett**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128767934; Email: babarnett@sonnenschein.com
*Counsel for : Creditors Committee*

**Kathleen E. Barry**
The Rouse Company
10275 Little Patuxent Parkway
Columbia, MD  21044
Fax: 4109928392; Email: kbarry@therousecompany.com
*Counsel for : Rouse Affiliate*

**Sharon M. Beausoleil-Mayer**
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Fax: 7136516246; Email: sbeausoleil-mayer@fulbright.com
*Counsel for : Chase Transportation*
*Chase Terminal*
*Motiva*
*SOPUS*
*Shell Pipeline*

**Robert R. Benjamin**
Benjamin Berneman & Brom, LLC
205 W. Randolph St. Ste. 2110
Chicago, IL  60606
Fax: 3124449086; Email: benjamin@3blaw.com
*Counsel for : Nancy Abbot, et al.*

**Mark A. Berkoff**
Piper Rudnick
203 N. La Salle St.  Suite 1800
Chicago, IL  60601-1293
Fax: (312) 236-7516; Email: mark.berkoff@piperrudnick.com
*Counsel for : Air Canada*
*Citibank Privatkunden AG*

**Ezra I. Bialik, Esq.**
The Port Authority of NY & NJ
Office of Milton H. Pachter  Law Department  225 Park Ave. South, 13th. F
New York, NY  10003
Fax: (212) 435-3584; Email: ebialik@panynj.gov
*Counsel for : Port Authority of NY & NJ*

**Peter L. Borowitz, Esq.**
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY  10022
Fax: (212) 909-6836; Email: plborowitz@debevoise.com
*Counsel for : John Hancock Life Insurance Co.*

**Morton R. Branzburg, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA  19102
Fax: (215) 568-6603; Email: mbranzbu@klehr.com
*Counsel for : Philadelphia Department of Commerce*

**Ronald Barliant**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd
55 East Monroe Street  Suite 3700
Chicago, IL  60603
Fax: 3123321296; Email: ronald.barliant@goldbergkohn.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**William J. Barrett**
Barack Ferrazzano Kirschbaum
Perlman & Nagelberg LLC  333 West Wacker Drive, Suite 2700
Chicago, IL  60606
Fax: (312) 984-3150; Email: william.barrett@bfkpn.com
*Counsel for : Delta Air Lines, Inc.*
*Environmental Resources Management, Inc.*

**Jeffrey A. Bartos**
Guerrieri, Edmond & Clayman, PC
1625 Massachusetts Ave., NW  Suite 700
Washington, DC  20036-2243
Fax: (202) 624-7420; Email: jbartos@geclaw.com
*Counsel for : Association of Flight Attendants*

**David E. Beker**
Schwartz Cooper Greenberger Krauss
180 North LaSalle Street  Suite 2700
Chicago, IL  60601
Fax: 3127828416; Email: dbeker@scgk.com
*Counsel for : Allied Capital Corporation*

**James Bennett, President/CEO**
Metropolitan Washington Airport Authority
1 Aviation Circle
Washington, DC  20001-6000
Fax: (703) 417-8949; Email: james.bennett@mwaa.com
*Counsel for : Metropolitan Washington Airport Authority*

**Beverly A. Berneman**
Benjamin Berneman & Brom, LLC
205 W. Randolph St. Ste. 2110
Chicago, IL  60606
Fax: 3124449086; Email: berneman@rcn.com
*Counsel for : Nancy Abbot, et al.*

**Evelyn H. Biery**
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Fax: 7136516246; Email: ebiery@fulbright.com
*Counsel for : Chase Transportation*
*Chase Terminal*
*Motiva*
*SOPUS*
*Shell Pipeline*

**Elena Bosk**
Zini & Associates
Professional Corporation  460 Park Avenue  21st Floor
New York, NY  10022
Fax: 2129801453; Email: elena.bosk@ziniandassociates.com
*Counsel for : Banco di Napoli*

**Vicki Braunagel**
Denver Airport Revenue Fund City
Department of Aviation  8500 Pena Blvd
Denver, CO  80249
Fax: (303) 342-2525; Email: Vicki.braunagel@diadenver.net
*Counsel for : Denver Airport Revenue Fund City*

**Timothy A. Barnes**
Latham & Watkins
Sears Tower Suite 5800
Chicago, IL  60606
Fax: (312) 993-9767; Email: Timothy.Barnes@lw.com
*Counsel for : Bank One, NA*
*Bank One Delaware, NA*

**Timothy M. Barry, Senior Deputy**
County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA  92101
Fax: 6195316005; Email: timothy.barry@sdcounty.ca.gov
*Counsel for : County of San Diego*

**W. Robinson Beard**
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY  40202
Fax: (502) 587-6391; Email: wbeard@stites.com
*Counsel for : Reg'n'l Airport Auth of Louisville/Jefferson Cnty*
*Lexington-Fayette Urban Airport Board*

**Edith J. Benay**
Attorney at Law
345 Franklin Street
San Francisco, CA  94102
Fax: 4152528048; Email: ebenay@cs.com
*Counsel for : Frank, et al.*

**Brad A. Berish**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 W. Jackson Blvd.
Chicago, IL  60604
Fax: (312) 435-1059; Email: bberish@agmbc.com
*Counsel for : Travelers Casualty & Surety Company*
*Travelers Indemnity Company*

**Jeffrey Bernstein**
Carpenter, Bennett & Morrissey
Three Gateway Center  100 Mulberry Street
Newark, NJ  07102
Fax: (973) 622-5314; Email: jb@carpben.com
*Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Thomas E. Biron**
Blank, Rome, Comisky & McCauley, LLP
One Logan Square
Philadelphia, PA  19103-6998
Fax: (215) 832-5562; Email: biron@blankrome.com
*Counsel for : Creditors Committee*

**David H. Botter**
Akin, Gump, Straus, Hauber & Feld, LLP
590 Madison Ave.
New York, NY  10022
Fax: (212) 872-1002; Email: dbotter@akingump.com
*Counsel for : Ad Hoc Committee of Holders of EETC and ETC*
*Ad Hoc Committee of Noteholders*

**Bernadette Brennan**
Michael A. Cordozo, Corporate Counsel for NYC
100 Church Street
New York, NY  10007
Fax: ; Email: bbrennan@law.nyc.gov
*Counsel for : City of New York*

**Adam Brezine**
Thelen Reid & Priest LLP
101 Second St., Ste. 1800
San Francisco, CA  94105-3601
Fax: 4153698927; Email: abrezine@thelenreid.com
    Counsel for : California Self Insurers' Security Fund

**Mark Broude, Esq.**
Latham & Watkins
885 Third Ave.
New York, NY  10022
Fax: (212) 751-4864; Email: mark.broude@lw.com
    Counsel for : ING Bank, NV
    ING Lease (Ireland)
    BV Dublin Branch

**Gregory W. Buhler, Esq.**
Schnader Harrison Segal & Lewis LLP
140 Broadway  Suite 3100
New York, NY  10005-9998
Fax: (212) 972-8798; Email: GBuhler@Schnader.com
    Counsel for : C.I.T. Leasing

**James Burshtyn, Assistant Attorney General**
Comptroller of Public Accounts of Texas
Bankruptcy & Collections Division  P.O. Box 12548
Austin, TX  78711-2548
Fax: ; Email: james.burshtyn@oag.state.tx.us
    Counsel for : State of Texas

**John Wm. Butler, Jr.**
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL  60606
Fax: (312) 407-8501; Email: jbutler@skadden.com
    Counsel for : US Airways, Inc., MidAtlantic Airways Inc.
    US Airways Group, Inc., US Airways Leasing
    Alleghany Airlines, Inc., PSA Airlines, Inc.
    Material Services Company, Inc.
    Piedmont Airlines, Inc.

**Sarah Campbell**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: (212) 354-8113; Email: scampbell@whitecase.com
    Counsel for : Societe General
    UFJ Bank Limited, Chicago Branch
    Aircraft Finance Parties

**Marc Carmel**
Kirkland & Ellis
200 East Randolph
Chicago, IL  60601
Fax: 3126000190; Email: mcarmel@kirkland.com
    Counsel for : UAL Corp.

**Steve Carter**
Attorney General of Indiana
Indian Government Center South  Fifth Floor  402 West Washington Stree
Indianapolis, IN  46204-2770
Fax: 3172327979; Email:
    Counsel for : Indiana Department of Revenue

**Debra Ceccotti**
Morgan Stanley
750 7th Avenue 20th Floor
New York, NY  10019
Fax: (212) 762-0358; Email: debra.aaron@morganstanley.com
    Counsel for : Morgan Stanley

**Thomas Brichner**
International Association of Machinists
9000 Machinists Place  Suite 118 B
Upper Marlboro, MD  20772
Fax: 3019674591; Email: tbrichner@iamaw.org
    Counsel for : IAM

**Abraham Brustein**
DiMonte & Lizak
216 W. Higgins Road
Park Ridge, IL  60068
Fax: 8476989023; Email: abrustein@dimonteandlizak.com
    Counsel for : Advanced Roofing, Inc.

**Gerard T. Bukowski, Vice President and General C**
Burns & McDonnell Engineering Company, Inc.
9400 Ward Parkway
Kansas City, MO  64114-3319
Fax: 8168223413; Email: gbukows@burnsmcd.com
    Counsel for : Burns & McDonnell, including
    Burns & McDonnell Engineering Company, Inc.

**Robert Bush**
Geffner & Bush
3500 W. Olive Ave.  Suite 1100
Burbank, IL  91505
Fax: (818) 973-3201; Email: rbush@geffner-bush.com
    Counsel for : Int'l Assoc. of Machinists and Aerospace Workers

**Susan R. Bye-Walsh**
17918 Hatridge Lane
Canyon Country, CA  91387
Fax: ; Email:
    Counsel for :

**Timothy J. Carey, Esq.**
Lovells
One IBM Plaza  330 N. Wabash Ave.  Suite 1900
Chicago, IL  60611
Fax: (312) 832-4444; Email: tim.carey@lovells.com
    Counsel for : Helaba Dublin Landes Bank Hessen-Thuringen Int'l

**Jack J. Carriglio**
Meckler Bulger & Tilson
123 North Wacker Drive  Suite 1800
Chicago, IL  60606
Fax: 3124747898; Email: jack.carriglio@mbtlaw.com
    Counsel for : United Retired Pilots Benefit Protection
    Association, an Illinois not-for- profit Corp.

**Ben T. Caughey**
Ice Miller
One American Square  PO Box 82001
Indianapolis, IN  46282
Fax: (317) 592-4643; Email: ben.caughey@icemiller.com
    Counsel for : Indianapolis Airport Authority
    Citizens Gas & Coke Utility

**Erik Chalut**
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, IL  60601-6636
Fax: 3126612200; Email: erik_chalut@chicago.kirkland.com
    Counsel for : UAL Corp.

**John M. Brom**
Benjamin Bemerman & Brom, LLC
205 W. Randolph St. Ste. 2110
Chicago, IL  60606
Fax: 3124449086; Email: brom@3blaw.com
    Counsel for : Nancy Abbot, et al.

**Michael P. Buck**
Zini & Associates
Professional Corporation  460 Park Avenue  21st Floor
New York, NY  10022
Fax: 2129801453; Email: michael.buck@ziniandassociates.com
    Counsel for : Banco di Napoli

**Phil Burno**
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL  60606
Fax: 3124310704; Email: pburno@whummer.com
    Counsel for : Wayne Hummer Investments

**Gary Bush**
Bank of New York, (The)
101 Barclay Street
New York, NY  10286
Fax: (212) 815-5131; Email: gbush@bankofny.com
    Counsel for : Bank of New York

**James Caldwell**
IOS Capital, Inc.
Bankruptcy Administration IOS Capital, LLD 1738 Bass Road  P.O. Box 1
Macon, GA  31208-3708
Fax: (478) 471-2394; Email: jcaldwell@ikon.com
    Counsel for : IOS Capital, Inc.

**Kurt M. Carlson**
Tishler & Wald, Ltd.
200 S. Wacker Dr.  Suite 2600
Chicago, IL  60606
Fax: (312) 876-3816; Email: kcarlson@tishlerandwald.com
    Counsel for : State Street Bank & Trust Co. (UAL ESOP)
    Lehman Brothers Inc.
    Detroit Edison; Britax Aircraft Interior Systems
    Public Service Electric & Gas Co.
    Commonwealth Edison Company

**William K. Carter**
Coston & Lichtman
407 S. Dearborn St., Suite 600
Chicago, IL  60605
Fax: 3124277358; Email: wcarter@costonlaw.com
    Counsel for : General Electric Capital Corporation

**Babette A. Ceccotti**
Cohen, Weiss & Simon, LLP
330 W. 42nd Street
New York, NY  10036-6976
Fax: (846) 473-8227; Email: bceccotti@cwsny.com
    Counsel for : ALPA

**George M. Cheever**
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building  535 Smithfield Street
Pittsburgh, PA  15222-2312
Fax: (412) 355-6501; Email: gcheever@kl.com
    Counsel for : State Street Bank and Trust Co.

**Matthew W. Cheney, Esq.**
Swidler, Berlin, Shereff, Freidman, LLP
3000 K St., NW  Suite 300
Washington, DC  20007-5116
Fax: (202) 424-7643; Email: mwcheney@swidlaw.com
*Counsel for : Koch Supply & Trading, LP*

**Edward P. Christian**
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East  Suite 2400
Los Angeles, CA  90067
Fax: 3102291001; Email: echristian@akingump.com
*Counsel for : WestLB. AG, f/k/a Westdeutsche Landesbank Girozentrale, New York Branch*

**Paul E. Chronis**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096
Fax: 3129847700; Email: pchronis@mwe.com
*Counsel for : Bank of New York*

**Robert S. Clayman**
Guerrieri, Edmond & Clayman, PC
1625 Massachusetts Ave., NW  Suite 700
Washington, DC  20036-2243
Fax: (202) 624-7420; Email: rclayman@geclaw.com
*Counsel for : Association of Flight Attendants*

**Jeffrey B. Cohen**
Pension Benefit Guaranty Corp.
Office of the General Counsel  1200 K Street, NW, Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112; Email: cohen.jeffrey@pbgc.gov
*Counsel for : Pension Benefit Guaranty Corporation*

**John  Collen, Esq.**
Duane Morris, LLC
227 West Monroe St.  Suite 3400
Chicago, IL  60606
Fax: (312) 499-6701; Email: jcollen@duanemorris.com
*Counsel for : Philadelphia Department of Commerce*

**Katherine  Constantine, Esq.**
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN  55402-1498
Fax: (612) 340-2643; Email: constantine.katherine@dorseylaw.com
*Counsel for : U.S. Bank National Association*

**Steven N. Cousins**
Armstrong Teasdale LLP
Metropolitan Square  Suite 2600
St. Louis, MO  63102-2740
Fax: 3146215065; Email: scousins@armstrongteasdale.com
*Counsel for : City of St. Louis*
*Lambert St. Louis International Airport*

**Leo T. Crowley**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
Fax: 2126581500; Email: lcrowley@pillsburywinthrop.com
*Counsel for : Mitsui & Co. (USA), Inc.*
*Sumitomo Corporation*
*Mitsui & Co. International (Europe)*
*Marubeni America Corporation*
*Wells Fargo Bank Northwest, NA*

**Jeffrey C. Dan**
Dannen, Crane, Heyman & Simon
135 South LaSalle St.  Suite 1540
Chicago, IL  60603-4297
Fax: (312) 641-7114; Email: jdan@dannencrane.com
*Counsel for : Florida Power and Light*

**Michael Chimitris, Assistant General Counsel**
General Growth Management, Inc., as Agent
110 N. Wacker
Chicago, IL  60606
Fax: (312) 960-5993; Email: swarsh@generalgrowth.com
*Counsel for : General Growth Management, Inc., as Agent*

**David C. Christian II**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700; Email: dchristian@mwe.com
*Counsel for : Bank of New York*

**Francis A. Citera**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL  60601
Fax: 3124568435; Email: citeraf@gtlaw.com
*Counsel for : City of Chicago*

**Nathan F. Coco**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700; Email: ncoco@mwe.com
*Counsel for : Bank of New York*

**Staurt M. Cohen**
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299
Fax: 2129902900; Email: scohen@proskauer.com
*Counsel for : V-NP Properties, LLC*

**Tom Combs**
Morgan Stanley
750 7th Avenue  20th Floor
New York, NY  10019
Fax: (212) 507-0479; Email: tom.combs@morganstanley.com
*Counsel for : Morgan Stanley*

**Daniel G. Cortright**
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center  5th Floor
San Francisco, CA  94111
Fax: 4153985584; Email: dgc@jmbm.com
*Counsel for : Phoenix Leasing Incorporated*

**Eugene Crane**
Dannen, Crane, Heyman & Simon
135 LaSalle Street # 1540
Chicago, IL  60603
Fax: (312) 641-7114; Email: ecrane@dannencrane.com
*Counsel for :*

**Frank Cummings**
LeBoeuf, Lamb, Greene & MacRae, LLP
1875 Connecticut Avenue, NW
Washington, DC  20009-5728
Fax: 2029668102; Email: fcummings@llgm.com
*Counsel for : United Retired Pilots Benefit Protection*

**Michael J. D'Angelico**
U.S. Bank National Association
One Federal Street, 3rd Floor  Mail Station:  EX-MA-FED
Boston, MA  02110
Fax: 6176036640; Email: michael.dangelico@usbank.com
*Counsel for : U.S. Bank N.A.*

**Anthony  Chiofalo**
Zini & Associates
Professional Corporation  460 Park Avenue  21st Floor
New York, NY  10022
Fax: 2129801453; Email: anthony.chiofalo@ziniandassociates.com
*Counsel for : Banco di Napoli*

**Eleftheria N. Chronas**
Macero & Associates, P.C.
One Thompson Square, Suite 301

Suite 301
Boston, MA  02129
Fax: 6172425566; Email: enc@macerolaw.com
*Counsel for : OMV Associates, LP*

**Allison  Clark**
Merrill Corp.
250 S. Wacker Dr.  4th Fl.
Chicago, IL  60606
Fax: (312) 786-9900; Email: allison.clark@merrillcorp.com
*Counsel for : Official Copy Service*

**Michael W. Coffield**
Michael W. Coffield & Associates
77 West Wacker Drive  Suite 4800
Chicago, IL  60601
Fax: 3124449658; Email: mike@bigdoglaw.com
*Counsel for : Jane Ehrismann Zeller, et al.*

**Stacy  Coleman**
LaSalle Bank National Association
135 S. LaSalle St.  Suite 1960
Chicago, IL  60603
Fax: (312) 904-2236; Email: stacy.coleman@abnamro.com
*Counsel for : LaSalle Bank National Association*

**Robert A. Conrad**
HSBC Bank USA
452 Fifth Avenue
New York, NY  10018
Fax: (212) 525-1366; Email: robert.conrad@us.hsbc.com
*Counsel for : HSBC Bank USA*

**Theresa Cosmano**
Theresa Cosmano
5528 N. Nordica
Chicago, IL  60656
Fax: ; Email:
*Counsel for : Kenneth Scott Justet*

**Gretchen Crawford, Assistant District Attorney**
Oklahoma County Treasurer
320 Robert S. Kerr  Room 307
Oklahoma City, OK  73102
Fax: 4057137158; Email: tammik@oklahomacounty.org
*Counsel for : Oklahoma County Treasurer*

**Vincent A. D'Agostino**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068
Fax: (973) 597-2595; Email: vdagostino@lowenstein.com
*Counsel for : AT&T Corp.*

**Maria A. Dantas**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Riverfront Plaza
Newark, NJ  07102-5490
Fax: (973) 643-6111; Email: mdantas@llgm.com
*Counsel for : Wachovia Bank, N.A.*
*f/k/a First Union National Bank*

**Jeanne P. Darcey**
Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA  02199-7613
Fax: (617) 227-4420;  Email: jdarcey@palmerdodge.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**Steve Darnell**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT  06484-4361
Fax: 2039224083;  Email: steve.darnell@pb.com
*Counsel for : Pitney Bowes Credit Corporation*

**Duncan Darrow**
Orrick, Herrington & Sutcliff, LLP
666 Fifth Avenue
New York, NY  10103
Fax: 2125065151;  Email: ddarrow@orrick.com
*Counsel for : Retirement Systems of Alabama*

**Raniero D'Aversa, Jr.**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019-5820
Fax: (212) 262-1910;  Email: rdaversa@mayerbrownrowe.com
*Counsel for : ABN-AMRO Bank, NV*

**Gregory E. Davidowitch**
Association of Flight Attendants
6400 Shafer Court  Suite 250
Rosemont, IL  60018
Fax: (847) 292-7180;  Email: mecpresident@unitedafa.org
*Counsel for : Association of Flight Attendants*

**Janet L. Davis**
Department of Transportation
Airline Carrier Fitness Division, X-58  400 Seventh St., SW  Room 6401
Washington , DC  20590
Fax: (202) 366-7638;  Email: Janet.Davis@ost.dot.gov
*Counsel for : Department of Transportation*

**Susan B. de Resendiz**
Gardner, Carton & Douglas
191 N. Wacker Drive  Suite 3700
Chicago, IL  60606-1698
Fax: 3125693213;  Email: sderesendiz@gcd.com
*Counsel for : Airbus North America Holdings, Inc.*

**William J. Delaney**
Tillinghast Licht Perkins Smith & Cohen, LLC
10 Weybosset Street, Suite 1000
Providence, RI  02903
Fax: (401) 456-1210;  Email: wdelaney@tlslaw.com
*Counsel for : Rhode Island Airport Commission*

**Stephen Demotto**
GE Asset Management Incorporated
Two Union Square
Seattle, WA  98101-2341
Fax: 2065184578;  Email: steve.demotto@corporate.ge.com
*Counsel for : GE Asset Management Incorporated*

**Andrew DeNatale**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: (212) 354-8113;  Email: adenatale@whitecase.com
*Counsel for : Societe General*
*Aircraft Finance Parties*

**Michael K. Desmond**
Figliulo & Silverman, PC
10 South LaSalle Street  Suite 3600
Chicago, IL  60603
Fax: 3122514610;  Email: mdesmond@fslegal.com
*Counsel for : Brierley & Partners*

**George Diamantopoulos**
Seham, Seham, Meltz & Petersen, LLP
11 Martine Ave.  Suite 1450
White Plains, NY  10606-4025
Fax: ;  Email:
*Counsel for : Aircraft Mechanics Fraternal Association*

**Barry J. Dichter**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666;  Email: barry.dichter@cwt.com
*Counsel for : Lehman Brothers Holdings, Inc.*

**Chris L. Dickerson**
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL  60606
Fax: (312) 407-8680;  Email: cdicken@skadden.com
*Counsel for : US Airways, Inc., MidAtlantic Airways Inc.*
*US Airways Group, Inc., US Airways Leasing*
*Alleghany Airlines, Inc., PSA Airlines, Inc.*
*Material Services Company, Inc.*
*Piedmont Airlines, Inc.*

**Bernard F. Diederich**
U.S. Department of Transportation
Office of General Counsel  C-10, Room 10102  400 7th Street, S.W.
Washington, DC  20590
Fax: 2023669170;  Email: bernard.dieterich@ost.dot.gov
*Counsel for : Unites States of America*

**Kirk D. Dillman**
Hennigan, Bennett & Dorman LLP
601 South Figueroa Street  Suite 3300
Los Angeles, CA  90017
Fax: 2136941234;  Email: dillmank@hbdlawyers.com
*Counsel for : HSBC Bank USA*

**John P. Dillman**
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064
Fax: (713) 844-3503;  Email: houston_bankruptcy@publicans.com
*Counsel for : Harris County*
*Houston ISD*
*City of Houston*

**Dominic DiNapoli**
FTI Consulting, Inc.
1177 Avenue of the Americas  3rd Fl.
New York, NY  10038
Fax: (646) 741-8940;  Email: Dominic.DiNapoli@fticonsulting.com
*Counsel for : FTI Consulting, Inc.*

**Angela D. Dodd**
Securities and Exchange Commission
Midwest Regional Office  175 W. Jackson Blvd  Suite 900
Chicago, IL  60604
Fax: (312) 353-7398;  Email: dodda@sec.gov
*Counsel for : Securities & Exchange Commission*

**Christopher B. Dolan**
Dolan Law Firm
333 Pine Street  4th Floor
San Francisco, CA  94104
Fax: 2154212830;  Email: chris@cbdlaw.com
*Counsel for : Kenneth Scott Justet*

**Edward C. Dolan**
Hogan & Hartson, LLP
Columbia Square  555 Thirteenth Street, N.W.
Washington, DC  20004-1109
Fax: (202) 637-5910;  Email: ecdolan@hhlaw.com
*Counsel for : Eagle County Air Terminal Corporation*

**James M. Donohue**
Ausley & McMullen
227 South Calhoun Street  P.O. Box 391
Tallahassee, FL  32302
Fax: (850) 222-7560;  Email: jdonohue@ausley.com
*Counsel for : Florida Self-Insurers Guaranty Assn., Inc.*

**J. Patrick Donovan**
Chief Assistant Corporation Counsel
City of Chicago  30 North LaSalle Street, Rm. 900
Chicago, IL  60602
Fax: (312) 744-6798;  Email: pdonovan@cityofchicago.org
*Counsel for : City of Chicago*

**Kevin C. Driscoll, Jr.**
Barnes & Thornburg
One North Wacker Drive  Suite 4400
Chicago, IL  60606
Fax: (312) 759-5646;  Email: kevin.driscoll@btlaw.com
*Counsel for : Indiana Department of Commerce*
*Indiana Transportation Finance Authority*

**Sheri L. Drucker**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ;  Email: sdrucker@mayerbrownrowe.com
*Counsel for : UAL Loyalty Services, Inc.*

**David L. Dubrow**
Arent Fox Kintner Plotkin & Kahn PLLC
1675 Broadway, 25th floor
New York, NY  10019
Fax: (212) 484-3990;  Email: dubrowd@arentfox.com
*Counsel for : Suntrust Bank*
*Vanguard Municipal Bond Funds*

**Cristina L. Dulay**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: (212) 354-8113;  Email: CDulay@ny.whitecase.com
*Counsel for : Aircraft Finance Parties*

**Bradley R. Duncan**
Hunton & Williams LLP
1751 Pinnacle Drive
McLean, VA  22102
Fax: 7037147410; Email: bduncan@hunton.com
*Counsel for : Sabre Inc.*

**John F. Eid**
ARINC, Inc.
2551 Riva Road
Annapolis, MD  21401
Fax: (410) 573-3278; Email: jfe@arinc.com
*Counsel for : ARINC, Inc.*

**Patricia J. Emshwiller, Esq.**
Schiff, Hardin & Waite
233 S. Wacker Drive  6600 Sears Tower
Chicago, IL  60606-6473
Fax: (312) 258-5700; Email: pemshwiller@schiffhardin.com
*Counsel for : Pratt & Whitney*
*Hamilton Sundstrand Corporation*

**Mark E. Felger, Esq.**
Cozen O'Connor
Chase Manhattan Centre  1201 North Market Street  Suite 1400
Wilmington, DE  19801
Fax: (302) 295-2013; Email: mfelger@cozen.com
*Counsel for : Argenbright Security, Inc.*

**Jorge A. Fernandez-Reboredo**
Rivera & Fernandez-Reboredo, PSC
P.O. Box 360764
San Juan, PR  00936-0764
Fax: 7872810708; Email: jfernandez@rfrpsc.com
*Counsel for : Puerto Rico Ports Authority*

**J. Mark Fisher, Esq.**
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473
Fax: (312) 258-5700; Email: mfisher@schiffhardin.com
*Counsel for : Pratt & Whitney*
*Hamilton Sundstrand Corporation*

**Dennis D. Fitzpatrick**
Clausen Miller P.C.
10 S. LaSalle St.
Chicago, IL  60603-1002
Fax: 3126067500; Email: dfitzpatrick@clausen.com
*Counsel for : Irene Tan Cheng Hua*
*Michael Sum*

**J. Brian Fletcher**
Jessop & Co., PC
303 E. 17th Ave.  Suite 930
Denver, CO  80203
Fax: (303) 860-7233; Email: jbfletcher@jessopco.com
*Counsel for : Denver International Airport*
*City and County of San Francisco,*
*acting by and through San Francisco Airport Comm.*

**Wilbur F. Foster, Jr.**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: (212) 822-5058; Email: wfoster@milbank.com
*Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.*
*Diamond Lease (USA), Inc.*
*Export Development Canada*
*Hamburg Landesbank Girozentrale, Hypovereinsbank*
*Luxembourg Societe Anonyme, et al.*

**Robin M. Edwards**
Sonnenschein, Nath & Rosenthal LLP
685 Market Street  Sixth Floor
San Francisco, CA  94105
Fax: 4155435472; Email: redwards@sonnenschein.com
*Counsel for : Official Committee of Unsecured Creditors*

**Michael M. Eidelman**
Vedder Price Kaufman & Kammholz
222 North LaSalle Street  Suite 2600
Chicago, IL  60601-1003
Fax: 3126095005; Email: meidelman@vedderprice.com
*Counsel for : UAL Corp.*

**Richard L. Epling**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
Fax: (212) 858-1500; Email: repling@pillsburywinthrop.com
*Counsel for : Cooperatieve Centrale Raiffeisen-Boerenleenbank*
*Mitsui & Co. (USA), Inc.*
*UGT Kumiai/TLC Saintpaulia Limited*
*UGT-2 Kumiai/TLC Listris Ltd.*

**Lisa H. Fenning**
Dewey Ballantine LLP
333 South Grand Avenue  26th Floor
Los Angeles, CA  90071
Fax: (213) 621-6100; Email: ualservice@deweyballantine.com
*Counsel for : Verizon Capital Corporation*
*Walt Disney Pictures & Television*
*Morgan Stanley*
*Intrarock I, LLC*

**James M. Finberg**
Lieff, Cabraser, Heimann & Berstein LLP
Embarcadero Center West  275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Fax: 4159581008; Email: jfinberg@lchb.com
*Counsel for : Frank, et al.*

**Robert M. Fishman**
Shaw, Gussis, Fishman, Glantz & Wolson, LLC
1144 W. Fulton St.  Suite 200
Chicago, IL  60607
Fax: (312) 541-0155; Email: rfishman@shawgussis.com
*Counsel for : Atlantic Coast Airlines, Inc.*

**Michael J. Flaherty**
Flaherty & Jacobson, PC
134 North LaSalle Street  Suite 1600
Chicago, IL  60602
Fax: (312) 782-4725; Email: mflaherty@fjlaw.com
*Counsel for : Goodrich Corporation*

**Mark T. Flewelling**
Anglin, Flewelling, Rasmussen LLP
c/o Brandon C. Ives  199 South Los Robles Avenue  Suite 600
Pasadena, CA  91101-2459
Fax: 6265777764; Email: mtf@afrct.com
*Counsel for : Airport Group International, Inc.*

**Joseph D. Frank**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: (312)2691747; Email: jfrank@ngelaw.com
*Counsel for : American State Bank*
*Heidrick & Struggles International, Inc.*
*DiamondCluster International, Inc.*
*Dallas/Ft. Worth Int'l. Airport Board*
*Sage Parts Plus, Inc.*

**Henry A. Efroymson**
Ice Miller
One American Square  PO Box 82001
Indianapolis, IN  46282
Fax: (317) 592-4643; Email: henry.efroymson@icemiller.com
*Counsel for : Indianapolis Airport Authority*
*Citizens Gas & Coke Utility*

**David S. Elkind**
Reboul, MacMurray, Hewitt & Maynard
45 Rockefeller Plaza
New York, NY  10111
Fax: 2128415725; Email: delkind@reboul.com
*Counsel for : British Airways Plc*

**Brad B. Erens**
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL  60601
Fax: (312) 782-8585; Email: jdrpual@jonesday.com
*Counsel for : Continental Airlines, Inc.*

**Marc I. Fenton**
Piper Rudnick
203 N. LaSalle St.  Suite 1800
Chicago, IL  60601-1293
Fax: (312) 630-5348; Email: marc.fenton@piperrudnick.com
*Counsel for : Air Canada*
*Wachovia Bank, N.A.*
*f/k/a First Union National Bank*

**Mark A. Fink**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas  24th Floor
New York, NY  10020
Fax: 2127686800; Email: mfink@sonnenschein.com
*Counsel for : Creditors Committee*

**Janet Fitzpatrick, Legal Assistant**
Unisys Corporation
Unisys Way  P.O. Box 500, M/S E8-108
Blue Bell, PA  19424
Fax: 2159865721; Email: janet.fitzpatrick@unisys.com
*Counsel for : Unisys Corporation*

**Steven B. Flancher, Assistant Attorney General**
State of Michigan, Attorney General
Department of Attorney General  Revenue and Collections Division  First I
Lansing, MI  48922
Fax: 5173354879; Email:
*Counsel for : State of Michigan*

**Carol Flowe**
Arent Fox Kintner Plotkin & Kahn PLLC
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339
Fax: (202) 857-6395; Email: flowe.carol@arentfox.com
*Counsel for : Suntrust Bank*
*Vanguard Municipal Bond Funds*

**Jeff J. Friedman**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY  10022
Fax: 2129407109; Email: jeff.friedman@kmzr.com
*Counsel for : Societe Nationale D'Etude et de Construction*
*de Moteurs D'Aviaton*

**Shari L. Friedman**
Marwedel, Minichello & Reeb
10 South Riverside Plaza, Suite 720
Chicago, IL  60606
Fax: (312) 902-9900; Email: sfriedman@mmr-law.com
*Counsel for : Chromalloy Gas Turbine Corporation*

**William Gardner**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019-5820
Fax: (212) 262-1910; Email: wgardner@mayerbrownrowe.com
*Counsel for : Barclays Bank PLC*

**Arthur S. Garrett, III**
Keller & Heckman LLP
1001 G Street, N.W.  Suite 500 West
Washington, DC  20001
Fax: 2024344646; Email: garrett@khlaw.com
*Counsel for : Alion Science and Technology, Inc.
Human Factors Applications, Inc.
Behman Atefi, Sidney Firstman and Barry Watson*

**Kimberly A. Geiler**
Gibson, Dunn & Crutcher, LLP
2100 McKinsey Ave. Suite 1100
Dallas, TX  75201
Fax: (214) 698-3400; Email: kgeiler@gibsondunn.com
*Counsel for : Atlantic Coast Airlines*

**Douglas C. Giese**
Defrees & Fiske
200 South Micigan Avenue  Suite 1100
Chicago, IL  60604
Fax: 3129305617; Email: dcgiese@defrees.com
*Counsel for : City & County of Denver*

**Steven A. Ginther, Special Assistant Attorney Gen**
Missouri Department of Revenue
General Counsel's Office  301 W. High Street, Room 670  P.O. Box 475
Jefferson City, MO  65105-0475
Fax: 5737517232; Email: ndllecf@mail.dor.state.mo.us
*Counsel for : Missouri Department of Revenue*

**Ronald W. Goldberg**
Orrick, Herrington & Sutcliff, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
Fax: 2136122499; Email: rgoldberg@orrick.com
*Counsel for : WestLB. AG, f/k/a Westdeutsche Landesbank
Girozentrale, New York Branch*

**Harley J. Goldstein**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606
Fax: 3123606572; Email: hgoldstein@freebompeters.com
*Counsel for : OurHouse, Inc.*

**Bruce Gordon**
IBM Credit Corporation
Restructuring Group - MD NC317  North Castle Drive
Armonk, NY  10504
Fax: 8454913264; Email: gordonbr@us.ibm.com
*Counsel for : IBM Credit Corporation*

**Lisa E. Funk**
American Airlines, Inc.
P.O. Box 619616  MD 5675
DFW Airport, TX  75261-9616
Fax: 8179672937; Email: lisa.funk@aa.com
*Counsel for : American Airlines, Inc.*

**Gilles Gareau**
Lauzon Belanger
511 Place Darmes  Suite 200
Montreal,  QC  H2Y 2W7  Canada
Fax: ; Email: ggareau@lauzonbelanger.qc.ca
*Counsel for : Always Travel, Inc.
Highbourne Enterprises, Inc.
Canadian Standard Travel Agent Registry*

**Geoffrey H. Garrett**
Attorney at Law
8311 SE 83rd Street
Mercer Island, WA  98040
Fax: ; Email: ghgarrett@attbi.com
*Counsel for : ALPA*

**Matthew T. Gensburg**
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 2400
Chicago, IL  60601
Fax: (312) 456-8435; Email: gensburgm@gtlaw.com
*Counsel for : City of Chicago*

**David A. Gill**
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East  Third Floor
Los Angeles, CA  90067-2904
Fax: (310) 277-5735; Email: dagill@dgdk.com
*Counsel for : City of Los Angeles, Dept. of Airports*

**Adrienne Go, Deputy City Attorney**
San Francisco International Airport
International Terminal  5th Fl.  PO Box 8097
San Francisco, CA  94128
Fax: (650) 821-5086; Email: Adrienne.Go@flysfo.com
*Counsel for : San Francisco International Airport
City and County of San Francisco*

**Richard N. Golding**
Katz Randall Weinberg & Richmond
333 W. Wacker Dr.  Suite 1800
Chicago, IL  60606
Fax: 3128073903; Email: rgolding@krw.com
*Counsel for : Port Authority of New York and New Jersey*

**Henry Goodman**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY  10022
Fax: (212) 940-8776; Email: henry.goodman@kmzr.com
*Counsel for : HypoVereinsbank*

**David B. Goroff**
Foley & Lardner
321 North Clark Street  Suite 2800
Chicago, IL  60610
Fax: 3126447528; Email: dgoroff@foleylaw.com
*Counsel for : Port of Portland; Tucson Airport Auth
John Wayne Airport; Miami-Dade County, Florida
Detroit Metropolitan Wayne County Airport
Port of Oakland
Metropolitan Washington Airport Authority*

**Richard P. Garden**
Cline, Williams, Wright, Johnson & Oldfather LLP
1900 U.S. Bank Building  233 South 13th Street
Lincoln, NE  68508-2095
Fax: 4024745393; Email: rgarden@cline-law.com
*Counsel for : Travel  & Transport, Inc.*

**Jeffrey Gargano**
Wallenstein & Wagner, Ltd.
311 South Wacker Drive  Suite 5300
Chicago, IL  60606
Fax: 3125543301; Email: jgargano@wallywag.com
*Counsel for : Pitney Bowes Credit Corporation*

**Frances Gecker, Esq.**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-1747
Fax: 3122691747; Email: fgecker@ngelaw.com
*Counsel for : American State Bank
Heidrick & Struggles International, Inc.
DiamondCluster International, Inc.
Dallas/Ft. Worth Int'l. Airport Board
Sage Parts Plus, Inc.*

**Toby L. Gerber**
Fulbright & Jaworski LLP
2200 Ross Avenue  Suite 2800
Dallas, TX  75201-2784
Fax: 2148558200; Email: tgerber@fulbright.com
*Counsel for : International Air Transport Association*

**R. Dale Ginter, Esq.**
Downey Brand LLP
555 Capitol Mall  10th Floor
Sacramento, CA  95814-4686
Fax: (916) 441-4021; Email: dginter@downeybrand.com
*Counsel for : California Statewide Communities Development Auth.*

**Thomas D. Goldberg, Esq.**
Day, Berry & Howard
One Canterbury Green
Stamford, CT  06901-2047
Fax: (203) 977-7301; Email: tdgoldberg@dbh.com
*Counsel for : Pratt & Whitney*

**Ira H. Goldman**
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Fax: ; Email: bankruptcy@goodwin.com
*Counsel for : Wells Fargo Bank, National Association*

**Barbara Goodstein**
Clifford Chance US LLP
200 Park Avenue
New York, NY  10166
Fax: 2126788375; Email: barbara.goodstein@cliffordchance.com
*Counsel for : Nomura Babcock & Brown Co., Ltd.*

**William F. Govier**
Bingham McCutchen LLP
One State Street
Hartford, CT  06103
Fax: 3122402588; Email: william.govier@bingham.com
*Counsel for : Debtor's 1990 V Equipment Trust*

**Brian M. Graham**
Shaw, Gussis, Fishman, Glantz & Wolson, LLC
1144 W. Fulton St.  Suite 200
Chicago, IL  60607
Fax: (312) 541-0155; Email: bgraham@shawgussis.com
*Counsel for : Atlantic Coast Airlines, Inc.*

**Jonathan S. Green**
Miller, Canfield, Paddock & Stone PLC
150 West Jefferson Avenue  Suite 2500
Detroit, MI  48226
Fax: 3134968450; Email: greenj@millercanfield.com
*Counsel for : Retirement Systems of Alabama*

**John Grossbart**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128767934; Email: jgrossbart@sonnenschein.com
*Counsel for : Creditors Committee*

**Elizabeth M. Guffy**
Dewey Ballantine LLP
700 Louisana  Suite 1900
Houston, TX  77002
Fax: (713) 445-1533; Email: ualservice@deweyballantine.com
*Counsel for : Verizon Capital Corporation*
*Walt Disney Pictures & Television*
*Morgan Stanley*
*Intravrok I, LLC*

**W. Thomas Halbleib**
Stites & Harbison, PLLC
400 West Market St.
Louisville, KY  40202
Fax: (502) 587-6391; Email: thalbleib@stites.com
*Counsel for : Regn'l Airport Auth of Louisville/Jefferson Cnty*
*Lexington-Fayette Urban Airport Board*

**Lawrence M. Handelsman**
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982
Fax: (212) 806-6006; Email: lhandelsman@stroock.com
*Counsel for : Delta Air Lines, Inc.*

**Steven M. Hartmann**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606-6677
Fax: 3123606573; Email: shartmann@freebornpeters.com
*Counsel for : Chase Transportation*
*Chase Terminal*
*Motiva*
*SOPUS*
*Shell Pipeline*

**David  Hayes, Chief Legal Officer**
Trans States Airlines, Inc.
11495 Natural Bridge Road
St. Louis, MO  63044
Fax: 3142224311; Email:
*Counsel for : Trans States Airlines, Inc.*

**John McL.  Healy, Esq.**
IAE International Aero Engines AG
IAE Building  400 Main Street, M/S 121-10
East Hartford, CT  06108
Fax: (860) 565-5220; Email: jhealy@iaev2500.com
*Counsel for : IAE International Aero Engines AG*

**Jeffrey J. Graham**
Sommer Barnard Ackerson, PC
4000 Bank One Tower  111 Monument Circle
Indianapolis, IN  46204
Fax: (317) 236-9802; Email: jgraham@sbalawyers.com
*Counsel for : City of Indianapolis*

**Gary E. Green**
Coston & Lichtman
407 S. Dearborn St., Suite 600
Chicago, IL  60605
Fax: 3124277356; Email: ggreen@costonlaw.com
*Counsel for : General Electric Capital Corporation*

**Judy A. Groves**
Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA  02199-7613
Fax: (817) 227-4420; Email: jgroves@palmerdodge.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**Peter J. Gurfein**
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East  Suite 2400
Los Angeles, CA  90067
Fax: 3102291001; Email: pgurfein@akingump.com
*Counsel for : WestLB. AG, f/k/a Westdeutsche Landesbank*
*Girozentrale, New York Branch*

**Judith A. Hall**
Babcock & Brown LP
2 Harrison St.
San Francisco, CA  94105
Fax: (415) 267-1500; Email: judith.hall@babcockbrown.com
*Counsel for : Babcock & Brown LP*

**Jonathan C. Hantke**
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032
Fax: 2819856321; Email: jhantke@aldine.k12.tx.us
*Counsel for : Aldine Independent School District*

**Ruth A. Harvey**
US Department of Justice
Civil Division  PO Box 875  Ben Franklin Station
Washington, DC  20044
Fax: (202) 514-9163; Email: ruth.harvey@usdoj.gov
*Counsel for : US Department of Justice*

**Nathan  Haynes**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666; Email: nathan.haynes@cwt.com
*Counsel for : Northwest Airlines*

**Paul E. Heath**
Vinson & Elkins LLP
3700 Trammell Crow Center  2001 Ross Avenue
Dallas, TX  75201-2975
Fax: (214) 999-7976; Email: pheath@velaw.com
*Counsel for : Dallas/Ft. Worth Int'l. Airport Board*

**Paul A. Greco**
DiMonte & Lizak
216 W. Higgins Road
Park Ridge, IL  60068
Fax: 8476989623; Email: pgreco@dimonteandlizak.com
*Counsel for : Advanced Roofing, Inc.*

**Ira S. Greene**
Hogan & Hartson, LLP
551 Fifth Ave.
New York, NY  10176
Fax: (212) 697-6686; Email: isgreene@hhlaw.com
*Counsel for : Discover Financial Services*

**Matthew J. Gryzlo**
Wallenstein & Wagner, Ltd.
311 South Wacker Drive  Suite 5300
Chicago, IL  60606
Fax: 3125543301; Email: mgryzlo@wwrfirm.com
*Counsel for : Pitney Bowes Credit Corporation*

**Deborah M. Gutfeld**
Piper Rudnick
203 North LaSalle St., Suite 1800
Chicago, IL  60601-1293
Fax: (312) 630-5336; Email: deborah.gutfeld@piperrudnick.com
*Counsel for : Wachovia Bank, N.A.*
*f/k/a First Union National Bank*
*Michelin Aircraft Tire Corporation*

**Aaron L. Hammer, Esq.**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: (312) 701-7711; Email: ahammer@mayerbrownrowe.com
*Counsel for : Philip Morris Capital Corp.*
*General Foods Credit Investors No. 3 Corp.*

**David J. Harris**
Burch, Porter & Johnson
130 North Court Avenue
Memphis, TN  38103
Fax: 9015245024; Email: dharris@bpjlaw.com
*Counsel for : Hilton Hotels Corporation*

**James F. Hayden**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: (212) 354-8113; Email: jhayden@whitecase.com
*Counsel for : UFJ Bank Limited, Chicago Branch*

**Thomas E. Healey**
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
Washington, DC  20007
Fax: 2022987570; Email: thomas.healey@kmzr.com
*Counsel for : Hypovereins Bank*

**Mark F. Hebbeln**
Gardner, Carton & Douglas
321 N. Clark Street  Suite 3400
Chicago, IL  60610
Fax: (312) 644-3381; Email: mhebbeln@gcd.com
*Counsel for : HSBC Bank USA*
*Fifth Third Bank*

**Steven M. Hedberg**
Perkins Coie LLP
1201 Third Avenue  Suite 4800
Seattle, WA  98101-3099
Fax: 2065838500; Email: shedberg@perkinscoie.com
*Counsel for : The Boeing Company*
*Boeing Capital Corp.*

**Eric Henricks**
Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH  43215
Fax: 6146772285; Email: henrice@nationwide.com
*Counsel for : Nationwide Life Insurance Company*
*Provident Nationwide Provident a/k/a Mutual*
*Life Insurance Company*

**Robert Herrmann**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT  06484-4361
Fax: 2039224029; Email: robert.hermann@pb.com
*Counsel for : Pitney Bowes Credit Corporation*

**Richard Hiersteiner**
Palmer & Dodge, LLP
111 Huntington Ave.  Prudential Center
Boston, MA  02199-7613
Fax: (617) 227-4420; Email: rhiersteiner@palmerdodge.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**Barbara J. Hillman**
Cornfield & Feldman
25 E. Washington St.  Suite 1400
Chicago, IL  60602
Fax: (312) 236-6686; Email: bhillman@cornfieldandfeldman.com
*Counsel for : Association of Flight Attendants*

**Brian L. Holman**
White & Case LLP
633 West Fifth Street #1900
Los Angeles, CA  90071-2007
Fax: (213) 687-0758; Email: bholman@whitecase.com
*Counsel for : AT&T Credit Holdings, Inc., et al.*
*ank of America (vendor & leasing and cap)*
*DFO Partnership*
*Lone Star Air Partners LLC*
*USWFS Intermediary Trust*

**John D. Horenstein**
Condon & Forsyth LLP
685 Third Avenue
New York, NY  10017
Fax: 2123704453; Email: jhorenstein@condonlaw.com
*Counsel for : Mitsubishi Heavy Industries, Ltd.*

**John D. Huige**
Unisys Corporation
666 Blairmoor Court
Grosse Pointe Woods, MI  48236
Fax: 3133439441; Email: john.huige@unisys.com
*Counsel for : Unisys Corporation*

**Peter A. Ivanick**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY  10019-5389
Fax: (212) 424-8500; Email: pivanick@llgm.com
*Counsel for : Wachovia Bank, N.A.*
*f/k/a First Union National Bank*

**Steven Heim, Esq.**
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN  55402-1498
Fax: (612) 340-2643; Email: heim.steven@dorseylaw.com
*Counsel for : U.S. Bank National Association*

**Jeffery D. Hermann**
Orrick, Herrington & Sutcliff, LLP
777 South Figueroa Street  Suite 3200
Los Angeles, CA  90017-5855
Fax: 2136122499; Email: jhermann@orrick.com
*Counsel for : WestLB AG*

**Cathy Hershcopf**
Kronish, Lieb, Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY  10036
Fax: (212) 479-6275; Email: chershcopf@kronishlieb.com
*Counsel for : UAL ESOP*

**Ken Higman**
Hewlett-Packard Company
2125 E. Katella Avenue
Anaheim, CA  92806
Fax: (714) 940-7539; Email: ken.higman@hp.com
*Counsel for : Hewlett-Packard Company*

**Michael Hoggan**
Wells Fargo Bank Northwest, NA
Corporate Trust Services  299 S. Main Street  12th Floor
Salt Lake City, UT  84111
Fax: (801) 246-5053; Email: michael.hoggan@wellsfargo.com
*Counsel for : Wells Fargo Bank Northwest, NA*

**James D. Holzhauer**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: 3127069165; Email: jholzhauer@mayerbrownrowe.com
*Counsel for : Glenn F. Tilton*

**Alan Horowitz**
Buchalter, Newmer, Fields & Younger
895 Dove Street  Suite 400
Newport Beach, CA  92658-8129
Fax: 9497200182; Email: ahorowitz@buchalter.com
*Counsel for : Oracle Corporation*

**Cassandra Ingram**
Wells Fargo Investment, LLC
MAC N9303-089  608 Second Ave South, 8th Floor
Minneapolis, MN  55402
Fax: 6126672516; Email: cassandra.l.ingram@wellsfargo.com
*Counsel for : Wells Fargo*

**Paula K. Jacobi**
Sugar, Friedberg & Felsenthal
30 North LaSalle St., Suite 3000
Chicago, IL  60602
Fax: (312) 372-7951; Email: pjacobi@sff-law.com
*Counsel for : Suntrust Bank*
*Vanguard Municipal Bond Funds*

**David Heller**
Latham & Watkins
233 S. Wacker Drive  Suite 5800
Chicago, IL  60606
Fax: (312) 993-9767; Email: david.heller@lw.com
*Counsel for : Bank One*

**Robert W. Herrman**
Investment Management Advisors, LLC
800 E. Northwest Highway
Suite #203
Mt. Prospect, IL  60056
Fax: 8476705805; Email: rherrman@ima-advisors.com
*Counsel for : PSEG Resources, LLC*

**Neil H. Herskowitz**
Riverside Contracting LLC
P.O. Box 626  Planetarium Station
New York, NY  10024-0540
Fax: 2125017088; Email:
*Counsel for : Regen Capital I, Inc.*

**Barbara M. Hill, Asst. County Atty.**
Broward County Aviation Department
320 Terminal Drive
Fort Lauderdale, FL  33315
Fax: (954) 359-1292; Email: bahill@broward.org
*Counsel for : Broward County*

**Margaret A. Holland**
New Jersey Attorney General's Office
Division of Law  R.J. Hughes Justice Complex  P.O. Box 106; 25 Market S
Trenton, NJ  08625
Fax: (609) 292-6007; Email: hollamar@law.dol.lps.state.nj.us
*Counsel for : New Jersey Director, Div. Of Taxation*

**Edward B. Hopper**
Stewart & Irwin, P.C.
251 E. Ohio Street  Suite 1100
Indianapolis, IN  46204
Fax: 3176321319; Email: ehopper@stewart-irwin.com
*Counsel for : Ikre Williamson, et al.*

**Miles Hughes**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700; Email: mwhughes@mwe.com
*Counsel for : Bank of New York*

**Kenneth W. Irvin**
Morrison & Foerster LLP
2000 Pennsylvania Ave. N.W.  Suite 5500
Washington, DC  20006-1888
Fax: 2028870763; Email: wmccarron@mofo.com
*Counsel for : San Diego County Regional Airport Authority*

**Richard J. Jacobson**
Flaherty & Jacobson, PC
134 North LaSalle Street  Suite 1600
Chicago, IL  60602
Fax: (312) 782-4725; Email: rjacobson@fjlaw.com
*Counsel for : Goodrich Corporation*

**David Jacobson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: 3128767934; Email: djacobson@sonnenschein.com
*Counsel for : Creditors Committee*

**Fruman Jacobson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: (312) 876-7934; Email: fjacobson@sonnenschein.com
*Counsel for : Creditors Committee*

**Barbara Jacobson, Esq.**
Port of Portland
7000 NE Airport Way, 3rd Floor
Portland, OR 97218
Fax: (503) 548-5586; Email: jacobb@portptld.com
*Counsel for : Port of Portland*

**Steven R. Jakubowski**
Robert F. Coleman & Associates
77 West Wacker Drive Suite 4800
Chicago, IL 60601
Fax: (312) 444-1028; Email: sjakubowski@colemanlawfirm.com
*Counsel for : Carrie Gammell*

**Snyder James**
Neal, Gerber & Eisenberg
Two North LaSalle Street Suite 2200
Chicago, IL 60602-3801
Fax: 3122691747; Email: jsnyder@ngelaw.com
*Counsel for : American State Bank*
*Heidrick & Struggles International, Inc.*
*DiamondCluster International, Inc.*
*Dallas/Ft. Worth Int'l. Airport Board*
*Sage Parts Plus, Inc.*

**Kim Y. Jefferson**
Tennessee Attorney General's Office
Office of the Attorney General Bankruptcy Division PO Box 20207
Nashville, TN 37202
Fax: (615) 741-3334; Email: kim.jefferson@state.tn.us
*Counsel for : Tennessee Attorney General's Office*

**William S. Jenkins**
Myers & Jenkins
3003 North Central Avenue Suite 1000
Phoenix, AZ 85012
Fax: (602) 200-7910; Email: wsj@mjlegal.com
*Counsel for : City of Des Moines, IA Dept of Aviation*

**Brian A. Jennings**
Perkins Coie LLP
1201 Third Avenue 48th Floor
Seattle, WA 98101-3099
Fax: 2065838500; Email: bjennings@perkinscoie.com
*Counsel for : The Boeing Company*
*Boeing Capital Corp.*

**Steven D. Jerome**
Snell & Wilmer LLP
One Arizona Center 400 E. Van Buren St.
Phoenix, AZ 85004-2202
Fax: 6023826070; Email: sjerome@swlaw.com
*Counsel for : Tucson Airport Authority ("TAA")*

**Douglas W. Jessop**
Jessop & Co., PC
303 E. 17th Ave. Suite 930
Denver, CO 80203
Fax: (303) 860-7233; Email: dwjessop@jessopco.com
*Counsel for : Denver International Airport*
*City and County of San Francisco,*
*acting by and through San Francisco Airport Comm.*

**Thomas L. Johns**
Oiltest, Inc.
111 Broadway 9th Floor
New York, NY 10006
Fax: ; Email: tljohnsesq@aol.com
*Counsel for : Oiltest, Inc.*

**Cindy R. Johnson**
Imperial County Treasurer
940 West Main Street Suite 106
El Centro, CA 92243
Fax: 7603527883; Email: cindyjohnson@imperialcounty.net
*Counsel for : County of Imperial, California*

**Russell R. Johnson, III**
Attorney at Law
3734 Byfield Place
Richmond, VA 23233
Fax: ; Email: russj4478@aol.com
*Counsel for : Public Service Electric & Gas Co.*
*Commonwealth Edison Company*
*Michigan Consolidated Gas Company*

**David P. Johnson**
Hamilton-Sundstrand
4747 Harrison Avenue Mail Stop 255-6
Rockford, IL 61108
Fax: (815) 394-2439; Email: davidp.johnson@hs.utc.com
*Counsel for : Hamilton-Sundstrand*

**James O. Johnston**
Hennigan, Bennett & Dorman LLP
601 S. Figueroa St. Suite 3300
Los Angeles, CA 90017
Fax: (213) 694-1234; Email: johnstonj@hbdlawyers.com
*Counsel for : Franklin Advisors, Inc.*
*Oaktree Capital Management LLC*

**Julie Johnston-Ahlen**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Steet
Chicago, IL 60603
Fax: 312701711; Email: jjohnston-ahlen@mayerbrownrowe.com
*Counsel for : General Foods Credit Investors No. 3 Corp.*

**Patrick M. Jones**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL 60601
Fax: (312) 456-8435; Email: jonespat@gtlaw.com
*Counsel for : City of Chicago*

**Laura D. Jones**
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market St. Suite 1600
Wilmington, DE 19801
Fax: (302) 652-4400; Email: ljones@pszyj.com
*Counsel for :*

**Gregory J. Jordan**
Rooks Pitts
10 S. Wacker Drive Suite 2300
Chicago, IL 60606
Fax: 8566800830; Email: gjordan@rookspitts.com
*Counsel for : John D. Steuart*
*John H. Fullmer*
*Layton S. Han*
*Craig S. Stevens*

**Danni L. Jorenby, Deputy**
State of Wisconsin
Department of Workforce Development Unemployment Insurance P.O. E
Madison, WI 53708
Fax: 6082666692; Email: dwdtaxnet@dwd.state.wi.us
*Counsel for : State of Wisconsin*

**David Kane**
Freeborn & Peters
311 S. Wacker Drive Suite 3000
Chicago, IL 60606
Fax: 3123608572; Email: dkane@freebornpeters.com
*Counsel for : OurHouse, Inc.*

**William W. Kannel, Esq.**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Fax: (617) 542-2241; Email: wkannel@mintz.com
*Counsel for : Fifth Third Bank, N.A.*

**Harold L. Kaplan**
Gardner, Carton & Douglas
321 N. Clark Street Suite 3400
Chicago, IL 60610-4795
Fax: (312) 644-3381; Email: hkaplan@gcd.com
*Counsel for : HSBC Bank USA*
*Fifth Third Bank*

**James Katchadurian**
Poorman-Douglas Corporation
49 Todd Hill Circle
Goldens Bridge, NY 10526
Fax: (914) 206-4800; Email: james.katchadurian@poorman-douglas.com
*Counsel for : Poorman-Douglas Corporation*

**Harold A. Katz**
Katz, Friedman, Eagle, Eisenstein & Johnson
77 West Washington Street 20th Floor
Chicago, IL 60602
Fax: (312) 372-5555; Email: hkatz@kfeej.com
*Counsel for : Air Line Pilots Association, Int'l.*

**Andrew S. Kelley**
Arnold & Porter LLP
370 Seventeenth Street Suite 4500
Denver, CO 80202-1370
Fax: 3038320428; Email: andrew.kelley@aporter.com
*Counsel for : Gate Gourmet Inc.*

**Wesley G. Kennedy**
Allison, Slutsky & Kennedy, PC
208 South LaSalle St. Suite 1880
Chicago, IL 60604
Fax: (312) 364-9410; Email: kennedy@ask-attorneys.com
*Counsel for : Professional Airline Flight Controller Association - UAL*

**Thomas M. Kennedy**
Pretzel & Stouffer, Chartered
One South Wacker Drive, Suite 2500
Chicago, IL  60606-4673
Fax: ; Email: tkennedy@pretzel-stouffer.com
*Counsel for : American Airlines, Inc.*

**Alexander D. Kerr, Jr.**
Tishler & Wald, Ltd.
200 South Wacker Dr.  Suite 2600
Chicago, IL  60606
Fax: (312) 874-3816; Email: akerr@tishlerandwald.com
*Counsel for : City of Des Moines, IA Dept of Aviation*

**Marc Kieselstein**
Kirkland & Ellis
200 E. Randolph Drive  Suite 8500
Chicago, IL  60601
Fax: (312) 861-2200; Email: marc_kieselstein@chicago.kirkland.com
*Counsel for : UAL Corporation*

**Janice L. Kiraly**
LSG Sky Chefs
Global Credit and Collections  6191 North State Highway 161
Irving, TX  75038
Fax: 9727930008; Email: janice.kiraly@lsgskychefs.com
*Counsel for : LSG Sky Chefs*

**Michael S. Kogan**
Ervin, Cohen & Jessup LLP
9401 Wilshire Boulevard  9th Floor
Beverly Hills, CA  90212
Fax: 3108502325; Email: mkogan@ecjlaw.com
*Counsel for : Ronald A. Katz Technology Licensing, L.P.*

**Michelle L. Kopf**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: (312) 876-7934; Email: mkopf@sonnenschein.com
*Counsel for : Creditors Committee*

**Michael Kramer**
Greenhill
300 Park Ave.  23rd Fl.
New York, NY  10022
Fax: (212) 389-1700; Email: mkramer@greenhill-co.com
*Counsel for :*

**Richard M. Kremen, Esq.**
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, MD  21209-3600
Fax: (410) 580-3001; Email: richard.kremen@piperrudnick.com
*Counsel for : Wachovia Bank, N.A.*
*f/k/a First Union National Bank*
*Michelin Aircraft Tire Corporation*

**Connie A. Lahn**
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII  45 South Seventh Street
Minneapolis, MN  55402
Fax: 6126077100; Email: clahn@oppenheimer.com
*Counsel for : Metropolitan Airports Commission*

**Timothy J. Langella**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: 6175422241; Email: tlangella@mintz.com
*Counsel for : Fifth Third Bank*

**Anne Marie  Kennelly**
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA  94304
Fax: (650) 852-8617; Email: anne.kennelly@hp.com
*Counsel for : Hewlett-Packard Company*

**Jennifer L. Kevelson**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY  10178-0060
Fax: 2127492652; Email: jkevelson@morganlewis.com
*Counsel for : JP Morgan Chase*
*Citicorp USA, Inc.*

**Therese C. King**
Foley & Lardner
321 North Clark Street  Suite 2800
Chicago, IL  60610
Fax: (312) 755-1925; Email: tking@foleylaw.com
*Counsel for : Port of Portland; Port of Oakland*
*John Wayne/Detroit Met Wayne Cnty Airport*
*Metropolitan Washington Airport Authority*
*Burlington Int'l Airport; Clark County, Nevada*
*Cities of Austin, Cleveland; Columbus Airport Auth*

**Clyde  Kizer**
Airbus
198 Van Buren St.  Suite 300
Herndon, VA  20170
Fax: (703) 834-3464; Email: clyde.kizer@airbus.com
*Counsel for : Airbus*

**Joe Kohanski**
Geffner & Bush
3500 W. Olive Ave.  Suite 1100
Burbank, CA  91505
Fax: (818) 973-3201; Email: jkohanski@geffner-bush.com
*Counsel for : Int'l Assoc. of Machinists and Aerospace Workers*

**Eugene J. Kottenstette**
City & County of Denver
201 W. Colfax Avenue  Department 1207
Denver, CO  80202-5332
Fax: ; Email: bankruptcy.gene@ci.denver.co.us
*Counsel for : City & County of Denver*

**Richard P. Krasnow**
Weil, Gotshal & Manges, LLP
767 Fifth Ave.
New York, NY  10153
Fax: (212) 310-8007; Email: richard.krasnow@weil.com
*Counsel for : General Electric Capital Corporation*
*and certain of its affiliates*

**Jonathan D. Kron, Esq.**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: (312) 701-7711; Email: jkron@mayerbrownrowe.com
*Counsel for : Philip Morris Capital Corp.*
*General Foods Credit Investors No. 3 Corp.*

**John Lakosil**
United Air Lines, Inc.
WHQLD  1200 E. Algonquin Rd.
Elk Grove Village, IL  60007
Fax: (847) 700-4683; Email: John.Lakosil@ual.com
*Counsel for : UAL Corporation*

**Joseph G. LaRusso, Assistant Corporation Counsel**
City of Boston
City Hall Room M-5  One City Hall Square
Boston, MA  02201
Fax: 6176354702; Email: joseph.larusso@ci.boston.ma.us
*Counsel for : City of Boston*

**Joseph  E. Kernan, Lieutenant Governor**
Indiana Department of Commerce
Office of the Lieutenant Governor
Indianapolis, IN  46204-2790
Fax: (317) 232-4788; Email: jkernan@state.in.us
*Counsel for : Indiana Department of Commerce*

**Ayesha Khan**
Salans
620 Fifth Avenue
New York, NY  10020
Fax: 2126325555; Email:
*Counsel for : Credit Lyonnais, et al.*

**Christopher Kiplok**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
Fax: 2124224726; Email: kiplok@hugheshubbard.com
*Counsel for : Debis Financial Services, Inc.*

**Roy S. Kobert, P.A.**
Broad & Cassel
390 N. Orange Ave.  Suite 1100
Orlando, FL  32801
Fax: (407) 650-0927; Email: rkobert@broadandcassel.com
*Counsel for : Greater Orlando Aviation Authority*

**Vincent A. Kolber**
Residco
Three First National Plaza, Suite 777
Chicago, IL  60602
Fax: (312) 726-3890; Email: kolber@residco.com
*Counsel for : Vincent A. Kolber*

**Stuart Kovensky**
John A. Levin & Co.
1 Rockefeller Plaza  19th Floor
New York, NY  10020
Fax: (212) 332-8402; Email: skovensky@levinco.com
*Counsel for :*

**John P. Kreis**
Law Offices of John P. Kreis
515 S. Flower St.  Suite 3500
Los Angeles, CA  90071-2203
Fax: 2133300258; Email: jkreis@attglobal.net
*Counsel for : Meggitt Safety Systems, Inc.*

**Jordan A. Kroop**
Squire, Sanders & Dempsey LLP
Two Renaissance Square  40 North Central Avenue  Suite 2700
Phoenix, AZ  85004-4498
Fax: ; Email: jkroop@ssd.com
*Counsel for : Sky Mall*

**Kathleen M. LaManna**
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Fax: ; Email: bankruptcy@goodwin.com
*Counsel for : Wells Fargo Bank, National Association*

**Linda S. Law**
City of Portland - City Attorney's Office
1221 SW 4th Avenue  Room 430
Portland, OR  97204
Fax: ; Email: llaw@ci.portland.or.us
*Counsel for : City of Portland*

**Lon P. LeClair**
Wells Fargo
Sixth & Marquette  N9303-120
Minneapolis, MN  55479
Fax: ; Email: bankruptcy@goodwin.com
   *Counsel for : Wells Fargo Bank, National Association*

**Brian Leitch**
Arnold & Porter LLP
370 Seventeenth Street  Suite 4500
Denver, CO  80202-1370
Fax: 3038320428; Email: brian_leitch@aporter.com
   *Counsel for : Gate Gourmet Inc.*

**Edward J. Lesniak, Esq.**
Burke, Warren, MacKay & Serritella
330 N. Wabash Ave.  22nd Fl. IBM Plaza
Chicago, IL  60611-3607
Fax: (312) 840-7900; Email: elesniak@burkelaw.com
   *Counsel for : Aviall, Inc.*

**Ira Levee**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068
Fax: (973) 597-2401; Email: ilevee@lowenstein.com
   *Counsel for : Int'l Assoc. of Machinists and Aerospace Workers*

**Louis W. Levit, P.C.**
Ross & Hardies
150 North Michigan Avenue  Suite 2500
Chicago, IL  60601-7567
Fax: (312) 750-8600; Email: louis.levit@rosshardies.com
   *Counsel for : IAE International Aero Engines AG*

**Neil Lewis**
Nomura Babcock & Brown Co., Ltd.
8F, Dai-ichi Edobashi Building  1-11, Nihonbashi, 1-chome  chuo-ku
Tokyo 103-0027,   Japan
Fax: ; Email: neil@nbb.co.jp
   *Counsel for : Nomura Babcock & Brown Co., Ltd.*

**Douglas J. Lipke**
Vedder, Price, Kaufman & Kammholz
222 North LaSalle Street
Chicago, IL  60601-7500
Fax: (312) 609-5005; Email: dlipke@vedderprice.com
   *Counsel for : UAL Corporation*

**Leslie D. Locke**
Ross & Hardies
150 North Michigan Avenue  Suite 2500
Chicago, IL  60601-7567
Fax: (312) 750-8600; Email: leslie.locke@rosshardies.com
   *Counsel for : IAE International Aero Engines AG*

**James D. H. Loushin**
Faegre & Benson LLP
2200 Wells Fargo Center  90 South Seventh Street
Minneapolis, MN  55402-3901
Fax: (612) 766-1600; Email: jloushin@faegre.com
   *Counsel for : Frontier Airlines, Inc.*

**Timothy J. Lynes**
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson, N.W.
Washington, DC  20007
Fax: 2022987570; Email: timothy.lynes@kmzr.com
   *Counsel for : Societe Nationale D'Etude et de Construction de Moteurs D'Aviaton*

**Michael D. Lee**
Schuyler, Roche & Zimer, P.C.
One Prudential Plaza  Suite 3800
Chicago, IL  60601
Fax: (312) 565-8300; Email: mlee@srzlaw.com
   *Counsel for : Verizon Capital Corporation*
   *Walt Disney Pictures & Television*
   *Morgan Stanley*
   *Intravock I, LLC*

**David LeMay**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Fax: 6467105112; Email: dlemay@chadbourne.com
   *Counsel for : Citibank Privatkunden AG*

**Eve Lettvin**
Hogan & Hartson, LLP
885 Third Ave  FL 26
New York, NY  10022
Fax: (212) 918-6100; Email: elettvin@hhlaw.com
   *Counsel for : Starwood Hotels & Resorts Worldwide, Inc.*
   *Discover Financial Services*

**James Levine, Chief Legal Counsel**
Air Transportation Stabilization Board
1120 Vermont Ave.  Suite 970
Washington, DC  20005
Fax: (202) 622-3420; Email: atsb@do.treas.gov
   *Counsel for : Air Transportation Stabilization Board*

**Richard F. Levy**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611-7603
Fax: (312) 923-2748; Email: rlevy@jenner.com
   *Counsel for : Milepost Properties - Chicago, LLC*

**Michael C. Li**
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201
Fax: 2149536503; Email: michael.li@bakerbotts.com
   *Counsel for : Brierley & Partners*

**Bruce E. Lithgow**
Bell, Boyd and Lloyd LLC
70 W. Madison Street  Suite 3300
Chicago, IL  60602
Fax: 3122678118; Email: blithgow@bellboyd.com
   *Counsel for : Horace Edward Tolle*

**Dana J. Lockhart**
Airbus North America Holdings, Inc.
198 Van Buren Street  Suite 300
Herndon, VA  20170
Fax: (703) 834-3547; Email: dana.lockhart@airbus.com
   *Counsel for : Airbus North America Holdings, Inc.*

**Paul A. Lucey**
Michael Best & Friedrich LLC
100 E. Wisconsin Avenue  Suite 3300
Milwaukee, WI  53202
Fax: 4142770656; Email: palucey@mbf-law.com
   *Counsel for : Ameriquest Capital Corp.*

**Mark E. Leipold**
Gould & Ratner
222 North LaSalle Street  Suite 800
Chicago, IL  60601-1086
Fax: 3122363241; Email: mleipold@gouldratner.com
   *Counsel for : U.S. Bank N.A.*

**Heather Lennox**
Jones, Day, Reavis & Pogue
North Point  901 Lakeside Avenue
Cleveland, OH  44114
Fax: (216) 579-0212; Email: jdrpual@jonesday.com
   *Counsel for : National Processing Company LLC*
   *National City Bank of Kentucky*

**Charles B. Leuin**
Jenkens & Gilchrist
225 W. Washington St.  Suite 2600
Chicago, IL  60606
Fax: (312) 425-3909; Email: cleuin@jenkens.com
   *Counsel for : International Air Transport Association*

**Sharon L. Levine**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068
Fax: (973) 597-2375; Email: slevine@lowenstein.com
   *Counsel for : Int'l Assoc. of Machinists and Aerospace Workers*

**Stephen Lew**
Office of the California Attorney General
300 So. Spring Street  Suite 1702
Los Angeles, CA  90013-1230
Fax: 2138975775; Email: stephen.lew@doj.ca.gov
   *Counsel for : California State Board of Equalization*

**Carolyn Lievers, Asst. Atty. General**
Colorado Department of Revenue
1525 Sherman Street, 5th floor
Denver, CO  80203-1760
Fax: (303) 866-5671; Email: janet.nuckles@state.co.us
   *Counsel for : Colorado Department of Revenue*

**Daniel M. Litt**
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC  20037-1526
Fax: 2028870689; Email: littd@dsmo.com
   *Counsel for : Allied Capital Corporation*

**Sara E. Lorber**
Holland & Knight LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL  60603
Fax: 3125789666; Email: sara.lorber@hklaw.com
   *Counsel for : Gate Gourmet Inc.*
   *Gate Safe, Inc.*

**Kevin Lund**
Unit Providence Corporation
1 Fountain Square
Chattanooga, TN  37402
Fax: 4237551671; Email: klund@unumprovident.com
   *Counsel for : Unit Providence Corporation*

**John K. Lyons**
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL  60606
Fax: (312) 407-8680; Email: jlyonsch@skadden.com
    Counsel for : US Airways, Inc., MidAtlantic Airways Inc.
    US Airways Group, Inc., US Airways Leasing
    Alleghany Airlines, Inc.
    Material Services Company, Inc.
    Piedmont Airlines, Inc.

**Terry John Malik**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Fax: (312) 558-5700; Email: tmalik@winston.com
    Counsel for : Fleet Capital Leasing; Northwestern Mutual Life
    SBC Capital Services; Sempra Energy
    Bank One Corporation; Metronational Corp.
    MarCap Corporation; Sallie Mae; SITA
    Pacific Harbor Capital, Inc.

**Lee Marable, Assistant City Attorney**
City & County of Denver
Airport Legal Services - DIA  201 W. Colfax Ave.  Dept. 1108
Denver, CO  80202
Fax: (720) 913-8420; Email: marable@dia.denver.co.us
    Counsel for : City & County of Denver
    Denver International Airport

**Andrew S. Marovitz**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ;  Email: amarovitz@mayerbrownrowe.com
    Counsel for : UAL Loyalty Services, Inc.

**Renee  Martin-Nagle**
Airbus North America Holdings, Inc.
198 Van Buren Street  Suite 300
Herndon, VA  20170
Fax: (703) 834-3527; Email: renee.martinnagle@airbus.com
    Counsel for : Airbus North America Holdings, Inc.

**Patrick Matanane**
Bank of New York Western Trust Company
550 Kearney Street  Suite 600
San Francisco, CA  94108
Fax: (415) 399-1647; Email: pmatanane@bankofny.com
    Counsel for : Bank of New York Western Trust Company

**James M. McArdle**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405; Email: jmmcardle@uhlaw.com
    Counsel for : Healthcare Service Corp.
    City & County of San Francisco
    Denver International Airport

**Paul McDonnell, Treasurer and Tax Collector**
County of Riverside
ATTN: Maria O'Neil  P.O. Box 12005
Riverside, CA  92502-2205
Fax: 9099553090; Email: monell@co.riverside.ca.us
    Counsel for : County of Riverside, California

**Joan  MacDonald**
Public Services Resources Corp.
80 Park Plaza, T-22
Newark, NJ  07102-4194
Fax: 9734563569; Email: joan.macdonald@pseg.com
    Counsel for : N654UA

**James M. Malley**
Angelo, Gordon & Co.
245 Park Avenue  28th Floor
New York, NY  10167
Fax: (212) 867-6395; Email: jmalley@angelogordon.com
    Counsel for : Angelo, Gordon & Co.

**Ellen D. Marcus**
Debevoise & Plimpton LLP
555 13th Street, N.W.  Suite 1100E
Washington, DC  20004
Fax: (202) 383-8118; Email: edmarcus@debevoise.com
    Counsel for : John Hancock Life Insurance Co.

**Matthew M. Martin**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: 3122691747; Email: mmartin@ngelaw.com
    Counsel for : American State Bank
    Heidrick & Struggles International, Inc.
    DiamondCluster International, Inc.
    Dallas/Ft. Worth Int'l. Airport Board
    Sage Parts Plus, Inc.

**Philip V. Martino**
Piper Rudnick
Suite 2000  101 East Kennedy Blvd.
Tampa, FL  33602-5149
Fax: 3126307334; Email: philip.martino@piperrudnick.com
    Counsel for : United as Special Labor Counsel

**Brenda A. Mattar**
Mattar & D'Agostino, LLP
17 Court Street  Suite 600
Buffalo, NY  14202
Fax: 7168565814; Email: attorney@m-d-law.com
    Counsel for : Cargo Buffalo c/o Ciminelli Development Co., Inc.

**William McCarron, Jr.**
Morrison & Foerster LLP
2000 Pennsylvania Ave. N.W.  Suite 5500
Washington, DC  20006-1888
Fax: 2028870763; Email: wmccarron@mofo.com
    Counsel for : San Diego County Regional Airport Authority

**C. Luckey  McDowell**
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201
Fax: 2149536503; Email: luckey.mcdowell@bakerbotts.com
    Counsel for : Brierley & Partners

**Bret A. Maidman**
Lewis and Roca LLP
40 North Central Avenue  Suite 1900
Phoenix, AZ  85004-4429
Fax: (602) 734-3825; Email: bmaidman@lrlaw.com
    Counsel for : America West Airlines, Inc.

**Jeanie Mar**
Wells Fargo
708 Wilshire Blvd., 17th Fl.  MAC: E2818-176
Los Angeles, CA  90017
Fax: (213) 614-3355; Email: jeanie.mar@wellsfargo.com
    Counsel for : Wells Fargo

**Rod D. Margo**
Condon & Forsyth LLP
1801 Avenue of the Stars  Suite 1450
Los Angeles, CA  90067-4886
Fax: 3105571299; Email: rmargo@cfla.com
    Counsel for : Air New Zealand, Ltd.

**Phillip D. Martin**
Bank One, NA
1 Bank One Plaza  Mail Code IL1-0631
Mail Code IL1-0631
Chicago, IL  60670
Fax: (312) 732-1775; Email: phil_martin@bankone.com
    Counsel for : Bank One

**Waren J. Marwedel**
Marwedel, Minichello & Reeb
10 S. Riverside Plaza, Suite 720
Chicago, IL  60606
Fax: (312) 902-9900; Email: wmarwedel@mmr-law.com
    Counsel for : Chromalloy Gas Turbine Corporation

**Patrick C. Maxcy**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: (312) 876-7934; Email: pmaxcy@sonnenschein.com
    Counsel for : Creditors Committee

**David L. McClenahan**
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building  535 Smithfield Street, #1500
Pittsburgh, PA  15222-2312
Fax: (412) 355-6501; Email: dmcclenahan@kl.com
    Counsel for : State Street Bank and Trust Co.

**Timothy S. McFadden**
Lord Bissell & Brook
115 S. LaSalle Street  Suites 2600-3600
Chicago, IL  60613
Fax: (312) 443-0336; Email: panderson@lordbissell.com
    Counsel for : Societe Generale
    Societe Generale, Chicago Branch
    Societe Generale, Tokyo Branch
    Societe Anonyme Co Credit AL Industrie Francaise
    Skylease 1; Blue Cross Blue Shield of Florida

**Daniel J. McGuire**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Fax: 3125585700; Email: dmcguire@winston.com
*Counsel for : Mizuho Corporate Bank, Ltd.*

**John A. Menke**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112; Email: Novey.Shannon@pbgc.gov
*Counsel for : Pension Benefit Guaranty Corporation*

**Kristin T. Mihelic, Esq.**
Fagelhaber LLC
55 E. Monroe  40th Fl.
Chicago, IL  60603
Fax: (312) 782-1826; Email: kmihelic@fagelhaber.com
*Counsel for : Airline Reporting Corp.*

**Michael C. Miller**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112; Email: efile@pbgc.gov
*Counsel for : Pension Benefit Guaranty Corporation*

**Alan K. Mills**
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204
Fax: (317) 231-7433; Email: alan.mills@btlaw.com
*Counsel for : Indiana Transportation Finance Authority
Indiana Department of Commerce*

**Nancy A. Mitchell**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL  60601
Fax: 3124568435; Email: mitchelln@gtlaw.com
*Counsel for : City of Chicago*

**Eileen  Moran**
Public Services Resources Corp.
80 Park Plaza, T-22
Newark, NJ  07102-4194
Fax: 9734563589; Email: eileen.moran@pseg.com
*Counsel for : N654UA*

**Kevin G. Mruk**
Bank One
1 Bank One Plaza  Mail Suite IL1-0289  11th Fl.
Chicago, IL  60670
Fax: (312) 732-9753; Email: kevin_g_mruk@bankone.com
*Counsel for : Bank One*

**Gerald F. Munitz**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St.  Suite 3700
Chicago, IL  60603
Fax: (312) 332-2196; Email: gfm@goldbergkohn.com
*Counsel for : State Street Bank & Trust Co.
State Street Bank & Trust Co. of Connecticut*

**John F. Murtha**
Woodburn and Wedge
P.O. Box 2311
Reno, NV  89505
Fax: 7756883088; Email: jmurtha@woodburnandwedge.com
*Counsel for : Airport Authority of Washoe County*

**Colleen E. McManus**
Piper Rudnick
203 N. LaSalle St.  Suite 1800
Chicago, IL  60601-1293
Fax: 3122367516; Email: colleen.mcmanus@piperrudnick.com
*Counsel for : Citibank Privatkunden AG*

**Richard M. Meyers**
Albany County Airport Authority
Albany International Airport  Administration Building  Suite 200
Albany, NY  12211-1057
Fax: ; Email: rmeyers@albanyairport.com
*Counsel for : Albany County Airport Authority*

**Lawrence E. Miller**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Riverfront Plaza
Newark, NJ  07102-5490
Fax: (973) 643-6111; Email: lmiller@llgm.com
*Counsel for : Wachovia Bank, N.A.
f/k/a First Union National Bank*

**Robert B. Millner**
Sonnenschein, Nath & Rosenthal LLP
Suite 8000 Sears Tower  233 South Wacker Dr.
Chicago, IL  60606
Fax: (312) 876-7934; Email: rmillner@sonnenschein.com
*Counsel for : Creditors' Committee*

**John B. Missing**
Debevoise & Plimpton LLP
555 13th Street, N.W.  Suite 1100E
Washington, DC  20004
Fax: (202) 383-8118; Email: jmissing@debevoise.com
*Counsel for : John Hancock Life Insurance Co.*

**Michael L. Molinaro**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602
Fax: (312) 269-1747; Email: mmolinaro@ngelaw.com
*Counsel for : Anthem Blue Cross and Blue Shield
HMO Colorado*

**John O. Morgan**
Attorney at Law
333 W. Vine Street  Suite 310
Lexington, KY  40507
Fax: 8592536508; Email: court@johnmorganjr.com
*Counsel for : James D. Lyon, Trustee for the Computrex, Inc.*

**David Mueller**
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL  60606
Fax: 3124310704; Email: dmueller@whummer.com
*Counsel for : Wayne Hummer Investments*

**Nathalie Munzberg**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Fax: (212) 354-8113; Email: nmunzberg@whitecase.com
*Counsel for : IAE International Aero Engines AG
UFJ Bank Limited, Chicago Branch*

**Robert D. Nachman**
Schwartz Cooper Greenberger Krauss
180 North LaSalle Street  Suite 2700
Chicago, IL  60601
Fax: 3127828416; Email: rnachman@scgk.com
*Counsel for : Allied Capital Corporation*

**Robert  Mead**
Gavin Anderson & Company
220 East 42nd Street  Suite 408
New York, NY  10017
Fax: (212) 515-1969; Email: rmead@gavinanderson.com
*Counsel for :*

**Krohn  Micah**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: 3122691747; Email: mkrohn@ngelaw.com
*Counsel for : American State Bank
Heidrick & Struggles International, Inc.
DiamondCluster International, Inc.
Dalles/Ft. Worth Int'l. Airport Board
Sage Parts Plus, Inc.*

**Emily A. Miller**
Hogan & Hartson, LLP
Columbia Square  555 Thirteenth Street, N.W.
Washington, DC  20004-1109
Fax: (202) 637-5910; Email: eamiller@hhlaw.com
*Counsel for : Eagle County Air Terminal Corporation*

**Daniel B. Mills**
Pretzel & Stouffer, Chartered
One South Wacker  Suite 2500
Chicago, IL  60606-4673
Fax: ; Email: dmills@pretzel-stouffer.com
*Counsel for : American Airlines, Inc.*

**Donald B. Mitchell**
Smith, Gambrell & Russell, LLP
Promenade II  Suite 3100  1230 Peachtree, NE
Atlanta, GA  30309
Fax: (404) 685-6891; Email: dbmitchell@sgrlaw.com
*Counsel for : American State Bank*

**John J. Monaghan**
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
Fax: 6175236850; Email: jmonaghan@hklaw.com
*Counsel for : Gate Gourmet Inc.*

**Robert J Mrofka**
Schulte, Roth & Zabel
919 Third Ave.
New York, NY  10022
Fax: (212) 593-5955; Email: robert.mrofka@srz.com
*Counsel for : CIT Group*

**D. Patrick Mullarkey**
Internal Revenue Service
Tax Division (DOJ)  P.O. Box 55  Ben Franklin Station
Washington , DC  20044
Fax: (202) 514-5238; Email: northern.unitedairlines@usdoj.gov
*Counsel for : Department of Justice - Tax Division*

**Colleen Murphy, Esq.**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: (617) 542-2241; Email: cmurphy@mintz.com
*Counsel for : Fifth Third Bank, N.A.
HSBC Bank USA*

**Joel Nathan, Assistant United States Attorney**
United States Attorney
Everett M. Dirksen Bldg.  219 S. Dearborn St.  5th Fl.
Chicago, IL  60604
Fax: (312) 353-2067; Email: joel.nathan@usdoj.gov
*Counsel for : United States*

**Don Nathan**
Robinson Lerer & Montgomery
75 Rockefeller Plaza 6th Floor
New York, NY 10019
Fax: 2122583129; Email: dnathan@rlmnet.com
*Counsel for :*

**Kimberly L. Nelson**
Hunton & Williams
1751 Pinnacle Drive
McLean, VA 22102
Fax: 7037147410; Email: knelson@hunton.com
*Counsel for : Sabre Inc.*

**David A. Newby**
McCarthy Duffy
180 N. LaSalle St. Suite 1400
Chicago, IL 60601
Fax: 3127266383; Email: dnewby@mcdnslaw.com
*Counsel for : IBM Corporation*
*IBM Credit Corporation*
*AMB Property Corporation*

**Robert M. Nicoud, Jr.**
Olson Nicoud & Gueck, LLP
2200 Ross Avenue Suite 2525
Dallas, TX 75201
Fax: 2149797301; Email: rmnicoud@dallas-law.com
*Counsel for : AirLiance Materials, LLC*

**Lynne B. Nowak**
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Fax: 6175236850; Email: lxernas@hklaw.com
*Counsel for : Gate Gourmet Inc.*

**Eric Oesterle**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: 3128767934; Email: eoesterle@sonnenschein.com
*Counsel for : Creditors Committee*

**Michael A. Olsen**
Mayer Brown Rowe & Maw LLP
100 S. LaSalle Street
Chicago, IL 60603
Fax: ; Email: molsen@mayerbrownrowe.com
*Counsel for : UAL Loyalty Services, Inc.*

**Rosa Orenstein**
Orenstein & Associates, P.C.
325 North Saint Paul Street, Ste. 2340
Dallas, TX 75201
Fax: (214) 757-9080; Email: rorenstein@orensteinlaw.net
*Counsel for : Dallas/Ft. Worth Int'l. Airport Board*

**Kimberly W. Osenbaugh**
Preston Gates & Ellis LLP
701-5th Avenue, Suite 5000
Seattle, WA 98104-7078
Fax: (206) 623-7022; Email: kimo@prestongates.com
*Counsel for : Maryland Aviation Administration*
*Port of Seattle*

**Jack Nearing**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT 06484-4361
Fax: 4045725149; Email: jack.nearing@pb.com
*Counsel for : Pitney Bowes Credit Corporation*

**Carole Neville**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas 24th Fl.
New York, NY 10020-1089
Fax: (212) 768-6800; Email: cneville@sonnenschein.com
*Counsel for : Official Committee of Unsecured Creditors*

**Eric E. Newman**
Meckler Bulger & Tilson
123 North Wacker Drive Suite 1800
Chicago, IL 60606
Fax: 3124747898; Email: eric.newman@mbtlaw.com
*Counsel for : United Retired Pilots Benefit Protection*
*Association, an Illinois not-for- profit Corp.*

**Daniel Northrop**
Gardner, Carton & Douglas
191 North Wacker Drive Suite 3700
Chicago, IL 60606-1698
Fax: 3125693000; Email: dnorthrop@gcd.com
*Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.*
*Diamond Lease (USA), Inc.*
*Export Development Canada*
*Hamburg Landesbank Girozentrale, Hypovereinsbank*
*Hypo Vereins Bank*

**D. Tyler Nurmberg**
Kaye Scholer, LLP
3 First National Plaza 70 W. Madison St. Suite 4100
Chicago, IL 60602
Fax: (312) 583-2360; Email: tnurmberg@kayescholer.com
*Counsel for : JP Morgan Chase Bank*
*Citicorp USA, Inc.*

**Andrew J. Olins**
Sugar, Friedberg & Felsenthal
30 North LaSalle St., Suite 3000
Chicago, IL 60602
Fax: (312) 372-7951; Email: aabrams@sff-law.com
*Counsel for : Suntrust Bank*
*Vanguard Municipal Bond Funds*
*Explorer Pipeline Company*

**Susan K. Olsen**
Armstrong Teasdale LLP
Metropolitan Square Suite 2600
St. Louis, MO 63102-2740
Fax: 3146215065; Email: solsen@armstrongteasdale.com
*Counsel for : City of St. Louis*
*Lambert St. Louis International Airport*

**Cynthia Christian Orihuela**
Mission Funding Epsilon
Suite 1700 18101 Von Karman Avenue
Irvine, CA 92612
Fax: (949) 757-0141; Email: cchristian@edcap.com
*Counsel for : Mission Funding Epsilon*

**Karen Ostad, Esq.**
Lovells
900 Third Ave. 16th Fl.
New York, NY 10022
Fax: (212) 909-0666; Email: karen.ostad@lovells.com
*Counsel for : Helaba Dublin Landes Bank Hessen-Thuringen Int'l*

**David M. Neff**
Piper Rudnick
203 N. LaSalle St. Suite 1800
Chicago, IL 60601-1293
Fax: (312) 630-2758; Email: david.neff@piperrudnick.com
*Counsel for : Marriott International, Inc.*

**James D. Newbold**
Office of the Illinois Attorney General
100 West Randolph Suite 13-222
Chicago, IL 60601
Fax: 3128142549; Email: jnewbold@revenue.state.il.us
*Counsel for : California State Board of Equalization*

**Guyanne Nichols**
Brierley & Partners
8401 N. Central Expressway Suite 1000, LB37
Dallas, TX 75225
Fax: (214) 651-7719; Email: gnichols@brierley.com
*Counsel for : Brierley & Partners*

**Shannon L. Novey**
Pension Benefit Guaranty Corporation
Office of the General Counsel 1200 K Street, N.W., Suite 340
Washington, DC 20005-4026
Fax: (202) 326-4112; Email: novey.shannon@pbgc.gov
*Counsel for : Pension Benefit Guaranty Corporation*

**Dennis M. O'Dea**
Heller Ehrman White & McAuliffe
120 W 45th Street
New York, NY 10036-4041
Fax: 2127637600; Email:
*Counsel for : Goodrich Corporation*

**Matthew A. Olins**
Katten Muchin Zavis Rosenman
525 West Monroe Street Suite 1600
Chicago, IL 60661-3693
Fax: 3129021061; Email: matthew.olins@kmzr.com
*Counsel for : Examiner*

**Michael P. O'Neil**
Sommer Barnard Ackerson, PC
One Indiana Sqaure Suite 3500
Indianapolis, IN 46204
Fax: (317) 263-3871; Email: moneil@sbalawyers.com
*Counsel for : Galileo International*

**Neil J. Orleans**
Goins, Underkofller, Crawford & Langdon
1201 Elm St. Suite 4800
Dallas, TX 75270
Fax: (214) 969-5902; Email: neilo@gucl.com
*Counsel for : Aviall, Inc.*

**Kenneth J. Ottaviano**
Katten, Muchin, Zavis & Rosenman
Suite 1600 525 W. Monroe
Chicago, IL 60601
Fax: (312) 902-1061; Email: kenneth.ottaviano@kmzr.com
*Counsel for : HypoVereinsbank*

**Merritt A. Pardini**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY  10022
Fax: (212) 940-8776; Email: merritt.pardini@kmzr.com
*Counsel for : HypoVereinsbank*

**Christopher W. Parker**
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA  02110
Fax: 6174399558; Email: cparker@rubinrudman.com
*Counsel for : Tufts Associated Health Maintenance Org., Inc.*

**Donald C. Pasulka**
Ross & Hardies
150 North Michigan Avenue  Suite 2500
Chicago, IL  60601-7567
Fax: (312) 750-8600; Email: donald.pasulka@rosshardies.com
*Counsel for : IAE International Aero Engines AG*

**David C. Petersen**
City of Austin
Department of Aviation  114 West 7th Street, Fifth Floor
Austin, TX  78701
Fax: (512) 974-2914; Email: david.petersen@ci.austin.tx.us
*Counsel for : City of Austin Dept. of Aviation*

**Gregory M. Petrick**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666; Email: gregory.petrick@cwt.com
*Counsel for : KBC Bank NV, Dresdner Bank AG New York,*
*Landesbank Schleswig-Holstein, Bank Hapoalim,*
*Bayerische Hypo-Undvereinsbank,*
*Norddeutsche Landesbank, Sumitomo Trust, and*
*Raiffeisen Zentralbank, Mitsubishi Trust Corp.*

**Joan E. Pilver**
Office of the Attorney General
55 Elm Street 5th Floor P.O. Box 120
Hartford, CT  06141-0120
Fax: (860) 808-5383; Email: joan.pilver@PO.STATE.CT.US
*Counsel for : State of Connecticut, Dept. of Rev.*

**David Poitras**
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL  60606
Fax: 3124310704; Email: dpoitras@whummer.com
*Counsel for : Wayne Hummer Investments*

**David M. Posner**
Hogan & Hartson, LLP
551 Fifth Ave.
New York, NY  10176
Fax: (212) 697-6686; Email: dmposner@hhlaw.com
*Counsel for : Discover Financial Services*
*Starwood Hotels & Resorts Worldwide, Inc.*

**Matthew F. Prewitt**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL  60601
Fax: 3124568435; Email: prewittm@gtlaw.com
*Counsel for : City of Chicago*

**James A. Pardo, Jr.**
King & Spalding LLP
191 Peachtree Street, N.E.  49th Floor
Atlanta, GA  30303
Fax: 4045725149; Email: jpardo@kslaw.com
*Counsel for : Pitney Bowes Credit Corporation*

**Joel C. Paschke**
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL  60606-1229
Fax: 3122012555; Email: paschke@wildmanharrold.com
*Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Robert Paul**
FTI Consulting, Inc.
125 E. John Carpenter Freeway
Irving, TX  75062
Fax: (214) 754-7921; Email: robert.paul@fticonsulting.com
*Counsel for : FTI Consulting, Inc.*

**Ronald R. Petersen**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: 3125270484; Email: rpeterson@jenner.com
*Counsel for : BA Leasing Parties*

**Diane M. Pezanoski**
Deputy Corporation Counsel
City of Chicago  30 North LaSalle Street  Room 900
Chicago, IL  60602
Fax: (312) 744-6798; Email: dpezanoski@cityofchicago.org
*Counsel for : City of Chicago*

**Alex Pirogovsky**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405; Email: apirogovsky@uhlaw.com
*Counsel for : Healthcare Service Group,*
*City & County of San Francisco*
*Denver International Airport*

**Salvatore Polletta**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT  06484-4361
Fax: 2039224029; Email: salvatore.polletta@pb.com
*Counsel for : Pitney Bowes Credit Corporation*

**Paul V. Possinger**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 923-2729; Email: ppossinger@jenner.com
*Counsel for : General Electric Capital Corporation*
*and certain of its affiliates*

**Daniel B. Prieto**
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL  60601
Fax: (312) 782-8585; Email: jdrpual@jonesday.com
*Counsel for : National Processing Company LLC*
*National City Bank of Kentucky*

**Ernie Z. Park**
Bewley Lassleben & Miller LLP
13215 E. Penn Street  Suite 510
Whittier, CA  90602-1797
Fax: 7149945131; Email: ernie.park@bewleylaw.com
*Counsel for : Irvine Company*

**Kendra Pasek**
United Air Lines, Inc.
WHQPO  1200 East Algonquin Road
Elk Grove Village, IL  60007
Fax: ; Email: kendra.pasek@ual.com
*Counsel for : UAL Corporation*

**Richard J. Pelliccio, Esq.**
Schnader Harrison Segal & Lewis LLP
140 Broadway  Suite 3100
New York, NY  10005-1101
Fax: (212) 972-8798; Email: RPelliccio@Schnader.com
*Counsel for : C.I.T. Leasing*

**Bart  Peterson, Mayor**
City of Indianapolis
200 East Washington St.  Rm 2501
Indianapolis, IN  46204
Fax: (317) 327-3980; Email: rabernes@indygov.org
*Counsel for : City of Indianapolis*

**Andrew F. Pierce**
Pierce & Shearer LLP
2465 E. Bayshore Road  Suite 403
Palo Alto, CA  94303
Fax: ; Email:
*Counsel for : Bredette C. Thomas*

**Thomas E. Pitts, Jr.**
Sidley, Austin, Brown & Wood LLP
787 Seventh Ave.
New York, NY  10019
Fax: 2128395599; Email: tpitts@sidley.com
*Counsel for : Boeing Company*
*Boeing Capital Corp.*

**Alan W. Pope**
Moore & Van Allen PLLC
Bank of America Corporate Center  100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
Fax: 7043311159; Email: alanpope@mvalaw.com
*Counsel for : KeyCorp Leasing, Ltd.*

**James Poyner**
Poyner Baxter
Lonsdale Quay Plaza  408-145 Chadwick Court
North Vancouver,  BC  V7M 3K1  Canada
Fax: ; Email: poyner.baxter@telus.net
*Counsel for : Always Travel, Inc.*
*Highbourne Enterprises, Inc.*
*Canadian Standard Travel Agent Registry*

**Rachel Pusey**
Dolan Law Firm
333 Pine Street  4th Floor
San Francisco, CA  94104
Fax: 4154712830; Email: rachel@cbdlaw.com
*Counsel for : Kenneth Scott Justet*

**Shabana N. Qaiser**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Fax: 2126971559; Email: squaiser@cm-p.com
    *Counsel for : Air Transportation Stabilization Board*

**Dennis E. Quaid, Esq.**
Fagelhaber LLC
55 E. Monroe  40th Fl.
Chicago, IL  60603
Fax: (312) 782-1826; Email: dquaid@fagelhaber.com
    *Counsel for : Airline Reporting Corp.*
    *San Diego County Regional Airport Authority*

**Narayan Raj**
Delaware Bay Company, Inc.
680 Fifth Avenue  22nd Floor
New York, NY  10019
Fax: (212) 204-8583; Email: marayan@delbay.com
    *Counsel for : Delaware Bay Company, Inc.*

**Ivan A. Ramos, Assistant Corporation Counsel**
City of Hartford
Office of the Corporation Counsel  550 Main Street
Hartford, CT  06103
Fax: ; Email: kkaufman@ci.hartford.ct.us
    *Counsel for : City of Hartford, Connecticut*

**Tonya Ramsey**
Vinson & Elkins LLP
2001 Ross Avenue
Dallas, TX  75201
Fax: (214) 220-7716; Email: tramsey@velaw.com
    *Counsel for : Dallas/Ft. Worth Int'l. Airport Board*

**Paul L. Ratelle**
Fabyanske, Westra & Hart
920 Second Avenue South  Suite 1100
Minneapolis, MN  55402
Fax: (612) 338-3857; Email: pratelle@fwhlaw.com
    *Counsel for : Bremer Business Finance Corporation*

**Dennis Raterink**
Department of Attorney General
Workers' Compensation Division  P.O. Box 30217
Lansing, MI  48909
Fax: (517) 335-4870; Email: raterinkd@michigan.gov
    *Counsel for : State of Mich., Self-Insurers' Sec.Fund*
    *State of Mich., Funds Administration*

**Carrie Marie Raver**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ; Email: craver@mayerbrownrowe.com
    *Counsel for : UAL Loyalty Services, Inc.*

**Craig E. Reimer**
Mayer Brown Rowe & Maw LLP
190 South LaSalle
Chicago, IL  60603
Fax: 3127017711; Email: creimer@mayerbrownrowe.com
    *Counsel for : Glenn F. Tilton*

**Sheree Reinbach, Esq.**
Arent Fox Kintner Plotkin & Kahn, PLLC
1675 Broadway  25th Floor
New York, NY  10019
Fax: (212) 484-3990; Email: dubrowd@arentfox.com
    *Counsel for : Suntrust Bank*
    *Vanguard Mucincipal Bond Funds*

**Steven J. Reisman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Fax: (212) 697-1559; Email: bankruptcy@cm-p.com
    *Counsel for : Air Transportation Stabilization Board*

**Paul H. Repp**
Verizon Capital Corp.
245 Park Avenue  40th Floor
New York, NY  10167
Fax: (212) 557-4571; Email: paul.h.repp@verizon.com
    *Counsel for : Verizon Capital Corporation*

**Christopher L. Rexroat**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405; Email: clrexroat@uhlaw.com
    *Counsel for : Healthcare Service Corp.*
    *City & County of San Francisco*
    *Denver International Airport*

**Robert E. Richards**
Sonnenschein, Nath & Rosenthal LLP
Suite 8000 Sears Tower  233 South Wacker Dr.
Chicago, IL  60606
Fax: (312) 876-7934; Email: rer@sonnenschein.com
    *Counsel for : Creditors Committee*

**Peter J. Roberts**
D'Ancona & Pflaum
111 E. Wacker Dr., Suite 2800
Chicago, IL  60601
Fax: (312) 602-3000; Email: proberts@dancona.com
    *Counsel for : Ad Hoc Committee of Noteholders*

**David  Roberts, Executive Director**
Indianapolis Airport Authority
2500 South High School Road  Box 100
Indianapolis, IN  46241
Fax: (317) 487-5034; Email: droberts@baai.com
    *Counsel for : Indianapolis Airport Authority*

**Terri A. Roberts, Deputy County Attorney**
Pima County, Arizona
32 N. Stone  Suite 2100
Tucson, AZ  85701
Fax: 5206206556; Email:
    *Counsel for : Pima County, Arizona*

**William J. Rochelle, III**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY  10103
Fax: (212) 318-3400; Email: wrochelle@fulbright.com
    *Counsel for : BNY Capital Resources Corp.*
    *BNY Capital Funding LLC*
    *certain affiliates of ORIX Corp.*
    *certain affiliates of Fuyo General Lease Co.*

**Martha E. Romero**
Romero Law Firm
7743 South Painter Avenue  Suite E
Whittier, CA  90602
Fax: 5629070820; Email: romero@dslextreme.com
    *Counsel for : County of San Bernardino*

**Jack J. Rose**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Fax: (212) 354-8113; Email: jrose@whitecase.com
    *Counsel for : Aircraft Finance Parties*
    *Societe General*
    *UFJ Bank Limited, Chicago Branch*
    *Britax Aircraft Interior Systems, Inc.*

**Jack Rose**
Salans
620 Fifth Avenue
New York, NY  10020
Fax: 2128325555; Email: jrose@salans.com
    *Counsel for : Credit Lyonnais, et al.*

**Risa M. Rosenberg**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: (212) 822-5148; Email: rrosenberg@milbank.com
    *Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.*
    *Diamond Lease (USA), Inc.*
    *Export Development Canada*
    *Hamburg Landesbank Girozentrale, Hypovereinsbank*
    *Luxembourg Societe Anonyme, et al.*

**Robert J. Rosenberg**
Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY  10022-4802
Fax: (212) 751-4864; Email: robert.rosenberg@lw.com
    *Counsel for : AOL Time Warner, Inc.*

**Andrew S. Rosenman**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ; Email: arosenman@mayerbrownrowe.com
    *Counsel for : UAL Loyalty Services, Inc.*

**David A. Rosenzweig, Esq.**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103
Fax: (212) 318-3400; Email: drosenzweig@fulbright.com
*Counsel for : BNY Capital Resources Corp.*
*BNY Capital Funding LLC*
*ORIX*
*Fuyo General Lease Company*

**David E. Runck**
Oppenheimer Wolff & Donnelly LLP
Plaza VII Suite 3300 45 South Seventh Street
Minneapolis, MN 55402
Fax: 6126077100; Email: drunck@oppenheimer.com
*Counsel for : Navitaire, Inc.*

**Peter D. Rutherford**
Verizon Capital Corp
245 Park Avenue 40th Floor
New York, NY 10167
Fax: (212) 557-4572; Email: peter.d.rutherford@verizon.com
*Counsel for : Verizon Capital Corporation*

**Timothy J. Sandell**
US Bank National Association
180 E. 5th Street 4th Floor Mail Station: EP-MN-T4CT
St. Paul, MN 55101
Fax: (651) 244-5847; Email: timothy.sandell@usbank.com
*Counsel for : US Bank National Association*

**Andrew O. Schiff, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA 19102
Fax: (215) 568-6603; Email: aschiff@klehr.com
*Counsel for : Philadelphia Department of Commerce*

**Peter J. Schmidt**
Rooks Pitts
10 South Wacker Drive Suite 2300
Chicago, IL 60606
Fax: 8666980830; Email:
*Counsel for : John D. Steuart*
*John H. Fullmer*
*Leyton S. Han*
*Craig S. Stevens*

**Jeffrey M. Schwartz**
Gardner, Carton & Douglas
321 North Clark St., Suite 3400
Chicago, IL 60610
Fax: (312) 644-3381; Email: jschwartz@gcd.com
*Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.*
*Diamond Lease (USA), Inc.*
*Export Development Canada*
*Hamburg Landesbank Girozentrale, Hypovereinsbank*
*Luxembourg Societe Anonyme, et al.*

**Stephen Searl**
Sidley, Austin, Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019
Fax: (212) 839-5599; Email:
*Counsel for : Boeing Company*
*Boeing Capital Corp. and their affiliates*

**Robert A. Seltzer**
Cornfield & Feldman
25 E. Washington St. Suite 1400
Chicago, IL 60602
Fax: (312) 236-6686; Email: rseltzer@cornfieldandfeldman.com
*Counsel for : Association of Flight Attendants*

**Ryan Routh**
Jones, Day, Reavis & Pogue
North Point 901 Lakeside Avenue
Cleveland, OH 44114
Fax: (216) 579-0212; Email: rrouth@jonesday.com
*Counsel for : National Processing Company LLC*
*National City Bank of Kentucky*

**Michael C. Rupe**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611
Fax: (312) 527-0484; Email: mrupe@jenner.com
*Counsel for : General Electric Capital Corporation*
*General Electric affiliates*

**Dennis M. Ryan**
Faegre & Benson LLP
2200 Wells Fargo Center
Minneapolis, MN 55402-3901
Fax: (612) 766-1600; Email: dryan@faegre.com
*Counsel for : Frontier Airlines, Inc.*

**Robert G. Sanker**
Keating, Muething & Klekamp, PLL
1400 Provident Tower One East Fourth Street
Cincinnati, OH 45202
Fax: 5135796457; Email: rsanker@kmklaw.com
*Counsel for : SMS Acquisition, Inc.*

**Kelly Schmidt**
Hamilton-Sundstrand
4747 Harrison Avenue Mail Stop 214-6
Rockford, IL 61108
Fax: 8152262865; Email: kelly.schmidt@hs.utc.com
*Counsel for : Hamilton-Sundstrand*

**S. Robert Schrager**
Bondy & Schloss LLP
60 East 42nd Street
New York, NY 10165
Fax: (212) 972-1677; Email: rschrager@bschloss.com
*Counsel for : Chromalloy Gas Turbine Corporation*

**Michael A. Scodro**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL 60603
Fax: ; Email: mscodro@mayerbrownrowe.com
*Counsel for : UAL Loyalty Services, Inc.*

**Jay A. Selcov, Esq.**
The Port Authority of NY & NJ
Office of Milton H. Pachter Law Department 225 Park Ave. South, 13th F
New York, NY 10003
Fax: (212) 435-3584; Email: jselcov@panynj.gov
*Counsel for : Port Authority of NY & NJ*

**Scott A. Shail**
Hogan & Hartson, LLP
Columbia Square 555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Fax: (202) 637-5910; Email:
*Counsel for : Eagle County Air Terminal Corporation*

**Sharon L. Royer, UC Tax Agent/Bankruptcy Repres**
Commonwealth of Pennsylvania DOLI
Harrisburg Bankruptcy & Compliance 1171 S Cameron St. Rm 312
Harrisburg, PA 17104-2513
Fax: 7177720673; Email: bhenry@state.pa.us
*Counsel for : Bureau of Employer Tax Operations (BETO)*
*Department of Labor and Industry*
*Commonwealth of Pennsylvania*

**Allyson B. Russo**
Vedder Price Kaufman & Kammholz
222 North LaSalle Street Suite 2600
Chicago, IL 60601-1003
Fax: 3126005005; Email: arusso@vedderprice.com
*Counsel for : UAL Corp.*

**Thomas J. Salerno**
Squire, Sanders & Dempsey LLP
Two Renaissance Square 40 North Central Avenue Suite 2700
Phoenix, AZ 85004-4498
Fax: ; Email: tsalerno@ssd.com
*Counsel for : Sky Mall*

**Robert H. Scheibe**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178
Fax: (212) 309-6001; Email: rscheibe@morganlewis.com
*Counsel for : JP Morgan Chase Bank*
*Citibank USA, Inc.*
*Citicorp USA, Inc.*

**Kimberly Schmidt**
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Fax: 4045725149; Email: kschmid@kslaw.com
*Counsel for : Pitney Bowes Credit Corporation*

**Charles P. Schulman**
Sachnoff & Weaver, Ltd.
30 Wacker Drive 29th Floor
Chicago, IL 60606
Fax: (312) 207-6400; Email: cschulman@sachnoff.com
*Counsel for : AT&T*

**Sean T. Scott, Esq.**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle St.
Chicago, IL 60603
Fax: (312) 701-7711; Email: stscott@mayerbrownrowe.com
*Counsel for : ABN-AMRO Bank, NV*

**David R. Seligman**
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL 60601
Fax: (312) 861-2200; Email: david_seligman@kirkland.com
*Counsel for : UAL Corporation*

**Michael Shannon, Case Manager**
The Travelers Insurance Company
One Tower Square
Hartford, CT 06183
Fax: (860) 277-2158; Email: mshannon@travelers.com
*Counsel for : Travelers Indemnity Company*
*Aetna Casualty and Surety Company*

**Keith J. Shapiro**
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 2400
Chicago, IL  60601
Fax: (312) 456-8435; Email: shapirok@gtlaw.com
*Counsel for : City of Chicago*

**Leslie Shigaki**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
Fax: 2128581500; Email: lshigaki@pillsburywinthrop.com
*Counsel for : Verwaltungsgesellschaft MBH & Co. et al.
Otto Lilienthal
PBG Capital Partners LLC
Mitsui & Co. (USA), Inc.
Cooperatieve Centrale Raiffeisen-Boerenleenbank*

**Carren Shulman**
Heller Ehrman White & McAuliffe
120 West 45th Street
New York, NY  10036-4041
Fax: ; Email: cshulman@hewm.com
*Counsel for : Goodrich Corporation*

**Mayer Silber**
SB/SE Counsel, IRS
200 W. Adams St. Suite 2300
Chicago, IL  60606-5208
Fax: (312) 886-9244; Email: mayer.y.silber@irscounsel.treas.gov
*Counsel for : Internal Revenue Service*

**Bruce H. Simon**
Cohen, Weiss and Simon LLP
330 West 42nd Street 25th Floor
New York, NY  10036-6976
Fax: (646) 473-8231; Email: bsimon@cwsny.com
*Counsel for : ALPA*

**Gigi G. Skipper, General Counsel, Legal Affairs De**
Hillsborough County Aviation Authority
Tampa International Airport  P.O. Box 22287
Tampa, FL  33622
Fax: 8138707868; Email: gskipper@tampaairport.com
*Counsel for : Hillsborough County Aviation Auth of Tampa, FL*

**Elizabeth Page Smith**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY  10019-5389
Fax: (212) 424-8500; Email: esmith@llgm.com
*Counsel for : Wachovia Bank, N.A.
f/k/a First Union National Bank*

**Michael W. Smith**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Fax: (212) 354-8113; Email: msmith@whitecase.com
*Counsel for : IAE International Aero Engines AG*

**Lawrence K. Snider, Esq.**
Mayer Brown Rowe & Maw LLP
190 S. La Salle St.
Chicago, IL  60603-3441
Fax: (312) 701-7711; Email: lsnider@mayerbrownrowe.com
*Counsel for : Philip Morris Capital Corp.
General Foods Credit Investors No. 3 Corp.*

**Christopher T. Sheean**
Kelley, Drye & Warren, LLP
333 West Wacker Drive
Chicago, IL  60606
Fax: (312) 857-7095; Email: csheean@kelleydrye.com
*Counsel for : Pension Benefit Guaranty Corporation*

**Mark Shinderman**
Munger, Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA  90071-1560
Fax: (213) 683-4010; Email: shindermann@mto.com
*Counsel for : Mission Funding Epsilon*

**Mike Sigal, Jr.**
Simpson, Thatcher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954
Fax: (212) 455-2502; Email: msigal@stblaw.com
*Counsel for : Airbus North America Holdings, Inc.*

**Adam P. Silverman**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 West Jackson Blvd; Ste 1050
Chicago, IL  60604
Fax: 312435 1059; Email: aps@agmbc.com
*Counsel for : Mitsui & Co. Ltd.; Sumitomo Corp.
Verwaltungsgesellschaft MBH & Co. et al.
Mitsui & Co. International (Europe)
Marubeni America Corporation; UGT Kurnial
Wells Fargo Bank Northwest, NA*

**Paul S. Singerman**
Berger Singerman, P.A.
200 S. Biscayne Blvd. Suite 1000
Miami, FL  33131
Fax: (305) 714-4340; Email: singerman@bergersingerman.com
*Counsel for : Timco Aviation Services, Inc.*

**Carol A. Slocum, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA  19102
Fax: (856) 486-4875; Email: cslocum@klehr.com
*Counsel for : Philadelphia Department of Commerce*

**Gerald K. Smith**
Lewis and Roca LLP
40 North Central Avenue
Phoenix, AZ  85004-4429
Fax: (602) 734-3834; Email: gsmith@lrlaw.com
*Counsel for : Alaska Airlines, Inc.*

**Thomas C. Smith**
Ice Miller
135 S. LaSalle St. Suite 4100
Chicago, IL  60603
Fax: (312) 641-6263; Email: tom.smith@icemiller.com
*Counsel for : Indianapolis Airport Authority
Citizens Gas & Coke Utility*

**Elizabeth Sobek**
Field & Golan
Three First National Plaza 70 West Madison, Suite 1500
Chicago, IL  60602-4206
Fax: (312) 263-0939; Email: eesobek@fieldgolan.com
*Counsel for : UAL ESOP*

**Beverly H. Shideler**
IBM Corporation
2707 Butterfield Road
Oakbrook, IL  60523
Fax: (800) 969-4561; Email: bhshide@us.ibm.com
*Counsel for : IBM Corporation*

**J. Christopher Shore**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: 2123548113; Email: cshore@whitecase.com
*Counsel for : Societe General*

**Thomas P. Silber**
Miami-Dade County Attorney's Office
Assistant County Attorney's Office  P.O. Box 592075 AMF
Miami, FL  33159
Fax: 3056767294; Email: tabbott@miami-airport.com
*Counsel for : Miami-Dade County, Florida*

**Jack A. Simms, Esq.**
Baker & McKenzie
One Prudential Plaza  130 E. Randolph St.
Chicago, IL  60601
Fax: (312) 861-2988; Email: jack.a.simms@bakernet.com
*Counsel for : Driessen Services, Inc.*

**Will S. Skinner**
Condon & Forsyth LLP
1801 Avenue of the Stars  Suite 1450
Los Angeles, CA  90067-4486
Fax: 3105571299; Email: wskinner@cfla.com
*Counsel for : Air New Zealand, Ltd.*

**Tracy  Smith**
Atlantic Coast Airlines
45200 Business Ct.
Dulles, VA  20166-9102
Fax: (703) 650-6299; Email: tracy_smith@acaicorp.com
*Counsel for : Atlantic Coast Airlines*

**William P. Smith**
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096
Fax: (312) 984-7700; Email: wsmith@mwe.com
*Counsel for : Bank of New York*

**Youssef Sneifer**
Davis Wright Tremaine LLP
2600 Century Square  1501 Fourth Avenue
Seattle, WA  98101-1688
Fax: (206) 628-7699; Email: youssefsneifer@dwt.com
*Counsel for : Microsoft Corporation
MSLI, GP*

**Steven C. Solazzo**
Carpenter, Bennett & Morrissey
3 Gateway Center
Newark, NJ  07102
Fax: 9736225314; Email: ssolazzo@carpben.com
*Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Beth Solomon, Esq.**
Discover Financial Services, Inc.
2500 Lake Cook Rd.
Riverwood, IL  60015
Fax: (847) 405-4972; Email: bethsolomon@discoverfinancial.com
*Counsel for : Discover Financial Services*

**Sheldon L. Solow**
Kaye Scholer, LLP
Three First National Plaza  70 W. Madison St.  Suite 4100
Chicago, IL  60602
Fax: (312) 583-2360; Email: ssolow@kayescholer.com
*Counsel for : JP Morgan Chase Bank*
*Citicorp USA, Inc.*

**Michael B. Solow**
Kaye Scholer, LLP
3 First National Plaza, Suite 4100  70 West Madison Street
Chicago, IL  60602
Fax: (312) 583-2360; Email: msolow@kayescholer.com
*Counsel for : JP Morgan Chase Bank*
*Citicorp USA, Inc.*

**Alan P. Solow**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St.  Suite 3700
Chicago, IL  60603
Fax: (312) 332-2196; Email: alan.solow@goldbergkohn.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**Randye B. Soref**
Buchalter, Newmer, Fields & Younger
601 S. Figueroa St.  Suite 2400
Los Angeles, CA  90017
Fax: 2138960400; Email: rsoref@buchalter.com
*Counsel for : Cathay Bank*
*General Bank*

**James Spiotto**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: (312) 701-2361; Email: spiotto@chapman.com
*Counsel for : Wells Fargo*
*Pacific Investment Management Co.*
*Reams Asset Management Co. LLC*
*Metropolitan Washington Airport Authority*

**James H. Sprayregen, Esq.**
Kirkland & Ellis
200 E. Randolph Drive  Suite 6500
Chicago, IL  60601
Fax: (312) 861-2200; Email: james_sprayregen@chicago.kirkland.com
*Counsel for : UAL Corporation*

**Nicolas P. Stable**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10011
Fax: 2123549113; Email: nstable@whitecase.com
*Counsel for : Societe General*

**Anthony G. Stamato, Esq.**
Baker & McKenzie
One Prudential Plaza  130 E. Randolph Street
Chicago, IL  60601
Fax: (312) 861-2899; Email: anthony.g.stamato@bakernet.com
*Counsel for : Driessen Services, Inc.*

**Karen J. Stapleton**
County of Loudoun, Virginia
One Harrison Street, S.E., 5th floor
Leesburg, VA  20175
Fax: (703) 771-5025; Email: kstaplet@loudoun.gov
*Counsel for : County of Loudoun, Virginia*

**Catherine Steege**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 840-7352; Email: csteege@jenner.com
*Counsel for : AT&T Credit Holdings, Inc., et al.*
*Credit Lyonnais, et al.*
*UFJ Bank Limited, et al.*
*WestLB AG; KBC Bank NB*
*JL Mami Lease Co., Ltd., et al.*

**Michael R. Stewart**
Faegre & Benson LLP
2200 Wells Fargo Center  90 S. Seventh St.
Minneapolis, MN  55402-3901
Fax: (612) 766-1600; Email: mstewart@faegre.com
*Counsel for : US Bancorp Equipment Finance, Inc.*

**Randolph J. Stierer**
Fifth Third Bank
38 Fountain Square Plaza  MD10AT60
Cincinnati, OH  45263
Fax: (513) 534-6785; Email: randy.stierer@53.com
*Counsel for : Indianapolis Airport Authority*

**Dirk Stock**
Transamerica Aviation LLC
5080 Spectrum Drive  Suite 1100 West
Addison, TX  75001
Fax: ; Email: dirk.stock@transamerica.com
*Counsel for : Transamerica Aviation LLC*

**Merrill Stone**
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY  10178
Fax: (212) 808-7897; Email: MStone@KelleyDrye.com
*Counsel for : Pension Benefit Guaranty Corporation*

**H. Rey Stroube, III**
Akin Gump Strauss Hauer & Feld LLP
711 Louisiana  Room 1900
Houston, TX  77022
Fax: (713) 236-0822; Email: rstroube@akingump.com
*Counsel for :*
*Ad Hoc Committee of ETC and EETC Holders*

**Daphnee Surpris**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas  24th floor
New York, NY  10020
Fax: (212) 768-6800; Email: dsurpris@sonnenschein.com
*Counsel for : Official Committee of Unsecured Creditors*

**Cynthia Surrisi**
Piper Rudnick
1380 Corporate Center Curve  Suite 325
Eagan, MN  55121-1200
Fax: 6514540969; Email: cynthia.surrisi@piperrudnick.com
*Counsel for :*

**Ronald R. Sussman**
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY  10038
Fax: (212) 479-6275; Email: rsussman@kronishlieb.com
*Counsel for : UAL ESOP*

**Andrew W. Swain, Assistant Attorney General**
Colorado Attorney General's Office
Colorado Dept. of Local Affairs  1525 Sherman Street, 5th floor
Denver, CO  80203-1760
Fax: (303) 866-5671; Email: andrew.swain@state.co.us
*Counsel for : Colorado Department of Local Affairs,*
*Property Tax Division*

**Sidney K. Swinson**
Gable & Gotwals
1100 ONEOK Plaza  100 W. Fifth Street
Tulsa, OK  74103-4217
Fax: 9185954990; Email: sswinson@gablelaw.com
*Counsel for : Explorer Pipeline Company*

**Gregg E. Szilagyi**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405; Email: geszilagyi@uhlaw.com
*Counsel for : Denver International Airport*
*City & County of San Francisco*
*Healthcare Service Corp.*

**Samuel J. Teele**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068
Fax: (973) 597-2347; Email: steele@lowenstein.com
*Counsel for : IAM*

**Jay Teitelbaum**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY  10178
Fax: (212) 309-6001; Email: jteitelbaum@morganlewis.com
*Counsel for : JP Morgan Chase Bank*
*Citibank USA, Inc.*
*Citicorp USA, Inc.*

**Esther E. Tryban Telser**
City of Chicago - Department of Law
30 N. LaSalle, Room 900
Chicago, IL  60602
Fax: (312) 744-6798; Email: etrybantelser@cityofchicago.org
*Counsel for : City of Chicago*

**Howard L. Teplinsky**
Seidler & McErlean
One N. Wacker Drive  Suite 4125
Chicago, IL  60606
Fax: 3125180709; Email: hteplinsky@ameritech.net
*Counsel for : Debtor's 1990 V Equipment Trust*

**Brigitte Thieme**
West LB AG
1211 Avenue of the Americas
New York, NY  10036
Fax: 2125975419; Email: brigitte_thieme@westlb.com
*Counsel for : WestLB AG*

**Mark K. Thomas**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 366-3092; Email: mthomas@jenner.com
*Counsel for : GECC*

**Pia Thompson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: (312) 876-7934; Email: pthompson@sonnenschein.com
*Counsel for : Creditors Committee*

**Deborah L. Thorne**
Barnes & Thornburg
One North Wacker Drive  Suite 4400
Chicago, IL  60606
Fax: (312) 759-5646; Email: deborah.thorne@btlaw.com
*Counsel for : Indiana Department of Commerce
Indiana Transportation Finance Authority*

**Franklin H. Top, III**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: (312) 701-2361; Email: specilt@chapman.com
*Counsel for : Wells Fargo
Pacific Investment Management Co.
Reams Asset Management Co. LLC
Metropolitan Washington Airport Authority*

**Katherine A. Traxler**
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street  25th Floor
Los Angeles, CA  90371-2228
Fax: 2136270705; Email: katietraxler@paulhastings.com
*Counsel for : UAL Corp.*

**Linda Tulloch**
Credit Lyonnais
1301 Avenue of the Americas
New York, NY  10019-6022
Fax: (212) 261-3259; Email: linda.tulloch@clamericas.com
*Counsel for : Credit Lyonnais, et al.*

**James D. Tussing**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY  10103
Fax: 2123183400; Email: jtussing@fulbright.com
*Counsel for : Mizuho Corporate Bank, Ltd.
NIB Capital Bank, N.V.
ORIX
Fuyo General Lease Company
BNY Capital Funding LLC*

**James Varsel**
International Association of Machinists
9000 Machinists Place
9000 Machinists Place  Suite 118-B
Upper Marlboro, MD  20772
Fax: (301) 967-4591; Email: jvarsel@iamaw.org
*Counsel for : IAM*

**John J. Voorhees, Jr.**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: (312) 701-7711; Email: jvoorhees@mayerbrownrowe.com
*Counsel for : Union Bank of California*

**Shirley Thomas**
AT&T
55 Corporate Drive  24A82
Bridgewater, NJ  08807-0000
Fax: (908) 658-2128; Email: thomass@ems.att.com
*Counsel for : AT&T*

**Scott Thompson**
Galileo International
1 Campus Drive
Parsippany, NJ  07054
Fax: (973) 496-7001; Email: scott.thompson@cendant.com
*Counsel for : Galileo International*

**Richard S. Toder**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY  10178
Fax: (212) 309-6001; Email: rtoder@morganlewis.com
*Counsel for : DIP - JP Morgan Chase*

**Jason M. Torf, Esq.**
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473
Fax: (312) 258-5700; Email: jtorf@schiffhardin.com
*Counsel for : Pratt & Whitney
Hamilton Sundstrand Corporation
Crew Marketing*

**Dyca Tricoche**
City of Atlanta
Suite 4100, City Hall Tower  68 Mitchell Street, S.W.
Atlanta, GA  30335-0332
Fax: 4045587680; Email: dtricoche@ci.atlanta.ga.us
*Counsel for : City of Atlanta*

**Stephen M. Tumblin**
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building  136 S. Main St.
Salt Lake City, UT  84101
Fax: (801) 359-8256; Email: stumblin@llgm.com
*Counsel for : SkyWest, Inc.*

**Samina Uddin**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: (212) 822-5241; Email: suddin@milbank.com
*Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.
Diamond Lease (USA), Inc.
Export Development Canada
Hamburg Landesbank Girozentrale, Hypovereinsbank
Luxembourg Societe Anonyme, et al.*

**Daniel J. Voelker**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606-6677
Fax: 3123608573; Email: dvoelker@freebornpeters.com
*Counsel for : OurHouse, Inc.*

**Diane E. Vuocolo**
Duane Morris, LLC
One Liberty Place
Philadelphia, PA  19103-7396
Fax: 2159791020; Email: vuocolo@duanemorris.com
*Counsel for : Bank of Hawaii*

**Patricia Thomas**
Department of Transportation
Airline Carrier Fitness Division, X-56  400 Seventh St., SW Room 8401
Washington, DC  20590
Fax: (202) 366-7638; Email: patti.thomas@ost.dot.gov
*Counsel for : Department of Transportation*

**John C. Thomure, Jr.**
Michael Best & Friedrich LLC
100 E. Wisconsin Avenue  Suite 3300
Milwaukee, WI  53202
Fax: 4142770856; Email: jcthomure@mbf-law.com
*Counsel for : Ameriquest Capital Corp.*

**L. Judson Todhunter**
Defrees & Fiske
200 South Michigan Avenue  Suite 1100
Chicago, IL  60604
Fax: 3129305617; Email: ljt@defrees.com
*Counsel for : City & County of Denver*

**Donna P. Touzalin**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: (312) 360-6596; Email: dtouzalin@ngelaw.com
*Counsel for : ORIX
Fuyo General Lease Company
BNY Capital Funding LLC
Heidrick & Struggles International, Inc.
American State Bank*

**Paul D. Trinkoff**
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD  21202
Fax: 4103853700; Email: ptrinkoff@milesstockbridge.com
*Counsel for : Trans States Airlines, Inc.*

**Steve Turner, Esq.**
McGinnis, Lochridge & Kilgore, LLP
919 Congress Avenue  Suite 1300
Austin, TX  78701
Fax: (512) 495-6093; Email: sturner@mcginnislaw.com
*Counsel for : Prologis*

**Craig H. Ulman**
Hogan & Hartson, LLP
555 13th St., NW
Washington, DC  20004-1109
Fax: (202) 637-5910; Email: chulman@hhlaw.com
*Counsel for : Air Transport Association of America, Inc.
Airlines Clearinghouse, Inc.
Universal Air Travel Plan, Inc.
Air Cargo, Inc.*

**Gary Vogt**
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, IL  60601-6636
Fax: (312) 861-2200; Email: gvogt@kirkland.com
*Counsel for : UAL Corporation*

**Pamela H. Walters**
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032
Fax: 2819856321; Email: pwalters@aldine.k12.tx.us
*Counsel for : Aldine Independent School District*

**William Walthall**
Goodrich Corporation
2730 W. Tyvola Road
Charlotte, NC  28277
Fax: (704) 423-1188; Email: bill.walthall@goodrich.com
    *Counsel for : Goodrich Corporation*

**Matthew M. Wawrzyn**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Fax: (312) 558-5700; Email: mwawrzyn@winston.com
    *Counsel for : Fleet Capital Leasing*
    *SBC Capital Services; Sempra Energy*
    *Bank One Corporation; Metronational Corp.*
    *The Northwestern Mutual Life Insurance Company*
    *Sallie Mae, Inc.*

**Greta G. Weathersby**
McGuireWoods LLP
77 West Wacker Drive  Suite 4400
Chicago, IL  60601
Fax: 3128498277; Email: gweathersby@mcguirewoods.com
    *Counsel for : Peoples Gas Light and Coke Company*

**Richard B. Webber, II**
Richard Blackston Webber II, P.A.
320 Maitland Avenue
Altamonte Springs, FL  32701
Fax: (407) 260-5133; Email: rbwiipa@aol.com
    *Counsel for : Blue Cross and Blue Shield of Florida, Inc.*

**Michael Weininger**
Katz Randall Weinberg & Richmond
333 W. Wacker Dr.  Suite 1800
Chicago, IL  60606
Fax: 3126073903; Email: mweininger@krw.com
    *Counsel for : CenterPoint Properties Trust*
    *CenterPoint Realty Services, Inc.*
    *Port Authority of New York and New Jersey*
    *Metropolitan Airports Commission*

**Michael Weinstock**
Quadrangle Group LLC
375 Park Avenue  14th Floor
New York, NY  10152
Fax: 8667412506; Email: michael.weinstock@quadranglegroup.com
    *Counsel for : Quadrangle Group LLC*

**Edward S. Weisfelner**
Brown, Rudnick, Berlack, Israels, LLP
120 West 45th Street
New York, NY  10036
Fax: (212) 704-0196; Email: eweisfelner@brblaw.com
    *Counsel for : Ad Hoc Committee of Bondholders*
    *R2 Investments. LDC*

**Jeannie Weiss, Property Director**
Indianapolis Airport Authority
2500 South High School Road  Box 100
Indianapolis, IN  46241
Fax: (317) 487-5034; Email: jweiss@baai.com
    *Counsel for : Indianapolis Airport Authority*

**Andrew E. Weissman**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St.  Suite 3700
Chicago, IL  60603
Fax: (312) 332-2196; Email: Andrew.Weissman@goldbergkohn.com
    *Counsel for : State Street Bank & Trust Co.*
    *State Street Bank & Trust Co. of Connecticut*

**Elizabeth Weller**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street  1720 Univision Center
Dallas, TX  75201-2644
Fax: 2142532611; Email: dallas.bankruptcy@publicans.com
    *Counsel for : Dallas County*
    *Tarrant County*

**Heidi Weller, Assistant State's Attorney**
Rock Island County State's Attorney's Office
Rock Island County Courthouse - 4th Floor  210 - 15th Street
Rock Island, IL  61201
Fax: 3097865052; Email: wellerh@co.rock-island.il.us
    *Counsel for : County of Rock Island, Illinois*

**Courtney Welshimer**
Simpson, Thatcher & Bartlett
425 Lexington Avenue
New York, NY  10017
Fax: (212) 455-2502; Email: cwelshimer@stblaw.com
    *Counsel for : Airbus North America Holdings, Inc.*

**John M. Werlich**
City of Los Angeles, Dept. of Airports
1 World Way  PO Box 92216
Los Angeles, CA  90009
Fax: (310) 646-9617; Email: jmwerlich@lawa.org
    *Counsel for : City of Los Angeles, Dept. of Airports*

**Jason White**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666; Email: jason.white@cwt.com
    *Counsel for : KBC Bank NV, Dresdner Bank AG New York,*
    *Landesbank Schleswig-Holstein, Bank Hapoalim,*
    *Bayerische Hypo-Undvereinsbank,*
    *Norddeutsche Landesbank, Sumitomo Trust, and*
    *Raiffeisen Zentralbank, Mitsubishi Trust Corp.*

**William Douglas White**
McCarthy & White PLLC
8180 Greensboro Drive  Suite 875
McLean, VA  22102
Fax: (703) 770-9266; Email: wdw@mccarthywhite.com
    *Counsel for : Florida Power and Light*

**John L. Whitlock**
Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA  02199-7613
Fax: (617) 227-4420; Email: jwhitlock@palmerdodge.com
    *Counsel for : State Street Bank & Trust Co.*
    *State Street Bank & Trust Co. of Connecticut*

**Keith R. Whittaker**
Resurgence Asset Management
10 New King St.
White Plains, NY  10604
Fax: (914) 683-3810; Email: kwhittaker@resurgencellc.com
    *Counsel for : Resurgence Asset Management*

**Stephanie Wickouski, Esq.**
Gardner, Carton & Douglas
1301 K Street, N.W.  Suite 900, East Tower
Washington, DC  20005-3317
Fax: (202) 289-1504; Email: swickouski@gcd.com
    *Counsel for : HSBC Bank USA*

**Tally M. Wiener**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: 2123548113; Email: twiener@whitecase.com
    *Counsel for : UFJ Bank Limited, New York Branch*
    *WestLB AG Lenders*
    *Bank of America Lenders*
    *JL Miami Lease Co., Ltd., et al.*
    *Bayerische Landesbank*

**Daniel Wikel, Director**
Huron Consulting Group, LLC
550 W. Van Buren
Chicago, IL  60607
Fax: (312) 583-8701; Email: dwikel@huronconsultinggroup.com
    *Counsel for : UAL Corporation*

**MaryBeth Wilkinson, Esq.**
Lovells
One IBM Plaza  330 N. Wabash Ave.  Suite 1900
Chicago, IL  60611
Fax: (312) 832-4444; Email: marybeth.wilkinson@lovells.com
    *Counsel for : Helaba Dublin Landes Bank Hessen-Thuringen Int'l*

**Roderick B. Williams**
Foley & Lardner
3000 K Street, N.W.  Suite 500
Washington, DC  20007-5101
Fax: 2026722599; Email: rwilliams@foleylaw.com
    *Counsel for : Consortium of Airports*

**F. Scott Wilson**
Pratt & Whitney
400 Main Street  M/S 133-54
East Hartford, CT  06108
Fax: (860) 557-9946; Email: wilsons@pweh.com
    *Counsel for : Pratt & Whitney*

**Kimberly S. Winick, Esq.**
Mayer Brown Rowe & Maw LLP
350 South Grand Avenue  25th Floor
Los Angeles, CA  90071-1503
Fax: (213) 576-8155; Email: kwinick@mayerbrownrowe.com
    *Counsel for : Union Bank of California*

**Keith H. Wofford**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
Fax: (212) 808-7897;  Email: kwofford@kelleydrye.com
*Counsel for : BP Energy Company*

**Stephen G. Wolfe, Esq.**
Office of the United States Trustee
227 W. Monroe St.  Suite 3350
Chicago, IL  60606
Fax: (312) 886-5794;  Email: Steve.G.Wolfe@usdoj.gov
*Counsel for : Office of the United States Trustee*

**Jacques F.G.M. Wolfhagen**
Cooperatieve Centrale Raiffeisen-Boerenleenbank BA
Croeselaan 18
Utrecht,  3251  The Netherlands
Fax: ;  Email: Jacques.Wolfhagen@rabobank.com
*Counsel for : N509UA*
*N172UA*
*N517UA*

**Thomas C. Wolford**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: (312) 269-1747;  Email: twolford@ngelaw.com
*Counsel for : Citigroup, Inc.*

**Donald A. Workman**
Foley & Lardner
3000 K Street, N.W.  Suite 500
Washington, DC  20007-5101
Fax: 2026725399;  Email: dworkman@foleylaw.com
*Counsel for : Port of Portland; Port of Oakland*
*John Wayne/Detroit Met Wayne Cnty Airport*
*Metropolitan Washington Airport Authority*
*Burlington Int'l Airport*
*City of Austin*

**J. Wallace Wortham**
City & County of Denver
201 W. Colfax Avenue  Department 1207
Denver, CO  80202-5332
Fax: ;  Email: bankruptcy.gene@ci.denver.co.us
*Counsel for : City & County of Denver*

**Karon Y. Wright**
Travis County Attorney
P.O. Box 1748
Austin, TX  78767
Fax: 5128544808;  Email: karon.wright@co.travis.tx.us
*Counsel for : Travis County, Texas*

**Craig Yamaoka**
Pension Benefit Guaranty Corp.
1200 K Street, N.W.  Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112;  Email: yamaoka.craig@PBGC.Gov
*Counsel for : Pension Benefit Guaranty Corporation*

**Barbara L. Yong**
Field & Golan
70 W. Madison, Suite 1500
Chicago, IL  60602
Fax: (312) 263-0939;  Email: blyong@fieldgolan.com
*Counsel for : UAL ESOP*

**Aaron G. York**
Gibson, Dunn & Crutcher, LLP
2100 McKinney Ave.  Suite 1100
Dallas, TX  75201
Fax: (214) 698-3400;  Email: ayork@gibsondunn.com
*Counsel for : Atlantic Coast Airlines, Inc.*

**Jonathan W. Young**
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL  60606-1229
Fax: 3122012555;  Email: young@wildmanharrold.com
*Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Richard G. Ziegler**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: (312) 706-8114;  Email: rziegler@mayerbrownrowe.com
*Counsel for : ABN-AMRO Bank, NV*

**Bruce R. Zirinsky**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666;  Email: bruce.zirinsky@cwt.com
*Counsel for : Northwest Airlines*

**Edward P. Zujkowski**
Emmet, Marvin & Martin LLP
120 Broadway  32nd Floor
New York, NY  10271
Fax: (212) 238-3100;  Email: ezujkowski@emmetmarvin.com
*Counsel for : Bank of New York*